IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MARTIN SCOTT,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No. 3:25-cv-01393 ) ) Judge Trauger |
| **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,** *et al.*, | ) ) ) ) |
| **Defendants.** | ) ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant the Metropolitan Government of Nashville and Davidson County ("Metro")[1] respectfully requests a 30-day extension of time, through **January 28, 2026**, to answer, plead, or otherwise respond to Plaintiff Martin Scott's complaint. As grounds, Metro was served with process on December 8, 2025, making December 29, 2025, its deadline to file a responsive pleading. Due to previously scheduled time away from the office and obligations in other litigation matters, additional time is needed to properly investigate the allegations and prepare a response to Plaintiff's complaint. This requested extension would not impact the initial case management conference currently set for March 9, 2026. (Doc. No. 5.)

Undersigned counsel has conferred with Plaintiff's counsel, who does not oppose the relief requested in this motion. Accordingly, Metro requests a 30-day extension of time, through **January 28, 2026**, to answer, plead, or otherwise respond to Plaintiff's complaint.

---

[1] Undersigned counsel makes this limited appearance on behalf of Metro solely for the purpose of requesting this extension.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

*/s/ Michael R. Dohn*
MELISSA ROBERGE (#26230)
  SENIOR COUNSEL
MICHAEL R. DOHN (#37535)
  ASSISTANT METROPOLITAN ATTORNEY
METROPOLITAN COURTHOUSE, SUITE 108
P.O. BOX 196300
NASHVILLE, TENNESSEE 37219
(615) 862-6341
melissa.roberge@nashville.gov
michael.dohn@nashville.gov