UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

27.8089

**MARTIN SCOTT,**

   Plaintiff,

vs.

**METRO GOV'T OF NASHVILLE AND DAVIDSON COUNTY;, TRACKING SOLUTIONS, INC.; MALLORY WITHERS, in her individual capacity; BRIAN CAVALIERE, in his individual capacity; and TYLER LEWIS, in his individual capacity,**

   Defendants.

NO. 3:25-CV-01393

### NOTICE OF APPEARANCE

Richard Sorin and McNabb, Bragorgos, Burgess & Sorin, PLLC hereby enter their appearance as counsel of record for Tracking Solutions, Inc. in this cause.

Respectfully submitted,

**McNABB, BRAGORGOS, BURGESS & SORIN, PLLC**

/s/ Richard Sorin
RICHARD SORIN - #17569
Attorney for Tracking Solutions, Inc.
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
rsorin@mbbslaw.com