IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARTIN SCOTT,

    Plaintiff(s),

v.                                                   Case No 2:25-cv-01393

METRO GOV'T OF NASHVILLE et al

    Defendant(s).

**BUSINESS ENTITY DISCLOSURE STATEMENT**
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by <u>R. Scott McCullough.</u>. The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

    1.     This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____ with a principal place of business in the state of _____.

    2.     This party or intervenor is a privately held corporation, incorporated in the state of <u>California</u> with a principal place of business in the state of <u>California</u>. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):
_____

    3.     Is this party or intervenor a parent or subsidiary of another corporation or corporations?

    <u>XXX</u> YES     \_\_\_\_\_ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

<u>Next Insurance is the subsidiary of ERGO Group</u>
_____

4. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

    \_\_\_\_\_YES    XXX NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____
_____.

5. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

    \_\_\_\_\_YES    XXX NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____
_____.

6. If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

    N/A

**Provide any additional pertinent information on attached page(s).**

Date: January 23, 2026    Signature: */s/ R. Scott McCullough*

                                  Printed Name: R. Scott McCullough

                                  Title: Attorney for Defendant Tracking Solutions, Inc.