Motion GRANTED.
Extension to 2/4/2026.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARTIN SCOTT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:25-cv-01393** |
| **v.** | ) | |
| | ) | **Judge Trauger** |
| **METROPOLITAN GOVERNMENT** | ) | |
| **OF NASHVILLE AND DAVIDSON** | ) | |
| **COUNTY,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant the Metropolitan Government of Nashville and Davidson County ("Metro") respectfully requests a 7-day extension of time, through **February 4, 2026**, to answer, plead, or otherwise respond to Plaintiff Martin Scott's complaint. As grounds, the weather in Nashville has disrupted counsel's work week. This requested extension would not impact the initial case management conference currently set for March 9, 2026. (Doc. No. 5.)

Undersigned counsel has conferred with Plaintiff's counsel, who does not oppose the relief requested in this motion. Accordingly, Metro requests a 7-day extension of time, through **February 4, 2026**, to answer, plead, or otherwise respond to Plaintiff's complaint.

{N0732794.1}

1