IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTIN SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No 3:25-cv-01393 |
| ) | |
| METRO GOV'T OF NASHVILLE ) | |
| AND DAVIDSON COUNTY, and ) | |
| ) | |
| TRACKING SOLUTIONS, INC., and ) | District Judge Aleta A. Trauger |
| ) | |
| MALLORY WITHERS, an individual, and ) | |
| ) | |
| BRIAN CAVALIERE, an individual, and ) | |
| ) | |
| TYLER LEWIS, an individual, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Attorney Mark T. Freeman, BPR #16098, comes before the Court through this notice and informs the litigants and other interested third parties that he has been retained by Defendant Mallory Withers to represent her interests in the above styled cause of action. By this notice, counsel requests that all notices, pleadings, and other important papers be served on the Defendant at the address below.

Respectfully submitted,
FREEMAN & FUSON


 /s/ Mark T. Freeman
**Mark T. Freeman, Esq. (#40549)**
2126 21st Avenue South
Nashville, Tennessee 37212
mark@freemanfuson.com
Phone: 615-298-7272
Fax: 615-298-72
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded via email and/or the Court's e-filing system to the following on February 13, 2026:

Cody R. Johnson
Turklay Law, PLLC
102 E. Main Street
Suite A
Lebanon, TN 37087
629-200-7774
Email: cody@turklaylaw.com

Melissa S. Roberge
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
Fax: (615) 862-6352
Email: melissa.roberge@nashville.gov

Michael R. Dohn
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
Fax: (615) 862-6352
Email: michael.dohn@nashville.gov


R. Scott McCullough
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue
Sixth Floor
Memphis, TN 38103-5402
(901) 924-0640
Fax: (901) 624-0650
Email: smccullough@mbbslaw.com


Richard E. Sorin
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue
Sixth Floor
Memphis, TN 38103-5402
901-624-0640
Fax: 901-624-0650
Email: rsorin@mbbslaw.com

                                     **/s/ Mark T. Freeman**
                                     Mark T. Freeman, Esq.