IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTIN SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No 3:25-cv-01393 |
| ) | |
| METRO GOV'T OF NASHVILLE ) | |
| AND DAVIDSON COUNTY, and ) | |
| ) | |
| TRACKING SOLUTIONS, INC., and ) | District Judge Aleta A. Trauger |
| ) | |
| MALLORY WITHERS, an individual, and ) | |
| ) | |
| BRIAN CAVALIERE, an individual, and ) | |
| ) | |
| TYLER LEWIS, an individual, ) | |
| ) | |
| Defendants. ) | |

## ANSWER OF MALLORY WITHERS

Comes now the Defendant Mallory Withers ("Defendant"), by and through counsel, and hereby answers Plaintiff's Complaint (the "Complaint") as follows:

### AFFIRMATIVE DEFENSES

1. Plaintiff's claims must be dismissed to the extent they are barred by the equitable doctrines of estoppel, laches, and unclean hands.

2. Defendant reserves the right to seek to amend or supplement her Answer as may be necessary or appropriate after a more complete investigation of the allegations contained in the Complaint.

### ANSWER

1. Admitted that Plaintiff brings this action pursuant to the claims stated in this paragraph,

but denied as to the remaining allegations and implications in Paragraph 1.

2. Denied.

3. Admitted.

4. Admitted that Defendant Metropolitan Government of Nashville and Davidson County is located in the State of Tennessee, but denied as to the legal conclusions and remaining allegations and implications in Paragraph 4.

5. Denied on the basis of lack of sufficient information.

6. Denied.

7. Denied on the basis of lack of sufficient information.

8. Denied on the basis of lack of sufficient information.

9. Jurisdiction is admitted.

10. Supplemental jurisdiction is admitted.

11. Denied that declaratory and injunctive relief is warranted as it relates to this lawsuit.

12. Venue is admitted.

13. Denied.

14. Admitted that the Plaintiff and Defendant engaged in a compensated arrangement in 2023 and 2024 and admitted that an argument occurred, but denied as to the remaining allegations, characterizations, and implications of Paragraph 14.

15. Denied.

16. Admitted that Plaintiff was served with an ex parte Order of Protection, but denied as to the remaining allegations, characterizations, and implications of Paragraph 16.

17. Denied.

18. Denied on the basis of lack of sufficient information and belief.

19. Admitted that Defendant reported the IRS forms as a violation of the Order of Protection, but denied as to the remaining allegations, characterizations, and implications of Paragraph 19.

20. Denied.

21. Denied.

22. Admitted that Defendant alleged Plaintiff created a fake Instagram account, but denied as to the remaining allegations, characterizations, and implications of Paragraph 22.

23. Admitted that Defendant saw, through a dating app, that Plaintiff was less than a mile away from Defendant's home, but denied as to the remaining allegations, characterizations, and implications of Paragraph 23.

24. Denied.

25. Denied.

26. Admitted as to Plaintiff's arrest, denied as to the remaining allegations in Paragraph 26 on the basis of lack of sufficient information and belief.

27. Admitted that Plaintiff was required to wear the GPS device, but denied as to the remaining allegations in Paragraph 27 on the basis of lack of sufficient information and belief.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Admitted that the charges against Plaintiff were dismissed, but denied as to the remaining allegations, characterizations, and implications of Paragraph 33.

34. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

35. Denied.

36. Denied.

37. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

38. Denied.

39. Admitted that Defendant reported the IRS forms as a violation of the Order of Protection, but denied as to the remaining allegations in Paragraph 39.

40. Admitted that Defendant reported the IRS forms as a violation of the Order of Protection, but denied as to the remaining allegations in Paragraph 40.

41. Admitted that Defendant reported that Plaintiff created a fake Instagram account and that a dating app showed him less than a mile away from her home, but denied as to the remaining allegations in Paragraph 41.

42. Denied.

43. Denied.

44. Admitted that the charges against Plaintiff were dismissed, but denied as to the remaining allegations, implications, and legal conclusions in Paragraph 44.

45. Denied.

46. Defendant denies that Plaintiff is entitled to any relief.

47. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

48. Denied.

49. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

50. Denied.

51. Denied.

        (1) Denied.

        (2) Denied.

        (3) Denied.

        (4) Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

57. Admitted that the charges against Plaintiff were dismiss, but denied as to the remaining allegations, characterizations, and implications of Paragraph 57.

58. Denied.

59. Defendant denies that Plaintiff is entitled to any relief.

60. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

61. Denied.

62. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Defendant denies that Plaintiff is entitled to any relief.

72. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

73. Denied.

74. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

75. Denied.

76. Denied on the basis of lack of sufficient information and belief.

77. Denied on the basis of lack of sufficient information and belief.

78. Denied on the basis of lack of sufficient information and belief.

79. Denied on the basis of lack of sufficient information and belief.

80. Denied on the basis of lack of sufficient information and belief.

81. Denied.

    (1) Denied on the basis of lack of sufficient information and belief.

    (2) Denied on the basis of lack of sufficient information and belief.

(3) Denied on the basis of lack of sufficient information and belief.

(4) Denied on the basis of lack of sufficient information and belief.

(5) Denied on the basis of lack of sufficient information and belief.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Defendant denies that Plaintiff is entitled to any relief.

89. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

90. Denied.

91. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

92. Denied on the basis of lack of sufficient information and belief.

93. Denied.

94. Denied.

95. Denied.

(1) Denied on the basis of lack of sufficient information and belief.

(2) Denied on the basis of lack of sufficient information and belief.

(3) Denied on the basis of lack of sufficient information and belief.

(4) Denied on the basis of lack of sufficient information and belief.

(5) Denied on the basis of lack of sufficient information and belief.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Defendant denies that Plaintiff is entitled to any relief.

101. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

102. Denied.

103. Denied.

104. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

105. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

106. Denied.

107. Denied on the basis of lack of sufficient information and belief.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

(1) Denied on the basis of lack of sufficient information and belief.

(2) Denied on the basis of lack of sufficient information and belief.

(3) Denied on the basis of lack of sufficient information and belief.

(4) Denied on the basis of lack of sufficient information and belief.

(5) Denied on the basis of lack of sufficient information and belief.

112. Denied.

113. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

114. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

    e. Denied.

    f. Denied.

115. Denied.

116. Defendant denies that Plaintiff is entitled to any relief.

117. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

118. Denied.

119. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

124. Denied.

125. Denied on the basis of lack of sufficient information and belief.

126. Denied.

127. Denied.

128. Denied.

129. Defendant denies that Plaintiff is entitled to any relief.

130. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

131. Denied.

132. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

133. Denied on the basis of lack of sufficient information and belief.

134. Denied on the basis of lack of sufficient information and belief.

135. Denied on the basis of lack of sufficient information and belief.

136. Denied on the basis of lack of sufficient information and belief.

137. Denied.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

142. Defendant denies that Plaintiff is entitled to any relief.

143. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

144. Denied.

145. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

146. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

147. Denied.

148. Denied on the basis of lack of sufficient information and belief.

149. Denied on the basis of lack of sufficient information and belief.

150. Denied on the basis of lack of sufficient information and belief.

151. Denied on the basis of lack of sufficient information and belief.

152. Denied on the basis of lack of sufficient information and belief.

153. Denied on the basis of lack of sufficient information and belief.

154. Denied on the basis of lack of sufficient information and belief.

155. Denied.

156. Denied.

157. Denied.

158. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

    e. Denied.

159. Denied.

160. Defendant denies that Plaintiff is entitled to any relief.

161. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

162. Denied.

163. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

164. Denied.

165. Denied.

166. Denied.

167. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

168. Denied.

169. Admitted that the IRS forms were mailed to Defendant, but denied as to the remaining legal conclusions in Paragraph 169.

170. Denied on the basis of lack of sufficient information and belief.

171. Denied.

172. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

173. Admitted that Plaintiff's mailing forms to the Defendant constituted a violation of the Order of Protection, but denied as to the remaining allegations in Paragraph 173.

174. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

175. This paragraph is a legal conclusion which requires no admission or denial;

however, any allegation of wrongdoing is hereby denied.

176. Denied.

177. Denied.

178. Defendant denies that Plaintiff is entitled to any relief.

179. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

180. Denied.

181. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

182. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

183. Denied.

184. Denied.

185. Admitted that Defendant filed the harassment and stalking complaints, but denied as to the remaining allegations, characterizations, and implications of Paragraph 185.

186. Denied.

187. Denied.

188. Denied on the basis of lack of sufficient information and belief as to the date of mailing. Defendant received the IRS forms after the Order of Protection was served.

189. Admitted that Defendant reported the receipt of the 1099s as violations of the Order of Protection, but denied as to the remaining allegations, characterizations, and implications of Paragraph 189.

190. Admitted that Defendant notified the detectives that Plaintiff created a fake

Instagram account and that a dating app showed him being less than a mile away from her home; denied as to the remaining allegations, characterizations, and implications of Paragraph 190.

191. Denied.

192. Denied.

193. Denied.

194. Denied.

195. Denied.

196. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

197. Denied.

198. Defendant denies that Plaintiff is entitled to any relief.

199. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

200. Denied.

201. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

202. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

203. This paragraph is a legal conclusion which requires no admission or denial;

however, any allegation of wrongdoing is hereby denied.

204. Denied.

205. Denied on the basis of lack of sufficient information and belief.

206. Denied on the basis of lack of sufficient information and belief.

   a. Denied on the basis of lack of sufficient information and belief.

   b. Denied on the basis of lack of sufficient information and belief.

   c. Denied on the basis of lack of sufficient information and belief.

   d. Denied on the basis of lack of sufficient information and belief.

   e. Denied on the basis of lack of sufficient information and belief.

207. Denied on the basis of lack of sufficient information and belief.

208. Denied.

209. Denied.

210. Denied.

211. Denied.

   a. Denied on the basis of lack of sufficient information and belief.

   b. Denied on the basis of lack of sufficient information and belief.

   c. Denied on the basis of lack of sufficient information and belief.

   d. Denied on the basis of lack of sufficient information and belief.

   e. Denied on the basis of lack of sufficient information and belief.

212. Denied.

213. Denied.

   a. Denied.

   b. Denied.

    c. Denied.

    d. Denied.

214. Defendant denies that Plaintiff is entitled to any relief.

215. Defendant denies that Plaintiff is entitled to any relief.

216. Defendant denies that Plaintiff is entitled to any relief.

217. Defendant denies that Plaintiff is entitled to any relief.

218. Defendant denies that Plaintiff is entitled to any relief.

219. Defendant denies that Plaintiff is entitled to any relief.

220. Defendant hereby requests a trial by jury to be held on all causes of action so triable and contained herein.

WHEREFORE, having fully answered the Complaint, Defendant requests that the Complaint be dismissed with prejudice, that it be awarded its costs and expenses in the amount and manner permitted by applicable law, and that the Court award such other and fair relief as is just and proper.

**Respectfully submitted,**
**FREEMAN & FUSON**

 **/s/ Mark T. Freeman**
**Mark T. Freeman, Esq. (#40549)**
2126 21st Avenue South
Nashville, Tennessee 37212
mark@freemanfuson.com
Phone: 615-298-7272
Fax: 615-298-72
*Attorney for Defendant Withers*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded via email and/or the Court's e-filing system to the following on February 13, 2026:

Cody R. Johnson
Turklay Law, PLLC
102 E. Main Street
Suite A
Lebanon, TN 37087
629-200-7774
Email: cody@turklaylaw.com

Melissa S. Roberge
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
Fax: (615) 862-6352
Email: melissa.roberge@nashville.gov

Michael R. Dohn
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
Fax: (615) 862-6352
Email: michael.dohn@nashville.gov

R. Scott McCullough
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue
Sixth Floor
Memphis, TN 38103-5402
(901) 924-0640
Fax: (901) 624-0650
Email: smccullough@mbbslaw.com


Richard E. Sorin
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue
Sixth Floor
Memphis, TN 38103-5402
901-624-0640
Fax: 901-624-0650
Email: rsorin@mbbslaw.com

                                               **/s/ Mark T. Freeman**
                                               Mark T. Freeman, Esq.