# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARTIN SCOTT,** | ) | |
| Plaintiff, | ) | |
| v. | ) | 3:25-cv-01393 |
| **METRO. GOV'T. OF NASHVILLE AND DAVIDSON COUNTY,** | ) | **JURY DEMAND** |
| **TRACKING SOLUTIONS, INC.,** | ) | |
| **MALLORY WITHERS,** *in her individual capacity* | ) | |
| **BRIAN CAVALIERE,** *in his individual capacity* | ) | |
| **TYLER LEWIS,** *in his individual capacity* | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Plaintiff, Martin Scott, respectfully moves for a 30-day extension of time, through **March 20, 2026**, to respond to Defendant Metropolitan Government of Nashville and Davidson County's motion to dismiss. Good cause exists for this request. Metro's motion raises multiple constitutional and municipal-liability issues, including Monell liability, First and Fourteenth Amendment claims, and immunity defenses, that require thorough research and careful briefing.

The fourteen-day response period provided by Local Rule is insufficient to adequately address the breadth and complexity of the issues presented.

The requested extension is modest, will not prejudice Metro, and will promote judicial efficiency by allowing Plaintiff to file a complete and fully developed response rather than seeking piecemeal supplementation. Undersigned counsel has conferred with Metro's counsel, who does not oppose the relief requested.

For the same reasons, Plaintiff respectfully requests that the Initial Case Management Conference currently set for **March 9, 2026**, be continued and reset to a date after March 20, 2026, or at the Court's convenience. Undersigned counsel has conferred with all other counsel of parties who have entered an appearance, who do not oppose the relief requested.

Respectfully submitted,

s/Cody Johnson/
Cody Johnson, Esq.
BPR No. 037568
Turklay Law, PLLC
Attorney for Plaintiff
102 E Main Street Suite A
Lebanon, TN 37087
P: (629) 200-7774
Cody@TurklayLaw.com