# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARTIN SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-1393 |
| ) | Judge Trauger |
| METRO GOV'T. OF NASHVILLE AND ) | |
| DAVIDSON COUNTY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Unopposed Motion for Extension of Time and Continuance of Case Management Conference (Doc. No. 23) is GRANTED. It is hereby ORDERED that the plaintiff may have an extension through March 20, 2026 within which to respond to the pending Motion to Dismiss. It is further ORDERED that the initial case management conference scheduled for March 9, 2026 is CONTINUED, to be reset, if appropriate, following disposition of this motion.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE