> Motion GRANTED.
> Extension to 3/30/2026.
> *[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTIN SCOTT, <br>     Plaintiff, <br><br> v. <br><br> METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, *et al.*, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )   No. 3:25-cv-01393 <br> ) <br> )   Judge Trauger <br> ) <br> )   JURY DEMAND <br> ) |

### DEFENDANTS TYLER LEWIS AND BRIAN CAVALIERE'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Tyler Lewis and Brian Cavaliere (the "individual Metro Defendants") respectfully request a 30-day extension of time, through **March 30, 2026**, to answer, plead, or otherwise respond to Plaintiff Martin Scott's complaint. As grounds, the individual Metro Defendants were served with process on February 6, 2026, making February 27, 2026, their deadline to file a responsive pleading. Due to the multiple constitutional issues raised in the complaint, as well as obligations in other litigation matters, additional time is needed to properly investigate the allegations and prepare a response. This requested extension would not impact any other deadlines in this case, as the initial case management conference has been continued. (Doc. No. 24.)

Undersigned counsel has conferred with all other counsel in this case, none of whom oppose the relief requested in this motion. Accordingly, the individual Metro Defendants request a 30-day extension of time, through **March 30, 2026**, to answer, plead, or otherwise respond to Plaintiff's complaint.