Martin Scott



11 October 2024

Ms. Mallory Alayne Withers



Dear Ms. Withers,

Please complete, sign, and return the attached W-9 form, or alternatively, you can send me a copy of your completed W-9 for my records.

Enclosed are statements and a summary of expenses related to our business arrangement for your reference. Transactions valued under $100 have been excluded to simplify accounting, but I can provide details on those if needed. Some dining and travel expenses have been adjusted and reduced by 55% to reflect my portion and the applicable taxes. Non-monetary expenses have been decreased by 10% to establish their fair market value before taxes. However, adjustments were not made on select expenses from the Revolut debit card, as those were treated as cash.

I will be filing your 1099-NEC in January and will send you a copy once it is processed. If you believe any records require modification, please notify me by certified mail before December 31st, and we can discuss them. Thank you for your time, companionship, and services during our arrangement.

Respectfully,
Martin Scott

| Mallory Withers TY 2024 | Sum of Debit | Sum of FMV |
|---|---|---|
| **Dining & Entertainment** | $ 4,492.90 | $ 3,688.07 |
| Blacksmith Wines | $ 956.52 | $ 860.87 |
| Deep Tropics Tickets | $ 956.68 | $ 861.01 |
| Eddie V's | $ 365.92 | $ 329.33 |
| Frugal MacDoogal | $ 594.23 | $ 534.81 |
| Gallier's Restaurant | $ 118.28 | $ 106.45 |
| Jeff Ruby's | $ 351.56 | $ 336.40 |
| Skydeck On Broadway | $ 163.88 | $ 147.49 |
| The Goat Germantown | $ 127.65 | $ 114.89 |
| The Rutledge | $ 202.82 | $ 182.54 |
| The Twelve Thirty Club | $ 403.18 | $ 100.80 |
| W Hotel Nashville | $ 252.18 | $ 113.48 |
| **Merchandise** | $ 96,514.76 | $ 86,893.36 |
| 1 Stop Bedrooms | $ 6,746.54 | $ 6,071.89 |
| Chanel | $ 1,065.18 | $ 958.66 |
| Crate and Barrel | $ 404.12 | $ 363.71 |
| Creed | $ 521.32 | $ 469.19 |
| David Yurman | $ 9,830.46 | $ 8,847.41 |
| Ebay -Quartz crystal | $ 584.75 | $ 526.28 |
| Fantasia | $ 347.69 | $ 312.92 |
| Kroger | $ 371.25 | $ 334.13 |
| Lelo | $ 1,173.68 | $ 1,056.32 |
| Lenovo | $ 2,041.94 | $ 1,837.75 |
| Louis Vuitton | $ 6,692.44 | $ 6,023.20 |
| Lululemon | $ 445.89 | $ 401.30 |
| Mesonart | $ 1,194.75 | $ 1,075.28 |
| Net-A-Porter | $ 14,549.86 | $ 13,094.88 |
| Nordstrom | $ 40,917.00 | $ 36,825.31 |
| ParfumeFranc | $ 387.84 | $ 349.06 |
| Rose Hill Flowers | $ 1,873.37 | $ 1,686.05 |
| Ross Stores | $ 255.50 | $ 229.95 |
| Sephora | $ 480.72 | $ 432.65 |
| T.J.Maxx | $ 571.44 | $ 514.30 |
| Target | $ 425.85 | $ 383.27 |
| Tempur-Pedic | $ 372.98 | $ 335.68 |
| Temu | $ 227.43 | $ 204.69 |

| | | | | |
|---|---|---:|---|---:|
| Venus et Fleur | $ | 2,318.94 | $ | 2,087.05 |
| Victoria's Secret | $ | 100.00 | $ | 100.00 |
| Wal-Mart | $ | 1,367.12 | $ | 1,230.41 |
| Wayfair | $ | 641.93 | $ | 577.74 |
| Whites Mercantile | $ | 147.49 | $ | 132.74 |
| Windsor | $ | 457.28 | $ | 431.55 |
| **Other Personal Services** | **$** | **80,250.00** | **$** | **80,250.00** |
| Cash App | $ | 3,400.00 | $ | 3,400.00 |
| PayPal | $ | 4,000.00 | $ | 4,000.00 |
| Venmo | $ | 72,850.00 | $ | 72,850.00 |
| **Other Services** | **$** | **7,263.29** | **$** | **6,992.02** |
| Agi Renters | $ | 121.00 | $ | 121.00 |
| Cash App -Revolut | $ | 430.00 | $ | 430.00 |
| Ellen Kaye Salon | $ | 170.00 | $ | 170.00 |
| Franklin Recovery Center | $ | 125.00 | $ | 125.00 |
| Grand Spa - Grand America Hotel | $ | 475.00 | $ | 427.50 |
| Monroe Bostick | $ | 1,293.90 | $ | 1,164.52 |
| Mystical & Fabulous | $ | 400.00 | $ | 400.00 |
| Pure Sweat Sauna Studio | $ | 175.00 | $ | 175.00 |
| Southall Spa | $ | 274.39 | $ | 246.95 |
| The Remedy IV Health | $ | 1,339.00 | $ | 1,272.05 |
| Venmo -Mallory Withers | $ | 1,775.00 | $ | 1,775.00 |
| Venmo -Rose Adams | $ | 40.00 | $ | 40.00 |
| Venus Nail and Spa | $ | 645.00 | $ | 645.00 |
| **Travel** | **$** | **6,068.57** | **$** | **5,642.96** |
| 1 Hotel | $ | 373.22 | $ | 167.95 |
| AirBNB | $ | 206.55 | $ | 185.89 |
| American Airlines | $ | 119.22 | $ | 107.30 |
| Hotels.com | $ | 210.51 | $ | 189.46 |
| Radiance Revival Retreat | $ | 3,392.00 | $ | 3,392.00 |
| Venmo Cal Ski Club | $ | 100.00 | $ | 100.00 |
| W Hotel Barcelona | $ | 1,667.07 | $ | 1,500.36 |
| **Utility** | **$** | **320.00** | **$** | **320.00** |
| Utility -NES | $ | 320.00 | $ | 320.00 |
| **Grand Total** | **$** | **194,909.52** | **$** | **183,786.40** |

Case 3:25-cv-01393   Document 27-1   Filed 03/20/26   Page 4 of 10 PageID #: 215

| Date | Payment Method | Category | Description | Debit | Fair Market Value |
|---|---|---|---|---|---|
| 11/15/2023 | Cash Payment | Other Personal Services | Venmo | $ 200.00 | $ 200.00 |
| 12/15/2023 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 12/18/2023 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 12/20/2023 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 12/28/2023 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 12/29/2023 | Cash Payment | Other Personal Services | Venmo | $ 800.00 | $ 800.00 |
| | | | | $ 4,500.00 | $ 4,500.00 |

Case 3:25-cv-01393   Document 27-1   Filed 03/20/26   Page 5 of 10 PageID #: 216

| Date | Payment Method | Category | Description | Debit | Fair Market Value |
|---|---|---|---|---|---|
| 1/3/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 1/6/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 1/7/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 1/8/2024 | CapitalOne-Walmart | Merchandise | Rose Hill Flowers | $ 180.23 | $ 162.21 |
| 1/10/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 1/12/2024 | Cash Payment | Other Personal Services | Venmo | $ 3,000.00 | $ 3,000.00 |
| 1/14/2024 | Citicard | Merchandise | Venus et Fleur | $ 2,318.94 | $ 2,087.05 |
| 1/14/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 1/18/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 1/18/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 1/19/2024 | Cash Payment | Other Personal Services | Venmo | $ 100.00 | $ 100.00 |
| 1/21/2024 | Citicard | Merchandise | Lenovo | $ 2,041.94 | $ 1,837.75 |
| 1/21/2024 | Cash Payment | Other Personal Services | Venmo | $ 650.00 | $ 650.00 |
| 1/22/2024 | Citicard | Merchandise | Net-A-Porter | $ 1,764.39 | $ 1,587.95 |
| 1/22/2024 | Citicard | Merchandise | Net-A-Porter | $ 6,521.04 | $ 5,868.94 |
| 1/25/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,500.00 | $ 1,500.00 |
| 1/25/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 1/31/2024 | Cash Payment | Other Personal Services | Cash App | $ 1,500.00 | $ 1,500.00 |
| 2/2/2024 | Cash Payment | Other Personal Services | Venmo | $ 50.00 | $ 50.00 |
| 2/2/2024 | Cash Payment | Other Personal Services | Venmo | $ 150.00 | $ 150.00 |
| 2/3/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 2/7/2024 | Cash Payment | Other Personal Services | Venmo | $ 690.00 | $ 690.00 |
| 2/7/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,400.00 | $ 1,400.00 |
| 2/8/2024 | CapitalOne-Walmart | Merchandise | Rose Hill Flowers | $ 180.23 | $ 162.21 |
| 2/11/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,200.00 | $ 1,200.00 |
| 2/13/2024 | Citicard | Merchandise | Nordstrom | $ 2,066.27 | $ 1,859.64 |
| 2/13/2024 | Citicard | Merchandise | Nordstrom | $ 10,994.00 | $ 9,894.60 |
| 2/14/2024 | Citicard | Dining & Entertainment | Frugal MacDoogal | $ 251.25 | $ 226.13 |
| 2/14/2024 | Cash Payment | Other Personal Services | Venmo | $ 2,000.00 | $ 2,000.00 |
| 2/16/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 2/19/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 2/23/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,500.00 | $ 1,500.00 |
| 2/23/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |

| Date | Payment Method | Category | Description | Debit | Fair Market Value |
|---|---|---|---|---|---|
| 2/27/2024 | Cash Payment | Other Personal Services | Venmo | $ 200.00 | $ 200.00 |
| 2/27/2024 | Cash Payment | Other Personal Services | Venmo | $ 600.00 | $ 600.00 |
| 3/1/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,300.00 | $ 1,300.00 |
| 3/4/2024 | Citicard | Merchandise | ParfumeFranc | $ 387.84 | $ 349.06 |
| 3/4/2024 | Cash Payment | Other Personal Services | Venmo | $ 250.00 | $ 250.00 |
| 3/6/2024 | Cash Payment | Other Personal Services | Venmo | $ 2,500.00 | $ 2,500.00 |
| 3/8/2024 | Citicard | Merchandise | 1 Stop Bedrooms | $ 6,487.84 | $ 5,839.06 |
| 3/8/2024 | CapitalOne-Walmart | Merchandise | Wal-Mart | $ 1,090.32 | $ 981.29 |
| 3/8/2024 | CapitalOne-Walmart | Merchandise | Rose Hill Flowers | $ 180.23 | $ 162.21 |
| 3/11/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 3/14/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,500.00 | $ 1,500.00 |
| 3/15/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 3/15/2024 | Revolut | Travel | American Airlines | $ 119.22 | $ 107.30 |
| 3/15/2024 | Revolut | Other Services | Agi Renters | $ 121.00 | $ 121.00 |
| 3/15/2024 | Revolut | Dining & Entertainment | Eddie V's | $ 365.92 | $ 329.33 |
| 3/16/2024 | Revolut | Other Services | Cash App -Revolut | $ 330.00 | $ 330.00 |
| 3/17/2024 | Revolut | Dining & Entertainment | The Goat Germantown | $ 127.65 | $ 114.89 |
| 3/18/2024 | Citicard | Merchandise | Creed | $ 521.32 | $ 469.19 |
| 3/21/2024 | Revolut | Other Services | Venmo -Mallory Withers | $ 75.00 | $ 75.00 |
| 3/21/2024 | Revolut | Other Services | Franklin Recovery Center | $ 125.00 | $ 125.00 |
| 3/21/2024 | Revolut | Travel | Venmo Cal Ski Club | $ 100.00 | $ 100.00 |
| 3/22/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 3/22/2024 | Revolut | Other Services | Cash App -Revolut | $ 100.00 | $ 100.00 |
| 3/23/2024 | Citicard | Merchandise | Wayfair | $ 641.93 | $ 577.74 |
| 3/24/2024 | Citicard | Merchandise | Whites Mercantile | $ 147.49 | $ 132.74 |
| 3/24/2024 | Citicard | Merchandise | Ebay -Quartz crystal | $ 584.75 | $ 526.28 |
| 3/25/2024 | CapitalOne-Quicksilver | Merchandise | T.J.Maxx | $ 213.34 | $ 192.01 |
| 3/25/2024 | CapitalOne-Quicksilver | Merchandise | Target | $ 425.85 | $ 383.27 |
| 3/25/2024 | CapitalOne-Quicksilver | Merchandise | Wal-Mart | $ 276.80 | $ 249.12 |
| 3/25/2024 | CapitalOne-Quicksilver | Other Services | Venus Nail and Spa | $ 145.00 | $ 145.00 |
| 3/25/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 3/26/2024 | CapitalOne-Quicksilver | Merchandise | Crate and Barrel | $ 404.12 | $ 363.71 |
| 3/26/2024 | CapitalOne-Quicksilver | Merchandise | Ross Stores | $ 124.46 | $ 112.01 |

| Date | Payment Method | Category | Description | Debit | Fair Market Value |
|------|----------------|----------|-------------|-------|-------------------|
| 3/28/2024 | Citicard | Merchandise | Mesonart | $ 1,194.75 | $ 1,075.28 |
| 3/29/2024 | Citicard | Merchandise | Lelo | $ 246.80 | $ 222.12 |
| 3/29/2024 | Revolut | Merchandise | Temu | $ 227.43 | $ 204.69 |
| 3/31/2024 | CapitalOne-Quicksilver | Other Services | Grand Spa - Grand America Hotel | $ 475.00 | $ 427.50 |
| 4/2/2024 | Citicard | Merchandise | Lelo | $ 720.45 | $ 648.41 |
| 4/2/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 4/5/2024 | Cash Payment | Other Personal Services | Venmo | $ 2,000.00 | $ 2,000.00 |
| 4/5/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 4/5/2024 | Revolut | Merchandise | Kroger | $ 209.05 | $ 188.15 |
| 4/6/2024 | Revolut | Other Services | Venmo -Rose Adams | $ 40.00 | $ 40.00 |
| 4/6/2024 | Revolut | Dining & Entertainment | Gallier's Restaurant | $ 118.28 | $ 106.45 |
| 4/8/2024 | CapitalOne-Walmart | Merchandise | Rose Hill Flowers | $ 180.23 | $ 162.21 |
| 4/9/2024 | Revolut | Dining & Entertainment | Jeff Ruby's | $ 151.56 | $ 136.40 |
| 4/10/2024 | CapitalOne-Quicksilver | Merchandise | Nordstrom | $ 628.19 | $ 565.37 |
| 4/10/2024 | CapitalOne-Quicksilver | Merchandise | David Yurman | $ 3,239.27 | $ 2,915.34 |
| 4/11/2024 | CapitalOne-Quicksilver | Merchandise | Louis Vuitton | $ 5,871.13 | $ 5,284.02 |
| 4/11/2024 | CapitalOne-Walmart | Merchandise | 1 Stop Bedrooms | $ 258.70 | $ 232.83 |
| 4/11/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 4/11/2024 | Cash Payment | Other Services | Mystical & Fabulous | $ 400.00 | $ 400.00 |
| 4/13/2024 | Cash Payment | Other Personal Services | Venmo | $ 600.00 | $ 600.00 |
| 4/13/2024 | Cash Payment | Other Personal Services | Venmo | $ 200.00 | $ 200.00 |
| 4/14/2024 | Cash Payment | Other Personal Services | Venmo | $ 600.00 | $ 600.00 |
| 4/14/2024 | Cash Payment | Other Personal Services | Venmo | $ 400.00 | $ 400.00 |
| 4/14/2024 | Revolut | Merchandise | T.J.Maxx | $ 132.09 | $ 118.88 |
| 4/14/2024 | Revolut | Merchandise | Ross Stores | $ 131.04 | $ 117.94 |
| 4/15/2024 | CapitalOne-Quicksilver | Merchandise | Fantasia | $ 347.69 | $ 312.92 |
| 4/16/2024 | Citicard | Merchandise | Net-A-Porter | $ 977.79 | $ 880.01 |
| 4/19/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 4/19/2024 | Revolut | Other Services | Ellen Kaye Salon | $ 170.00 | $ 170.00 |
| 4/20/2024 | Citicard | Merchandise | Tempur-Pedic | $ 372.98 | $ 335.68 |
| 4/20/2024 | Citicard | Merchandise | Nordstrom | $ 955.94 | $ 860.35 |
| 4/20/2024 | Citicard | Merchandise | Nordstrom | $ 16,879.00 | $ 15,191.10 |
| 4/20/2024 | Citicard | Merchandise | David Yurman | $ 1,147.13 | $ 1,032.42 |

| Date | Payment Method | Category | Description | Debit | Fair Market Value |
|------|----------------|----------|-------------|-------|-------------------|
| 4/21/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 4/24/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 4/25/2024 | Citicard | Travel | AirBNB | $ 206.55 | $ 185.89 |
| 4/25/2024 | Citicard | Travel | Hotels.com | $ 210.51 | $ 189.46 |
| 4/25/2024 | Revolut | Other Services | Monroe Bostick | $ 587.65 | $ 528.89 |
| 4/26/2024 | Citicard | Dining & Entertainment | W Hotel Nashville | $ 252.18 | $ 113.48 |
| 4/27/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 5/1/2024 | Citicard | Utility | Utility -NES | $ 211.00 | $ 211.00 |
| 5/1/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,500.00 | $ 1,500.00 |
| 5/2/2024 | Revolut | Other Services | Venus Nail And Spa | $ 150.00 | $ 150.00 |
| 5/2/2024 | Revolut | Merchandise | Kroger | $ 162.20 | $ 145.98 |
| 5/3/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 5/3/2024 | Revolut | Dining & Entertainment | Skydeck On Broadway | $ 163.88 | $ 147.49 |
| 5/6/2024 | Revolut | Other Services | Venmo -Mallory Withers | $ 1,500.00 | $ 1,500.00 |
| 5/6/2024 | Revolut | Other Services | Venmo -Mallory Withers | $ 100.00 | $ 100.00 |
| 5/6/2024 | Revolut | Other Services | Venmo -Mallory Withers | $ 100.00 | $ 100.00 |
| 5/8/2024 | CapitalOne-Walmart | Merchandise | Rose Hill Flowers | $ 180.23 | $ 162.21 |
| 5/20/2024 | Cash Payment | Other Personal Services | Venmo | $ 1.00 | $ 1.00 |
| 5/26/2024 | Cash Payment | Other Personal Services | Venmo | $ 1.00 | $ 1.00 |
| 5/26/2024 | Cash Payment | Other Personal Services | Venmo | $ 2,998.00 | $ 2,998.00 |
| 5/30/2024 | Citicard | Merchandise | Nordstrom | $ 3,508.75 | $ 3,157.88 |
| 5/30/2024 | Citicard | Merchandise | Sephora | $ 480.72 | $ 432.65 |
| 5/31/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 6/5/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 6/6/2024 | Cash Payment | Other Personal Services | Venmo | $ 650.00 | $ 650.00 |
| 6/9/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 6/12/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,500.00 | $ 1,500.00 |
| 6/12/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 6/12/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 6/14/2024 | Cash Payment | Other Personal Services | Cash App | $ 600.00 | $ 600.00 |
| 6/14/2024 | Cash Payment | Other Personal Services | Cash App | $ 600.00 | $ 600.00 |
| 6/14/2024 | Cash Payment | Other Personal Services | Venmo | $ 650.00 | $ 650.00 |
| 6/15/2024 | Cash Payment | Other Personal Services | Cash App | $ 200.00 | $ 200.00 |

| Date | Payment Method | Category | Description | Debit | Fair Market Value |
|---|---|---|---|---|---|
| 6/17/2024 | Citicard | Merchandise | Net-A-Porter | $ 1,660.60 | $ 1,494.54 |
| 6/17/2024 | Citicard | Dining & Entertainment | Blacksmith Wines | $ 956.52 | $ 860.87 |
| 6/17/2024 | CapitalOne-Quicksilver | Merchandise | Net-A-Porter | $ 3,626.04 | $ 3,263.44 |
| 6/19/2024 | Citicard | Travel | Radiance Revival Retreat | $ 500.00 | $ 500.00 |
| 6/22/2024 | Citicard | Travel | Radiance Revival Retreat | $ 675.00 | $ 675.00 |
| 6/23/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 6/23/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 6/24/2024 | Citicard | Travel | 1 Hotel | $ 373.22 | $ 167.95 |
| 6/24/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 6/25/2024 | Citicard | Dining & Entertainment | Frugal MacDoogal | $ 140.91 | $ 126.82 |
| 6/25/2024 | Citicard | Utility | Utility -NES | $ 109.00 | $ 109.00 |
| 6/25/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 6/26/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 6/27/2024 | CapitalOne-Quicksilver | Merchandise | T.J.Maxx | $ 226.01 | $ 203.41 |
| 6/27/2024 | CapitalOne-Quicksilver | Merchandise | Windsor | $ 257.28 | $ 231.55 |
| 6/28/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 6/28/2024 | Cash Payment | Other Personal Services | Venmo | $ 200.00 | $ 200.00 |
| 6/30/2024 | Cash Payment | Other Personal Services | PayPal | $ 3,000.00 | $ 3,000.00 |
| 6/30/2024 | Cash Payment | Other Personal Services | PayPal | $ 500.00 | $ 500.00 |
| 6/30/2024 | Cash Payment | Other Personal Services | PayPal | $ 500.00 | $ 500.00 |
| 6/30/2024 | Cash Payment | Other Personal Services | Cash App | $ 500.00 | $ 500.00 |
| 6/30/2024 | Cash Payment | Other Personal Services | Venmo | $ 250.00 | $ 250.00 |
| 7/1/2024 | Citicard | Merchandise | David Yurman | $ 5,444.06 | $ 4,899.65 |
| 7/1/2024 | Citicard | Dining & Entertainment | The Twelve Thirty Club | $ 403.18 | $ 100.80 |
| 7/1/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 7/6/2024 | Citicard | Merchandise | Lelo | $ 206.43 | $ 185.79 |
| 7/6/2024 | CapitalOne-Quicksilver | Merchandise | Louis Vuitton | $ 821.31 | $ 739.18 |
| 7/7/2024 | Citicard | Dining & Entertainment | Deep Tropics Tickets | $ 956.68 | $ 861.01 |
| 7/7/2024 | CapitalOne-Quicksilver | Travel | W Hotel Barcelona | $ 1,667.07 | $ 1,500.36 |
| 7/10/2024 | CapitalOne-Quicksilver | Other Services | Pure Sweat Sauna Studio | $ 175.00 | $ 175.00 |
| 7/10/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,500.00 | $ 1,500.00 |
| 7/11/2024 | Citicard | Dining & Entertainment | Frugal MacDoogal | $ 202.07 | $ 181.86 |
| 7/11/2024 | CapitalOne-Quicksilver | Other Services | The Remedy IV Health | $ 669.50 | $ 602.55 |

| Date | Payment Method | Category | Description | Debit | Fair Market Value |
|---|---|---|---|---|---|
| 7/11/2024 | CapitalOne-Quicksilver | Other Services | Venus Nail and Spa | $ 190.00 | $ 190.00 |
| 7/12/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,500.00 | $ 1,500.00 |
| 7/13/2024 | Citicard | Merchandise | Lululemon | $ 445.89 | $ 401.30 |
| 7/13/2024 | Citicard | Merchandise | Chanel | $ 1,065.18 | $ 958.66 |
| 7/13/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 7/13/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 7/18/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 7/21/2024 | Citicard | Travel | Radiance Revival Retreat | $ 1,300.00 | $ 1,300.00 |
| 7/21/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 7/21/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 7/23/2024 | Citicard | Merchandise | Nordstrom | $ 5,109.00 | $ 4,598.10 |
| 7/29/2024 | Citicard | Merchandise | Rose Hill Flowers | $ 972.22 | $ 875.00 |
| 7/29/2024 | CapitalOne-Quicksilver | Merchandise | Victoria's Secret | $ 100.00 | $ 100.00 |
| 7/30/2024 | Citicard | Dining & Entertainment | Jeff Ruby's | $ 200.00 | $ 200.00 |
| 7/30/2024 | CapitalOne-Quicksilver | Merchandise | Nordstrom | $ 617.44 | $ 555.70 |
| 7/30/2024 | CapitalOne-Quicksilver | Merchandise | Nordstrom | $ 158.41 | $ 142.57 |
| 7/30/2024 | CapitalOne-Quicksilver | Merchandise | Windsor | $ 200.00 | $ 200.00 |
| 7/30/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,500.00 | $ 1,500.00 |
| 8/1/2024 | Cash Payment | Other Personal Services | Venmo | $ 200.00 | $ 200.00 |
| 8/7/2024 | Citicard | Travel | Radiance Revival Retreat | $ 917.00 | $ 917.00 |
| 8/9/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 8/10/2024 | Cash Payment | Other Personal Services | Venmo | $ 500.00 | $ 500.00 |
| 8/11/2024 | CapitalOne-Quicksilver | Dining & Entertainment | The Rutledge | $ 202.82 | $ 182.54 |
| 8/11/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,500.00 | $ 1,500.00 |
| 8/12/2024 | CapitalOne-Quicksilver | Other Services | The Remedy IV Health | $ 669.50 | $ 669.50 |
| 8/18/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 8/26/2024 | CapitalOne-Quicksilver | Other Services | Southall Spa | $ 274.39 | $ 246.95 |
| 8/28/2024 | Cash Payment | Other Personal Services | Venmo | $ 2,000.00 | $ 2,000.00 |
| 8/29/2024 | CapitalOne-Quicksilver | Other Services | Venus Nail and Spa | $ 160.00 | $ 160.00 |
| 8/30/2024 | CapitalOne-Quicksilver | Other Services | Monroe Bostick | $ 706.25 | $ 635.63 |
| 8/30/2024 | Cash Payment | Other Personal Services | Venmo | $ 1,000.00 | $ 1,000.00 |
| 9/8/2024 | Cash Payment | Other Personal Services | Venmo | $ 10.00 | $ 10.00 |
| | | | | $ 194,909.52 | $ 183,786.40 |