_____ July _____ TERM, 20<u>25</u>, **CRIMINAL COURT**

STATE OF TENNESSEE

VS.

**MARTIN ROSS SCOTT**

NO. <u>2025-C-1672</u>

PROSECUTOR: **Tyler Lewis**

CHARGE: **Ct. 1 Harassment**
**Ct. 2 Viol. No Contact Order**

Witness(es) before the Grand Jury:

_Tyler Lewis_

FILED
Davidson County
Criminal Court Clerk

JUL 0 9 2025

BY

Deputy Clerk

The above witness(es) appeared; was/were duly sworn by me, the foreperson, and gave testimony before the Grand Jury in the above-styled cause this 9th day of _July_, 20 25.

☒ A **TRUE** BILL  ☐ A **NO TRUE** BILL

_____
Foreperson
Davidson County Grand Jury

---

**SUBPOENA THE FOLLOWING WITNESSES FOR THE STATE OF TENNESSEE:**
COMPLAINT No(s): 2024-0755799, 2025-0034118

Tyler Lewis, MPD #4001927
Jarrett Messick, MPD #4001458
Andrew Book, MPD #4010512





# INDICTMENT

## State of Tennessee, Davidson County

### COUNT 1

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MARTIN ROSS SCOTT

on the **10th** and **26th** days of **December, 2024**, in Davidson County, Tennessee and before the finding of this indictment, intentionally did communicate with **Mallory Withers** without lawful purpose, anonymously or otherwise, with the intent that the frequency or means of the communication annoys, offends, alarms, or frightens **Mallory Withers**, and by this action did annoy, offend, alarm, or frighten **Mallory Withers**, in violation of Tennessee Code Annotated §39-17-308, and against the peace and dignity of the State of Tennessee.

## COUNT 2

THE GRAND JURORS of Davidson County, Tennessee, duly impaneled and sworn, upon their oath, present that:

### MARTIN ROSS SCOTT

on the **26th** day of **December, 2024**, in Davidson County, Tennessee and before the finding of this indictment, did knowingly violate a no contact order, issued prior to **Martin Ross Scott's** release on bond, following **Martin Ross Scott's** arrest for a criminal offense defined in Title 39, chapter 13 of the Tennessee Code, in which **Mallory Withers**, the alleged victim of that offense, is a domestic abuse victim as defined in Tennessee Code Annotated §36-3-601, in violation of Tennessee Code Annotated §39-13-113, and against the peace and dignity of the State of Tennessee.

GLENN R. FUNK
DISTRICT ATTORNEY GENERAL
TWENTIETH JUDICIAL DISTRICT