**Tracking Number:**

**70201290000173291398**

 Copy    🏃 Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 4:39 pm on October 18, 2024 in NASHVILLE, TN 37228.

_____

Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

● **Delivered**
Delivered, Individual Picked Up at Post Office
NASHVILLE, TN 37228
October 18, 2024, 4:39 pm

● **Redelivery Scheduled**
NASHVILLE, TN 37208
October 12, 2024

● **Notice Left (No Authorized Recipient Available)**
NASHVILLE, TN 37208
October 12, 2024, 2:20 pm

● **Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
October 11, 2024, 11:43 am

● **Arrived at USPS Regional Facility**
CHATTANOOGA TN DISTRIBUTION CENTER
October 10, 2024, 10:30 pm

● **USPS in possession of item**
MANCHESTER, TN 37355
October 10, 2024, 4:38 pm

● Hide Tracking History

What Do USPS Tracking Statuses Mean?

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌃

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail Restricted Delivery

See Less ⌃



Martin Scott

Mallory Withers



Product                                    1                              $2.31

First-Class Mail®
Large Envelope
    Nashville, TN 37208
    Weight: 0 lb 3.10 oz
    Estimated Delivery Date
        Sat 10/12/2024
    Restricted Del                                              $12.75
        Recipient name
            MALLORY WITHERS
        Tracking #:
            70201290000173291398

Total                                                          $15.06

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                               $15.06

Grand Total:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                               $15.06

Credit Card Remit
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX
    Approval #: 62495P
    Transaction #: 975
    AID: A0000000041010                      Chip
    AL: MASTERCARD
    PIN: Not Required               MASTERCARD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811
        Preview your Mail