**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MARTIN SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:25-cv-01393 |
| | ) | JUDGE TRAUGER |
| **METRO. GOV'T. OF NASHVILLE** | ) | **JURY DEMAND** |
| **AND DAVIDSON COUNTY,** | ) | |
| | ) | |
| **TRACKING SOLUTIONS, INC.,** | ) | |
| | ) | |
| **MALLORY WITHERS,** | ) | |
| *in her individual capacity* | ) | |
| | ) | |
| **BRIAN CAVALIERE,** | ) | |
| *in his individual capacity* | ) | |
| | ) | |
| **TYLER LEWIS,** | ) | |
| *in his individual capacity* | ) | |
| | ) | |
| Defendants. | ) | |

---

**NOTICE IDENTIFYING EXHIBITS FILED AT DOCKET ENTRY [27]**

---

Comes now Plaintiff, by and through counsel, and pursuant to the Court's Notice to Filer regarding Docket Entry No. 27, hereby provides the following descriptions of the exhibits previously filed:

1. **Exhibit B** – Proposed First Amended Complaint asserting claims under 42 U.S.C. § 1983 and Tennessee law against Defendants Metro Government, Tracking Solutions, Inc., Mallory Withers, and individual officers.

2. **Exhibit G** – October 2024 letter from Plaintiff to Mallory Withers providing notice of issuance of IRS Forms 1099 and summarizing financial transactions related to the parties' arrangement.

3. **Exhibit H** – United States Postal Service certified mail tracking records and proof of delivery confirming receipt of the October 2024 letter by Mallory Withers in Nashville, Tennessee.

4. **Exhibit N** – Criminal warrants and supporting affidavits issued in Davidson County, Tennessee, charging Plaintiff with harassment, stalking, violation of an order of protection, and related offenses.

5. **Exhibit T** – Temporary Order of Protection entered in the General Sessions Court for Davidson County, Tennessee, in favor of Mallory Withers against Plaintiff.

6. **Exhibit U** – Order Granting Bail for Abuse Cases entered by the Davidson County General Sessions Court imposing bond conditions, including GPS monitoring, following Plaintiff's January 29, 2025 arrest.

7. **Exhibit CC** – Davidson County Grand Jury indictment charging Plaintiff with harassment and violation of a no-contact order.

Date filed: March 20, 2026.

Respectfully submitted,

s/Cody Johnson/
Cody Johnson, Esq.
BPR No. 037568
Turklay Law, PLLC
Attorney for Plaintiff
102 E Main Street Suite A
Lebanon, TN 37087
P: (629) 200-7774
Cody@TurklayLaw.com

2