# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MARTIN SCOTT,  Plaintiff, | ) ) ) |
| v. | ) ) ) **No. 3:25-cv-01393** |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, *et al.*, | ) ) **Judge Trauger** ) ) **JURY DEMAND** |
| Defendants. | ) |

## DEFENDANTS METRO NASHVILLE, TYLER LEWIS AND BRIAN CAVALIERE'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Metro Nashville, Tyler Lewis and Brian Cavaliere (the "Metro Defendants") respectfully request an extension of Metro Nashville's reply in support of its motion to dismiss deadline and the Individual Defendants responsive pleading deadline until seven days after Plaintiff's motion to amend is decided, if necessary. This requested extension would not impact any other deadlines in this case, as the initial case management conference has been continued. (Doc. No. 24.)

An extension is warranted because Plaintiff intends to amend the complaint and leave to amend is freely granted. Fed. R. Civ. P. 15. On March 20, 2026, Plaintiff's counsel asked undersigned counsel if a motion to amend would be opposed. And undersigned counsel stated that the motion would not be opposed by the Metro Defendants. Then, Plaintiff responded to Metro Nashville's motion to dismiss by stating that it was "directed to a pleading that is in the process of being superseded." (Doc. No. 27.) The proposed amended complaint was included as an exhibit to Plaintiff's response (Doc. Nos. 27-3; 28.) Several days after Plaintiff's filing, undersigned counsel asked if Plaintiff intended to file a motion to amend. On March 25, 2026, Plaintiff's counsel conveyed that the motion to amend would be forthcoming by March 27, 2026.

Because Metro Nashville's reply is due today, March 27, 2026, and the Individual Defendant's responsive pleading is due March 30, 2026, a motion for extension is necessary. The extension allows Plaintiff to request leave to amend, and for the Court to rule on the motion.

Accordingly, the Metro Defendants seek an extension until seven days after the Court has ruled on the motion to amend.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

*/s/Melissa Roberge*
Melissa S. Roberge (#26230)
  SENIOR COUNSEL
Michael R. Dohn (#37535)
  ASSISTANT METROPOLITAN ATTORNEY
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
melissa.roberge@nashville.gov
michael.dohn@nashville.gov