

Case 3:25-cv-01393  Document 30-2  Filed 04/03/26  Page 1 of 5 PageID #: 392

Hmm what are you open to?

3:16 PM

Well we can do a <u>weekly</u>/<u>monthly</u> thing or per meetup. Figure wise.. you throw out a number

3:23 PM

✓ Sent

Sunday, Dec 10, 2023 • 5:59 PM

Depending what you're wanting. In the past I've just given blow jobs

5:59 PM

For how much?  I think I'd definitely want more than that though.. that's just a tease lol

6:01 PM

✓ Sent

Haha I know. In the past I've done more for 1k

6:02 PM

Unless you're just amazing with that mouth 🤷‍♂️

6:02 PM

✓ Sent

I mean I am lol

Hahaha. Well I think I'd have to

Message Mallory

Case 3:25-cv-01393    Document 30-2    Filed 04/03/26    Page 2 of 5 PageID #: 393



✓ Sent

I mean I am lol 6:02 PM

Hahaha.  Well I think I'd have to be the judge of that ;).  1k is fair I think.
✓ Sent 6:03 PM

Great! Weekly or bi weekly? 6:04 PM

Weekly probably depending on my schedule
✓ Sent 6:05 PM

Perfect 6:05 PM

So when are you free again?  I'm guessing you'd rather skip dinner next week then lol
✓ Sent 6:09 PM

I get back to town on Thursday morning. So probably Thursday evening. 6:10 PM

Depending on what I need to do that day, I may can do dinner

+ Message Mallory

✓ Sent

Date?

6:04 PM

We need to talk about this arrangement though lol.  You gonna break me if I pay you ever time I see you 😂
✓ Sent

6:04 PM

What hahah twice this week was your idea?

6:05 PM

True.. how about we just do tomorrow
✓ Sent

6:06 PM

To answer your question.. Sorta?  I'm going to see my friend in Cookeville
✓ Sent

6:06 PM

How about if you see me more than once a week then do less the second time? Im gonna be leaving town some in Jan and will only be free once a week any way

6:07 PM

What do you suggest then?
✓ Sent

6:08 PM

Half is fine

6:08 PM

For the second time lol

6:08 PM

I'll also be working a lot starting in January so I won't have a lot of free time through the week unless it rains.  Mostly Saturday and Sunday
✓ Sent

6:08 PM

Okay well then see me as much as you can before then :)

6:09 PM

That's fine.

6:09 PM

Message Mallory

