lol yeah check yourself — 1:01 AM



9:42 AM

you better check yourself 👀 😜 — 9:42 AM

Niceeee — 9:49 AM

Are you going to be able to handle seeing me once a week in a hotel while my sister is here lol — 9:49 AM

Yea I guess :(. I won't be happy about it but I guess I'll have to make it count. — 9:53 AM
✓ Sent

Are you gonna be able to stay

Message Mallory

Case 3:25-cv-01308    Document 36-3    Filed 04/09/26    Page 1 of 13 PageID #: 387



 
4/28/24 ▾

Sunday, Apr 28, 2024 • 11:38 AM

Erm...about the credit card. I didn't realize it until <u>now</u> but they issued the card with the same number that's on mine. I don't really feel comfortable with that so idk. Just have to just stick with the debit card for <u>now</u>
✓ Sent                                                  11:38 AM

Oh you can't order another ones            11:39 AM

?                                                         11:39 AM

Apparently not with Citi I guess. I added you and they issued the card like that
✓ Sent                                                  11:40 AM

But excuse you for ignoring my question
✓ Sent                                                  11:41 AM

Well that got my hopes up for no reason                                                   11:42 AM

Yeah I do

+  |Message Mallory

Case 3:25-cv-01395   Document 30-3   Filed 04/09/25   Page 2 of 13 PageID #: 368



Yeah I do — 11:42 AM

There's no other way? — 11:43 AM

Probably one of my other cards but at this point I'm not feeling good about it. — 11:43 AM
✓ Sent

That's annoying — 11:44 AM

Well I'm not feeling too good about us in general today. — 11:44 AM
✓ Sent

lol ok — 11:45 AM

Alright. — 11:46 AM
✓ Sent

You really do only care about the money — 11:47 AM
✓ Sent

What are you doing later?  I want to see you — 11:49 AM
✓ Sent

Sunday, Apr 28, 2024 • 1:48 PM

Message Mallory

 **Martin Scott <martyscott87@gmail.com>**

---

## Confirmation of Citi® Online activity

---

**Citi® Double Cash Card** <citicards@info6.citi.com>                    Sun, Apr 21, 2024 at 10:32 AM
To: MARTIN SCOTT <martyscott87@gmail.com>

Summary of your recent Citi® Online session.

CONFIRMATION

                     🔒 Martin Scott
                                    Cardmember since 2015
                                    Account ending in ▮▮

# Thanks for using
# Citi® Online

Hi, Martin. Here's a summary of the recent Citi® Online activity for your Citi® Double Cash Mastercard®.

---

## An Authorized User has been added to your account

We added the following Authorized User to your account:
Mallory  Withers

**A few things to remember:**

Case 3:25-cv-01393    Document 30-3    Filed 04/03/26    Page 4 of 13 PageID #: 400

- You're responsible for the charges Authorized Users make on your account

- Be sure your Authorized Users know this account history will show on their credit report

- They have access to view account information and request replacement cards

- You can manage Authorized Users and view transactions in the Citi Mobile® App or Citi® Online

- Your Authorized User's card should arrive soon

---

If you didn't take this action, please call us immediately at the number listed on the back of your card or on your statement. For TTY: We accept 711 or other Relay Service.

*Please note: Depending on the activity taken in Citi Online, and when those activities were completed, you may receive additional emails.*

Citi is at your side before, during and after every purchase.

Your Citi Team

 **Gmail**

**Martin Scott <martyscott87@gmail.com>**

## Your Citi card(s) is out for delivery

**Citi® Double Cash Card** <citicards@info6.citi.com>
To: MALLORY <martyscott87@gmail.com>

Wed, May 8, 2024 at 5:33 AM

Your Citi® Double Cash card(s) is on its way.

UPDATE



🔒 Mallory Withers
Account ending in ▇▇

# ⓘ Your Citi card is arriving soon or may have already been delivered.

Hi, Mallory. We're passing on the good news that your Citi® Double Cash card(s) is out for delivery, and it may already have arrived at its destination. Please note the card(s) was sent in a generic envelope with no Citi logo. Once it's received, be sure to activate your card at citi.com/activate, or by using the instructions provided - then you'll be all set.

Case 3:25-cv-01393    Document 30-3    Filed 04/03/26    Page 6 of 13 PageID #: 402

Enjoy your new card!

Citi is at your side before, during and after every purchase.

## Your Citi Team

View Your Account  |  Pay Your Bill  |  Contact Us



Download the Citi Mobile® App

 

Apple and the Apple logo are trademarks of Apple Inc. Registered in the U.S. and other countries. App Store is a service mark of Apple Inc., registered in the U.S. and other countries. Android, Google Play, and the Google Play logo are trademarks of Google LLC.

Citibank® is not responsible for products and services offered by other companies.



Privacy        Security

🔒The security zone at the top of this email helps you verify that it was in fact sent by Citi.

ABOUT THIS MESSAGE

This email is sent by Citi Cards to keep you informed about your Citi credit card, including updates about your account activity and information about features and services to help you effectively manage your account. Have questions? Please do not reply to this service email. Instead, just contact us.

Our mailing address: Citibank Customer Service P. O. Box 6500 Sioux Falls, SD 57117

©2024 Citibank, N.A. Citi, Citibank, Citi with Arc Design and Citi Mobile are registered service marks of Citigroup Inc.

Case 3:25-cv-01393    Document 30-3    Filed 04/03/26    Page 7 of 13 PageID #: 403

 Gmail

**Martin Scott <martyscott87@gmail.com>**

**Martin, you've added an Authorized User to your account**

**Capital One | Quicksilver** <capitalone@notification.capitalone.com>                                    Wed, May 1, 2024 at 5:42 PM
To: martyscott87@gmail.com

 Sign in



📇 Account ending in ▮▮



# You've added an Authorized User

You (or an Account Manager) recently added **Mallory Withers** as a new Authorized User on your Quicksilver Credit Card account ending in ▮▮ . Their new card will be sent to your address soon.

If you didn't make this change, please call us right away at 800-CAPITAL (800-227-4825), or you can manage your users online.

Case 3:25-cv-01393    Document 30-3    Filed 04/03/26    Page 8 of 13 PageID #: 404

 Gmail

**Martin Scott <martyscott87@gmail.com>**

## A new card for MALLORY has shipped

**Capital One | Quicksilver** <capitalone@notification.capitalone.com>
To: martyscott87@gmail.com

Fri, May 3, 2024 at 1:14 AM

&#9786; Sign in



Quicksilver Credit Card. ▮▮▮ | Visa Signature

# A Quicksilver Credit Card for MALLORY is on the way



Case 3:25-cv-01393    Document 30-3    Filed 04/03/26    Page 9 of 13 PageID #: 405

A new Quicksilver Credit Card for MALLORY is in the mail. Here's what you need to know:



**Watch your mailbox**

The card should arrive by May 9.



**Download the app**

If you haven't already, we encourage you to [download the Capital One Mobile app](#) and manage your account online anytime.

Manage your account

 Download the Capital One Mobile app.

Case 3:25-cv-01393    Document 30-3    Filed 04/03/26    Page 10 of 13 PageID #: 406

 | QUICKSILVER

## Payment Information

| | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
| **May 28, 2024** | |
| New Balance | Minimum Payment Due |
| **$0.00** | **$0.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $40.00.

## Account Summary

| | |
|---|---|
| Previous Balance | $6,626.54 |
| Payments | - $18,739.77 |
| Other Credits | - $176.08 |
| Transactions | + $12,289.31 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $0.00** |
| Credit Limit | $21,000.00 |
| Available Credit (as of May 03, 2024) | $21,000.00 |
| Cash Advance Credit Limit | $3,000.00 |
| Available Credit for Cash Advances | $3,000.00 |

### Rewards Summary — Rewards as of: 05/02/2024

| Rewards Balance | Track and redeem your rewards with our |
|---|---|
| **$24.92** | mobile app or on capitalone.com |

| Previous Balance | Earned This Period | Redeemed this period |
|---|---|---|
| $7.96 | $193.04 | -$176.08 |

## Account Notifications

ⓘ   You can find changes to your Rewards program by logging into your account and navigating to the Rewards FAQ section.

---

Pay or manage your account at capitalone.com   Customer Service: 1-800-227-4825   See reverse for Important Information



MARTIN R SCOTT

▇▇▇▇▇▇▇▇

Payment Due Date: **May 28, 2024**   Account ending in ▇▇

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $0.00 | $0.00 | $ _____ |

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

 Save time, stay informed. Discover new features with the Capital One Mobile app.

Scan this QR Code with your phone's camera to download the top-rated Capital One Mobile app.

Capital One
P.O. Box 71087
Charlotte NC 28272-1087

## Transactions

Visit **capitalone.com** to see detailed transactions.

**MARTIN R SCOTT** ███ **: Payments, Credits and Adjustments**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| ███ | ███ | ████████████████████ | ███ |

**MARTIN R SCOTT** ███ **: Transactions**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

**MARTIN R SCOTT** ███ **: Payments, Credits and Adjustments**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| ███ | ███ | ████████████ | ███ |
| ███ | ███ | ██████████████████ | ███ |
| ███ | ███ | ██████████████████ | ███ |
| ███ | ███ | ██████████████████ | ███ |

**MARTIN R SCOTT** ███ **: Transactions**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| ███ | ███ | ████████████████████ | ███ |
| ███ | ███ | ████████████████████ | ███ |
| ███ | ███ | ██████████████ | ███ |
| ███ | ███ | ██████████████ | ███ |
| ███ | ███ | ██████████████████ | ███ |
| ███ | ███ | ██████████████ | ███ |
| ███ | ███ | ██████████████████ | ███ |
| ███ | ███ | ████████████████ | ███ |
| ███ | ███ | ████████████████ | ███ |
| ███ | ███ | ████████████████ | ███ |
| ███ | ███ | ████████████████ | ███ |
| ███ | ███ | ████████████████ | ███ |
| ███ | ███ | ██████████████████████ | ███ |
| ███ | ███ | ██████████████ | ███ |
| ███ | ███ | ████████████████ | ███ |

**MARTIN R SCOTT** ███ **: Total Transactions**                                    $12,289.31

**MALLORY WITHERS** ███ **: Payments, Credits and Adjustments**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|

**Additional Information on the next page**

# Transactions (Continued)

**MALLORY WITHERS** ▉ **: Transactions**

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Transactions for This Period** | | | **$12,289.31** |

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Fees for This Period** | | | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

# Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
| Purchases | 24.24% P | $0.00 | $0.00 |
| Cash Advances | 28.24% P | $0.00 | $0.00 |

<u>Variable APRs:</u> If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in The Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P<br>L | Prime Rate + margin<br>3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| D<br>F | Prime Rate + margin<br>1 month LIBOR + margin | The first day of each Billing Cycle |



**Protect yourself from scams.**
When dealing with uninvited contacts from people, businesses, or social networking sites, always use caution.

Scan this QR Code with your phone's camera to learn more or visit
**www.capitalone.com/stopscams**

530486-EN