

  Mallory Withers

3/6/24 ▼

lol I don't want you to break yourself helping me. I'm so expensive

10:12 PM

Well you're not my girlfriend.. so I do gotta draw a line at some point lol
✓ Sent

10:12 PM

Lol you drew the line w the car

10:13 PM

🤷🏻‍♂️ some things are for girlfriends only lol
✓ Sent

10:13 PM

Shut up lol

10:13 PM

I hate that label stuff

10:13 PM

If I end up struggling, you know I'll try to get more help right

10:14 PM

If it comes to that point though where I get tired of penny pinching I will let you know

10:14 PM

Lol Well I hope it doesn't

+ | Message Mallory     

