



←  Mallory Withers ⌄

someone is committed to me and I can trust them. So think whatever you wish
✓ Sent

I venmod you 600 just now.
✓ Sent

You are not and were never my boyfriend so you have zero room to be insecure, act out, expect me to hang for free, etc. I set the standard to avoid these things. I'm not committed to you, and you don't need to trust me. We have no emotional tie. There is not a relationship. It was an arrangement where we actually got along and like each other and could have fun where we were both satisfied. You gave me financially security for a month with a card lol, so thanks.

Okay then
✓ Sent

The standard was seeing you once or twice a week per our agreement. I added the other

Message Mallory

Case 3:25-cv-01353   Document 26-8   Filed 6/03/25   Page 1 of 1 PageID #: XX