| Received | 06/24/2024 1:45:14 AM | Mallory Withers (1 (318) 680-3044) | Idc im not teaching her anything |
|---|---|---|---|
| Received | 06/24/2024 1:45:24 AM | Mallory Withers (1 (318) 680-3044) | She can figure it out on her own |
| Received | 06/24/2024 1:45:41 AM | Mallory Withers (1 (318) 680-3044) | After helping Marilyn I'm like yeah you botches can figure it out alone |
| Received | 06/24/2024 1:45:53 AM | Mallory Withers (1 (318) 680-3044) | Bitches |
| Sent | 06/24/2024 1:46:11 AM | Mallory Withers (1 (318) 680-3044) | Lmao. Yea I feel that. |
| Sent | 06/24/2024 1:47:23 AM | Mallory Withers (1 (318) 680-3044) | In all seriousness though I would never try to intentionally get with your friends. And don't say you already did blah blah. If I really wanted to I'm sure I could but I wouldn't do that to you |
| Received | 06/24/2024 1:47:45 AM | Mallory Withers (1 (318) 680-3044) | Like I said, I trust no one |
| Sent | 06/24/2024 1:47:57 AM | Mallory Withers (1 (318) 680-3044) | Well trust me. |
| Sent | 06/24/2024 1:48:09 AM | Mallory Withers (1 (318) 680-3044) | I'll give you back rubs and good dick |
| Sent | 06/24/2024 1:53:17 AM | Mallory Withers (1 (318) 680-3044) | Idk how anyone uses seeking tbh. Unless all the hot girls have their profiles hidden it's dead AF on there. I was on there for a few months the summer before we met and literally met no one. |
| Received | 06/24/2024 1:54:04 AM | Mallory Withers (1 (318) 680-3044) | Yeah, every man I met on there was crazy about me, but I was trying to finesse |

| Received | 06/24/2024 1:54:04 AM | Mallory Withers (1 (318) 680-3044) | Yeah, every man I met on there was crazy about me, but I was trying to finesse |
|---|---|---|---|

| Sent | 06/24/2024 1:54:34 AM | Mallory Withers (1 (318) 680-3044) | Lol. Hopefully you finessed a good bit |
|---|---|---|---|
| Sent | 06/24/2024 1:56:46 AM | Mallory Withers (1 (318) 680-3044) | I wasn't crazy about you at first. But your lil boujee ass grew on me. |
| Sent | 06/24/2024 1:58:01 AM | Mallory Withers (1 (318) 680-3044) | Wym by finesse btw? Like trying to get money without having sex? |
| Received | 06/24/2024 2:00:01 AM | Mallory Withers (1 (318) 680-3044) | Wasn't crazy about me bc all you thought I had was looks!? lol |
| Received | 06/24/2024 2:00:39 AM | Mallory Withers (1 (318) 680-3044) | And yeah I was never gonna be intimate with a guy on there so I would just meet them for coffee or drinks and milk them until I couldn't anymore |
| Sent | 06/24/2024 2:01:01 AM | Mallory Withers (1 (318) 680-3044) | You're not my type lol. But I thought you were cute when we first met and I liked how you asked me questions |
| Sent | 06/24/2024 2:01:37 AM | Mallory Withers (1 (318) 680-3044) | Lmao. Nice. Yea I guess that's the way to do it if you got free time on your hands and they wanna throw money |
| Received | 06/24/2024 2:02:27 AM | Mallory Withers (1 (318) 680-3044) | Yeah one guy gave me 7K and I never even did anything but a peck kiss |
| Sent | 06/24/2024 2:02:34 AM | Mallory Withers (1 (318) 680-3044) | I never go for the chicks with lip fillers and fake tits. It's just not something I've been historically attracted to in the past. In porn, sure. But not in real life |
| Received | 06/24/2024 2:02:41 AM | Mallory Withers (1 (318) 680-3044) | That's the guy I gave to Marilyn |
| Sent | 06/24/2024 2:02:54 AM | Mallory Withers (1 (318) 680-3044) | 7k total? Or 7k in one shot? Lol |

Case 3:25-cv-01393   Document 30-6   Filed 04/03/26   Page 2 of 3 PageID #: 413

| Sent | 06/24/2024 2:02:54 AM | Mallory Withers (1 (318) 680-3044) | 7k total? Or 7k in one shot? Lol |
|---|---|---|---|

about:blank 206/1556

| Received | 06/24/2024 2:03:15 AM | Mallory Withers (1 (318) 680-3044) | 7k in total not one shot lol |
|---|---|---|---|
| Sent | 06/24/2024 2:03:35 AM | Mallory Withers (1 (318) 680-3044) | Lol I was like dayumm. That's a fucking black and tie affair date frfr |
| Received | 06/24/2024 2:03:38 AM | Mallory Withers (1 (318) 680-3044) | Just for coffee's and drinks and that's not including when I had his cc for shopping |
| Sent | 06/24/2024 2:03:54 AM | Mallory Withers (1 (318) 680-3044) | Lol. Was he married? |
| Received | 06/24/2024 2:04:23 AM | Mallory Withers (1 (318) 680-3044) | Divorced and lonely |
| Sent | 06/24/2024 2:04:27 AM | Mallory Withers (1 (318) 680-3044) | Aw. |
| Received | 06/24/2024 2:04:33 AM | Mallory Withers (1 (318) 680-3044) | And lol so now do you like fake tits and filler? |
| Sent | 06/24/2024 2:04:46 AM | Mallory Withers (1 (318) 680-3044) | I like you :) |
| Received | 06/24/2024 2:05:33 AM | Mallory Withers (1 (318) 680-3044) | lol that didn't answer |
| Sent | 06/24/2024 2:05:40 AM | Mallory Withers (1 (318) 680-3044) | Not for that. But bc I actually like your insides... metaphorically speaking but also inside that lil pussy |
| Sent | 06/24/2024 2:06:29 AM | Mallory Withers (1 (318) 680-3044) | Lol I appreciate natural features. I'm not opposed to it but it's not something I would say "oh yea I love fake tits" or whatever |

about:blank 207/1556

Case 3:25-cv-01393    Document 30-6    Filed 04/03/26    Page 3 of 3 PageID #: 414