Tracking Number:

**70201290000173291398**

 Copy   Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 4:39 pm on October 18, 2024 in NASHVILLE, TN 37228.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
Delivered, Individual Picked Up at Post Office
NASHVILLE, TN 37228
October 18, 2024, 4:39 pm

**Redelivery Scheduled**
NASHVILLE, TN 37208
October 12, 2024

**Notice Left (No Authorized Recipient Available)**
NASHVILLE, TN 37208
October 12, 2024, 2:20 pm

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
October 11, 2024, 11:43 am

**Arrived at USPS Regional Facility**
CHATTANOOGA TN DISTRIBUTION CENTER
October 10, 2024, 10:30 pm

**USPS in possession of item**
MANCHESTER, TN 37355
October 10, 2024, 4:38 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

Postal Product:
First-Class Mail®

Features:
Certified Mail Restricted Delivery

See Less ⌃

Remov



Martin Scott

Mallory Withers

Case 3:25-cv-01393    Document 30-8    Filed 04/03/26    Page 2 of 3 PageID #: 426



Product                                                    $2.31

First-Class Mail®          1
Large Envelope
    Nashville, TN 37208
    Weight: 0 lb 3.10 oz
    Estimated Delivery Date
        Sat 10/12/2024
    Restricted Del                                         $12.75
        Recipient name
            MALLORY WITHERS
        Tracking #:
            7020129000173291398

Total                                                      $15.06

Grand Total:                                               $15.06

                                                           $15.06
Credit Card Remit
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX
    Approval #: 62495P
    Transaction #: 975
    AID: A0000000041010           Chip
    AL: MASTERCARD
    PIN: Not Required              MASTERCARD

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
        1-800-222-1811
    Preview your Mail
    Track your

Case 3:25-cv-01398   Document 30-8   Filed 04/03/26   Page 3 of 3 PageID #: 427