# RE: Martin Scott, copies of envelopes reg tax filings

**Snelling, Erin (D.A.)** <erindsnelling@jisnashville.gov>                    1:49 PM

To  Lisa Naylor

Reply    Forward    Delete    ≡

📎 2 attachments ▸    View    Download

Hey Lisa,

Please see the attached photos. They are dated by the day Ms. Wither's received them.

**From:** Lisa Naylor <lisanaylor@comcast.net>
**Sent:** Wednesday, March 26, 2025 1:11 PM
**To:** Snelling, Erin (D.A.) <ErinDSnelling@jisnashville.gov>
**Cc:** Richard McGee <richardmcgeelaw@gmail.com>
**Subject:** Martin Scott, copies of envelopes reg tax filings

Attention: This email originated from a source external to Metro Government.
Please exercise caution when opening any attachments or links from external
sources.

Hi Erin,

Could you please send copies of the envelopes that the tax filings came in and/or bring a
copy for us to review in am?  Thank you.
Lisa A. Naylor
Attorney at Law
1308 Rosa Parks Blvd.
Nashville, TN 37208
Office: (615) 254-0202
Cell: (615) 521-2846

[1/1]

MARTIN SCOTT
Flowstate Alpha

ZZY1125B  AUTO  MIXED AADC 926
4000000565 565/1

⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿⠿

MALLORY WITHERS

☐ CORRECTED (if checked)

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
MARTIN SCOTT
Flowstate Alpha
Phone: 931-619-7251

OMB No. 1545-0116

Form **1099-NEC**
(Rev. January 2022)

For calendar year
2023

Nonemployee
Compensation

PAYER'S TIN | RECIPIENT'S TIN

1 Nonemployee compensation
$ 4,500.00

**Copy B**
**For Recipient**
This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code
MALLORY WITHERS

2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

3

4 Federal income tax withheld
$ 0.00

5 State tax withheld
$

Account number (see instructions)

$

Form **1099-NEC** (Rev. 1-2022)     (keep for your records)     www.irs.gov/Form10

> **This was received 12/9 after OP was served. I've ignored martins multiple attempts to have me fill this out via email and now mail. He has used my social security number without my consent.**

☐ VOID   ☐ CORRECTED

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
MARTIN SCOTT
Flowstate Alpha
Phone: 931-619-7251

(Rev. January 2022)

For calendar year
2023

Compensation

PAYER'S TIN | RECIPIENT'S TIN

1 Nonemployee compensation
$ 4,500.00

**Copy 2**
To be filed with recipient's state income tax return, when required.

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code
MALLORY WITHERS

2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

3

4 Federal income tax withheld
$ 0.00

5 State tax withheld
$

6 State/Payer's state no.

7 State income
$

$

Account number (see instructions)

Form **1099-NEC** (Rev. 1-2      Department of the Treasury - Internal Revenue Service

> **The fake number that texted me also stated they were sending me something and happy Thanksgiving and then I recieved this from him**

MARTIN SCOTT
Flowstate Alph███████████

IMPORTANT TAX RETURN DOCUMENT ENCLOSED

ZZY1213B 497 1 ▮ 0.622
4000000415 385/1

MALLORY WIT███ERS
███████████████

30 KJDAAP1 37208

Presorted
First-Class Mail
U.S. Postage **Paid**
INFOSEND