# Manage Forms

   

Dashboard > Forms > Manage Forms

| Manage Federal Forms | Manage State Forms | Manage Reconciliation Forms | State Payroll Forms |

**Form 1099/W-2/W-2VI/W-2GU/W-2G/1095/1098/3921/3922/480** ⌃

Payer: Martin Scott ▼  Tax Year: 2023 ▼

Load data only for the selected search category ☐

| Download Multiple PDF | Download PDF's For Selected Payers | Download PDF' | ... Payers | USPS Mail To Recipient | Block Submission |

| Change Schedule Date | State Filing |

Search Recipient Name   Search ClientRecipientId

## Mail Tracking Status ✖

**Recipient Name:** MALLORY WITHERS

**Mailing Date:** 11/27/2024

**Last USPS Scan Date:** 12/04/2024 08:49:38

**Last USPS Zip Code Scan:** 37208

**Note:** Tax1099 is not responsible for the delivery of the mail.

[ OK ]

| ☐ | Reference No. ▼ | Recipient Name ▼ | Tax Id ▼ | ClientRecipientI... | ...bmitted Date | Scheduled Date | Action |
|---|---|---|---|---|---|---|---|
| ☐ | 209184634 | Mallory Withers | XXX-XX- ▣ | | 22/2024 | Submitted to IRS | Select ▾ |

⇤ ◄ 1 ► ⇥   50 ▼ items per page

1 - 1 of 1 items

**Form 940/941/943/944/945/941x/941PR/1042/8027/944x/8955/941SP** ⌄

Case 3:25-cv-01393   Document 30-10   Filed 04/03/26   Page 1 of 2 PageID #: 431

# Manage Forms

Logged in as: martyscott87@gmail.com

Account Type: Essential | Upgrade

   

| Manage Federal Forms | Manage State Forms | Manage Reconciliation Forms | State Payroll Forms |

**Form 1099/W-2/W-2VI/W-2GU/W-2G/1095/1098/3921/3922/480**

Payer: Martin Scott ▾    Tax Year: 2024 ▾

Load data only for the selected search category ☐

| Download Multiple PDF | Download PDF's For Selected Payers | Download PDF | | Payers | USPS Mail To Recipient | Block Submission |
| Change Schedule Date | State Filing | | | | | |

**Mail Tracking Status**  ✖

Recipient Name: MALLORY WITHERS

Mailing Date: 12/17/2024

Last USPS Scan Date: 12/24/2024 09:34:37

Last USPS Zip Code Scan: 37208

**Note:** Tax1099 is not responsible for the delivery of the mail.

| | Reference No. ▼ | Recipient Name ▼ | Tax Id ▼ | ClientRecipientI... | ...bmitted Date | Scheduled Date | Action |
|---|---|---|---|---|---|---|---|
| ☐ | 209122932 | Mallory Withers | XXX-XX-☒ | | ...01/2024 | Submitted to IRS | Select ▾ |
| ☐ | 209581416 | Legal Powers, PLLC | | | ...29/2024 | Submitted to IRS | Select ▾ |

OK

|◄ ◄ **1** ► ►|   50 ▾  items per page        1 - 2 of 2 items

**Form 940/941/943/944/945/941x/941PR/1042/8027/944x/8955/941SP**   ⌄