

you were watching netflix last night on it apparently — 11:18 AM

well since you decided to work then I guess you can pay for your hair. Just put it on your CC — 11:18 AM

Lol. So you are home — 11:20 AM

Calling the police. I never gave you permission — 11:20 AM

That is stalker behavior and I'm not ok with that. — 11:21 AM

Answer the phone — 11:21 AM

Disconnect my tv's — 11:22 AM

See me tonight — 11:22 AM

You have my calls blocked — 11:23 AM

I am not messing around with you right now. Disconnect my TV's. And if you show up unannounced at my home, that's going to be a major issue. Prove to me you — 11:24 AM

Message Mallory

Case 3:25-cv-01393    Document 30-12    Filed 04/03/26    Page 1 of 1 PageID #: 598