# View backup files – SyncTech

| Conversation with Mallory Withers (3186803044) | | | |
|---|---|---|---|
| **Type** | **Date** | **Name/Number** | **Call Duration** |
| Missed | 02/13/2024 7:22:55 PM | Mallory Withers (3186803044) | 0 seconds |
| Incoming | 02/14/2024 2:14:56 PM | Mallory Withers (3186803044) | 29 seconds |
| Outgoing | 03/05/2024 5:18:08 PM | Mallory Withers (13186803044) | 4859 seconds |
| Outgoing | 03/06/2024 3:15:31 PM | Mallory Withers (13186803044) | 6 seconds |
| Outgoing | 03/06/2024 3:18:50 PM | Mallory Withers (13186803044) | 2 seconds |
| Outgoing | 03/06/2024 3:19:57 PM | Mallory Withers (13186803044) | 2 seconds |
| Outgoing | 03/07/2024 7:46:38 PM | Mallory Withers (13186803044) | 2165 seconds |
| Outgoing | 03/10/2024 8:20:49 PM | Mallory Withers (13186803044) | 2 seconds |
| Outgoing | 03/21/2024 8:27:03 PM | Mallory Withers (13186803044) | 15 seconds |
| Incoming | 03/21/2024 8:27:59 PM | Mallory Withers (3186803044) | 28 seconds |
| Rejected | 03/27/2024 8:21:58 PM | Mallory Withers (3186803044) | 0 seconds |
| Incoming | 03/28/2024 8:45:14 AM | Mallory Withers (3186803044) | 2400 seconds |
| Incoming | 03/28/2024 9:25:30 AM | Mallory Withers (3186803044) | 418 seconds |
| Incoming | 03/30/2024 5:29:12 PM | Mallory Withers (3186803044) | 1858 seconds |
| Incoming | 03/30/2024 6:00:41 PM | Mallory Withers (3186803044) | 149 seconds |
| Outgoing | 04/05/2024 6:28:38 PM | Mallory Withers (13186803044) | 24 seconds |
| Missed | 04/18/2024 11:59:05 PM | Mallory Withers (3186803044) | 0 seconds |

| | | | |
|---|---|---|---|
| Incoming | 04/26/2024 5:46:25 PM | Mallory Withers (3186803044) | 30 seconds |
| Outgoing | 04/30/2024 11:53:02 PM | Mallory Withers (3186803044) | 13 seconds |
| Outgoing | 05/03/2024 9:22:53 PM | Mallory Withers (3186803044) | 0 seconds |
| Missed | 05/06/2024 12:18:38 PM | Mallory Withers (3186803044) | 0 seconds |
| Outgoing | 05/06/2024 12:55:48 PM | Mallory Withers (13186803044) | 3 seconds |
| Outgoing | 05/06/2024 12:56:39 PM | Mallory Withers (13186803044) | 571 seconds |
| Rejected | 05/06/2024 1:07:50 PM | Mallory Withers (3186803044) | 0 seconds |
| Outgoing | 05/06/2024 1:12:26 PM | Mallory Withers (13186803044) | 586 seconds |
| Incoming | 07/13/2024 3:11:25 AM | Mallory Withers (3186803044) | 37 seconds |
| Outgoing | 08/07/2024 4:40:33 AM | Mallory Withers (13186803044) | 0 seconds |
| Outgoing | 08/28/2024 11:20:50 AM | Mallory Withers (13186803044) | 4 seconds |
| Outgoing | 08/28/2024 11:21:03 AM | Mallory Withers (13186803044) | 1 seconds |
| Outgoing | 08/28/2024 11:21:19 AM | Mallory Withers (13186803044) | 1 seconds |
| Outgoing | 08/28/2024 11:21:33 AM | Mallory Withers (13186803044) | 1 seconds |
| Outgoing | 08/28/2024 11:21:48 AM | Mallory Withers (13186803044) | 1 seconds |
| Outgoing | 08/28/2024 11:22:06 AM | Mallory Withers (13186803044) | 1 seconds |
| Outgoing | 08/28/2024 11:23:03 AM | Mallory Withers (13186803044) | 1 seconds |
| Outgoing | 08/28/2024 11:23:41 AM | Mallory Withers (13186803044) | 1 seconds |
| Outgoing | 08/28/2024 11:28:22 AM | Mallory Withers (13186803044) | 1 seconds |
| Refused list | 09/14/2024 1:10:40 AM | Mallory Withers (3186803044) | 0 seconds |

| Outgoing | 09/17/2024 6:16:36 AM | Mallory Withers (13186803044) | 0 seconds |