And unless you're sending me what I'm <u>now</u> in debt for I don't want to ever hear from you again.

8:15 PM

I let you in a little, and you went psycho

8:16 PM

I'm seriously concerned how you've spent 48k <u>in 5 months</u> lol

✓ Sent

8:16 PM

<u>Now</u> I see why I have walls

8:16 PM

Idk why it matters. We had an arrangement. You gave me money with each meet and I spent it. I work on the go, airports, layovers, necessities, food, etc. <u>$1k</u> a week is not much for someone who has my lifestyle.

8:17 PM

Not only did I give you 48k in cash I paid for just about everything for you.

✓ Sent

8:17 PM

<u>Now</u> you need an explanation how I spend money?

8:18 PM

No but I don't believe you're in

