

**Mallory Withers**

Asking me to pay taxes on all of that to benefit yourself was a power move and to cost me money and you should be ashamed of yourself.

I'm not expensing this on my end. I'm just reporting the income for you. I pay taxes too..

You benefited from it a lot more than I did... 80k in cash untaxed?

It's not benefiting me at all

Why do you need to report my income when I have an accountant and someone who does my taxes? That's crazy and to harass me about it? Fucking crazy dude

I'm not harassing you about it. Wtf

I just sent you the statement so you know what to expect

Okay well I'm sorry for texting. Bye

Oh yeah, sure. None of the fake accounts

Text message

Case 3:25-cv-01393   Document 30-16   Filed 04/03/26   Page 1 of 1 PageID #: 609