# Supplement Report Clearance

*METROPOLITAN POLICE DEPARTMENT NASHVILLE, TN*

04/15/2025

**This form is to be used for ALL updates with the exceptions of changing an Offense Classification
or Unfounding an Incident (104D) or Clearing an Incident by Exception (104E)**

| INCIDENT NUMBER | VIC # | LNAME | FNAME | MNAME | SUFFIX | RACE | SEX | DOB |
|---|---|---|---|---|---|---|---|---|
| 20240703353 | 1 | WITHERS | MALLORY | A | | W | F | ██████ |

| ARREST NUMBER | N/A: **NO** | OFFENSE DESCRIPTION |
|---|---|---|
| 240034844 | | 5348 - HARASSMENT - CAUSE EMOTIONAL DISTRESS, INTIMIDATE, FRIGHTEN |

### PART I    N/A: **NO**    UCR CASE STATUS

CURRENT STATUS: **OPEN**    OPEN: **NO**    RE_OPENED **NO**    CLEARED by ARREST **YES**

CASE CLEARED WITH THE ASSISTANCE OF FORENSIC EVIDENCE  **NO**

DNA **NO**    DRUG ID **NO**    LATENT PRINT **NO**    FIREARMS **NO**    TOXICOLOGY **NO**

### PART II    N/A: **YES**    SUSPECT INFORMATION

**Note: In order to clear a case in UCR, the suspect data must match the arrestee data in all categories below. If suspect data on the original incident report matches the arrestee in all areas, you will not need to complete this section.**

## Suspect Name/Arrestee Info

SUSPECT INFO

ARRESTEE INFO    UPDATE SELECTED SUSPECT WITH ARRESTEE    **NO**    CREATE NEW SUSPECT WITH ARRESTEE    **NO**

## New Suspect Info

ADD NEW SUSPECT    **NO**    UPDATE UNKNOWN SUSPECT    **NO**

| LAST | FIRST | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| DOB | SEX | RACE | ETHNICITY |
|---|---|---|---|
| | | | |

## Victim to Suspect Relationship (Personal Offenses)

| # | TYP | LAST NAME | FIRST | MIDDLE | SFX | R | S | DOB | RELATIONSHIP |
|---|---|---|---|---|---|---|---|---|---|

### PART III    NARRATIVE(REQUIRED)

Case 3:25-cv-01393    Document 30-17    Filed 04/03/26    Page 1 of 15 PageID #: 610

**Case Number: 2024-0703353**
**Date of Incident/Report: 08/28/2024 12:20**

**Offense: Harassments**
**Victim: MALLORY WITHERS** ███████████

**Suspect: MARTIN SCOTT**

**Relationship: EX-BOYFRIEND/EX-GIRLFRIEND**

**Arrest Number:240034844**

**Follow up Investigation: On 11/22/2024 at 1345 hours I called the victim at** ███████████ **which she answered. The victim stated that she has an order of protection. She stated that she will come to the family safety center to prosecute next week.**

**On 12/4/2024 at 1045 hours. The victim came into the family safety center to get prosecution assistance. The victim swore out a warrant against the suspect for Harassments and it was granted.**

**On 12/20/2024 the suspect was taken into custody.**

**Case Status: Cleared by arrest**

**Det. Cunningham**

*Reporting Officer*

| EBS# | LAST NAME | FIRST NAME | MIDDLE NAME | DATE | TIME | |
|---|---|---|---|---|---|---|
| **279197** | **Cunningham** | **Eric** | | **04/15/2025** | **12:22** | HRS. |

*Approving Officer*

| EBS# | LAST NAME | FIRST NAME | MIDDLE NAME | DATE | TIME | |
|---|---|---|---|---|---|---|
| 879558 | **Fisher** | **Curtis** | | **04/15/2025** | **17:44** | HRS. |

*Records/Data Entry*

| EBS# | LAST NAME | FIRST NAME | MIDDLE NAME | DATE | TIME | |
|---|---|---|---|---|---|---|
| **320049** | **Fonseca** | **Annelise** | | **04/15/2025** | **18:21** | HRS. |

**DOMESTIC VIOLENCE SUPPLEMENTAL FORM**
**Metropolitan Nashville Police Department**



| 1. VICTIM'S NAME:<br>WITHERS, MALLORY A | 2. SEX:<br>FEMALE | 3. RACE:<br>WHITE | 4. DOB:<br>████ | 5. M.N.P.D. Incident#:<br>2024-0703353 |
|---|---|---|---|---|

| 6. HOME ADDRESS:<br>████████, NASHVILLE, TN 37208 | 7. PRIMARY PHONE:<br>████████ | 8. DL#: |
|---|---|---|

| 9. BUSINESS ADDRESS: | 10. OTHER PHONE:<br>Unknown | 11. EMAIL ADDRESS OF VICTIM: |
|---|---|---|

EMERGENCY CONTACT - N/A    12. NAME:                          ADDRESS:                                      TELEPHONE:

## 13. PREVIOUS HISTORY OF ABUSE | 14. OBSERVATIONS AT LOCATION

**Prior Abuse:**        Never

**Bond or Probation:**        No

Unsure Call (615) 862-5670

**Current Order of Protection:** No

**Unsure Call (615) 880-3793 or (615) 880-3762**

For service of an O.P. see department manual 15.50.080

N/A

*Photographs needed for ALL checked*

**HOW WAS PD NOTIFIED?**

Victim Call

## 15. VICTIM VERBAL STATEMENTS MADE TO OFFICER

HE CALLED ME 9 TIMES WITHIN 8 MINUTES

## 16. TYPE OF RELATIONSHIP BETWEEN VICTIM AND SUSPECT

Dated        **Relationship Ended** Yes        **How Long?** 2

## 17. OFFICER OBSERVATIONS OF VICTIM | 18. WEAPONS USED

| EMOTION<br>Calm | PHYSICAL<br>None |
|---|---|

None

## 19. VICTIM MEDICAL TREATMENT

None        DECLINED

## 20. CHILDREN - N/A

## 21. SUSPECT INFORMATION

| NAME:<br>SCOTT, MARTIN R | SEX:<br>MALE | RACE:<br>WHITE | DOB:<br>████ | AGE/RANGE:<br>37 Years |
|---|---|---|---|---|
| HEIGHT:<br>5 feet 09 inches | WEIGHT:<br>160 lbs | EYE:<br>HAZEL | HAIR:<br>BROWN | |
| ADDRESS:<br>████████ | DL#: | EMPLOYER NAME: | | |
| CITY, ST, ZIP:<br>NASHVILLE, TN 37208 | OCA#: | EMPLOYER ADDRESS: | | |

FAMILY/ACQUAINTANCE - N/A    NAME:        ADDRESS:                        CONTACT#:

HAS SUSPECT EVER BEEN ARRESTED FOR DOMESTIC ASSAULT BEFORE THIS INCIDENT?    No

## 22. OFFICER OBSERVATIONS OF SUSPECT

Was Suspect Present?    No

## 23. SUSPECT VERBAL STATEMENTS MADE TO OFFICER

## 24. STRANGULATION SUPPLEMENT  N/A  (UCR Purposes only)

## 25. SCENE CHECKLIST

| Brochure | OFFERED:<br><br>Counseling<br>Order of Protection<br>Prosecution<br>Shelter | ACCEPTED:<br><br>Refused All |
|---|---|---|

## Authorization / Supervisory Approval

| | | | | | |
|---|---|---|---|---|---|
| **Reporting Officer (Print Name)** | Hendrik Kruger | **Emp#** 4001092 | **Car no.** 611B | **Date:** 10/29/2024 | **Time:** 17:34 |
| **Approving Supervisor (Signature)** | Yunus Adak | **Emp#** 256446 | | **Date:** 10/29/2024 | **Time:** 17:47 |

COMPLAINT NUMBER: 2024-0703353          WARRANT NUMBER: GS1054865

PROSECUTOR: Mallory Withers
DEFENDANT: Martin Scott
VICTIM:    Mallory Withers

STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
Harassment Repetitive Calls
39-17-308(a)(2)

Personally appeared before me, the undersigned, **[Select one]** __x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** ___ he __x_ she **[Select one]** __x_ personally observed ___ has probable cause to believe that the defendant name above on 12/03/2024 to OFFENSE_DT_TO in Davidson County, intentionally did communicate with the victim, named above without lawful purpose, anonymously or otherwise, with the intent that the frequency or means of the communication annoys, offends, alarms, or frightens the victim and these actions did annoy, offend, alarm, or frighten the victim.

***The probable cause is as follows:***
Ms. Withers and the defendant stopped dating late August.. On August 28th 2024, the defendant called her over 9 times within a 8 minute window. A few days after that, the defendant texted the victim asking about who was staying her guest room and she stated nobody was in there but the victim was in there. The victim then observed that the television in that room turn on without her doing so. She then turned it back of and it turned on again and the volume was turned up very high.  The defendant then admitted to do so and was able to turn on the television from his phone in the victim's guest room.  Between then and September 14th, 2024, the defendant constantly texted and called the her and she consistantly told him to stop. During mid September 2024, the defendant made an anonymous complaint to the victim's work place which is Delta airlines making false accusations having innapropriate relationships with coworkers and passengers on flights. This led to the victim having emotional distress that caused her to have a seizure and had to seek medical attention. That investigation was deemed unfounded on September 30th 2024. Around mid october, the defendant also made fake social media accounts as well as his personal phone number trying to cause issues with the victim's friends This continued until Novemember 13th 2024 when the defendant appoligized for the accounts and took them off social media. On October 30th, the victim stated that another anonymous complaint was filed with Delta stating that the vi ctim was still having innaproptiate relationships with coworkers and passengers on flights also falsifying evidence  which constisted  screenshots of text messages bewteen them two and pictures of gifts and money that the defendant sent the victim himself. This investigation was also closed and deemed unfounded on November 15th 2024.

ESignature

_____
Prosecutor: Mallory Withers
           909 rosa L parks Blvd {STATION_ASSIGNED}

           Nashville, Tennessee  37208
           318 680-3044

I hereby certify that this is a true and
exact copy of the original
_____ Affidavit
This__16__ day of__July__, 20_25_
CRIMINAL COURT CLERK
BY_____AFI_____, D.C.

ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of  Harassment Repetitive Calls A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 12/03/2024 15:38:38.

_____
John Richard Manson

responded, I blocked you on all platforms and numbers, and yet you're still trying to reach me. Take a look at that document, ma'am.

MR. MCGEE:  The district attorney has seen it, Judge.  Everything that we -- that I'm testifying from, we have shared with the district attorney's office.

THE COURT:  So that letter was what date?

MR. MCGEE:  September 14, Judge.  She's sending a message.

BY MR. MCGEE:

Q.  Do you recognize that document?

A.  I do.

Q.  You sent him a message on September 14th saying, quote, you've ignored my last two texts. Why?

A.  Because we were still cordial.  We were talking up to August 28th until September 14th.

Q.  That's coincidental, it's the same date. On September 13th, here we go, same thing.  Take a look at that document.  Do you recognize that document?

A.  I am -- yes, I do.

Q.  Same thing.  Now, that's September 13th --

MR. MCGEE:  And I'd ask both of those be

Case 3:25-cv-01393    Document 50-17    Filed 04/03/26    Page 6 of 15 PageID #: 615

# Supplement Report Clearance

*METROPOLITAN POLICE DEPARTMENT NASHVILLE, TN*

02/03/2025

**This form is to be used for ALL updates with the exceptions of changing an Offense Classification
or Unfounding an Incident (104D) or Clearing an Incident by Exception (104E)**

| INCIDENT NUMBER | VIC # | LNAME | FNAME | MNAME | SUFFIX | RACE | SEX | DOB |
|---|---|---|---|---|---|---|---|---|
| 20250015544 | 1 | WHITHERS | MALLORY | | | W | F | ▉ |

ARREST NUMBER    N/A: **NO**    OFFENSE DESCRIPTION
**250002510**      **5330 - HARASSMENT**

| **PART I** | N/A: **NO** | **UCR CASE STATUS** |
|---|---|---|

CURRENT STATUS: **OPEN**      OPEN: **NO**      RE_OPENED **NO**      CLEARED by ARREST **YES**

CASE CLEARED WITH THE ASSISTANCE OF FORENSIC EVIDENCE **NO**

DNA **NO**      DRUG ID **NO**      LATENT PRINT **NO**    FIREARMS **NO**      TOXICOLOGY **NO**

| **PART II** | N/A: **YES** | **SUSPECT INFORMATION** |
|---|---|---|

**Note: In order to clear a case in UCR, the suspect data must match the arrestee data in all categories below. If suspect data on the original incident report matches the arrestee in all areas, you will not need to complete this section.**

## Suspect Name/Arrestee Info

SUSPECT INFO

ARRESTEE INFO      UPDATE SELECTED SUSPECT WITH ARRESTEE      **NO**      CREATE NEW SUSPECT WITH ARRESTEE      **NO**

## New Suspect Info

ADD NEW SUSPECT    **NO**      UPDATE UNKNOWN SUSPECT    **NO**

| LAST | FIRST | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| DOB | SEX | RACE | ETHNICITY |
|---|---|---|---|
| | | | |

## Victim to Suspect Relationship (Personal Offenses)

| # | TYP | LAST NAME | FIRST | MIDDLE | SFX | R | S | DOB | RELATIONSHIP |
|---|---|---|---|---|---|---|---|---|---|

| **PART III** | **NARRATIVE(REQUIRED)** |
|---|---|

**Case Number: 2025-0015544**
**Related Case Number: n/a**
**Date of Incident/Report: 12/26/2024, reported on 01/08/2025.**
**Offense: Harassment**
**Victim: Mallory Whithers (OCA: 624096)**
**Suspect: Martin Scott (OCA: 632091)**
**Arrest Number: 250002510**
**Relationship: former - intimate**

**Synopsis: The suspect sent her mail to have her pay taxes on items he bought her. The suspect also opened a fake Instagram account of her and posted pictures/information regarding where the victims new partner lives. The victim is concerned he is following her.**

**Follow-up Investigation: On 01/20/2025 at 1042 hours, I attempted to contact the victim at her listed phone number of ▮▮▮▮▮▮. The phone rang to voicemail, and I left a voicemail with all my contact information for a call back. I sent the victim a victim information letter to her listed address of 909 Rosa L. Parks Blvd., Nashville, TN 37208 with all available services. The victim responded to my call at 1210 hours. I was able to get in contact with the victim at 1246 hours, and asked her about the incident. The victim stated she took out warrants on 01/17/2025 for this incident; however, the warrants obtained was for the bond condition violation and not the harassment. The victim stated the commissioner denied the harassment warrant because there is a warrant already obtained on 12/23/2024. I advised the victim that her report was from 12/26/2024 and she advised that this was continued harassment from the suspect. I offered to assist on prosecuting on this incident, which would be an additional harassment/stalking. The victim was also advised by other detectives on Friday, that she should obtain an order of protection. I advised the victim that she can obtain one at the FSC. The victim will be coming to the FSC on 01/20/2025 at 1400 hours, to prosecute/obtain an order of protection.**

**At 1400 hours on 01/20/2025, the victim came into the FSC and I assisted with prosecution. One warrant for Stalking - Aggravated (GS1059484), was obtained. The victim advised while at the FSC that she previously filed for an order of protection; however, the ex-parte expired and she needs to obtain a new one. No advocates were available and I offered to go through the packet with her. The victim refused stating that she is in contact with her attorney and does not want to proceed with a new order of protection at this time and wants to wait for his advice before doing so. The victim was advised on how to obtain an order of protection at a later date. The victim did not want any counseling or shelter services. Warrants were obtained, the suspect is still outstanding. Warrants on file.**

**The suspect was taken into custody in relation to this incident. Case will be cleared by arrest.**

**Case Status: Cleared by arrest.**

*Reporting Officer*

| EBS# | LAST NAME | FIRST NAME | MIDDLE NAME | DATE | TIME | |
|---|---|---|---|---|---|---|
| **4007302** | **Cavaliere** | **Brian** | | **02/03/2025** | **11:44** | HRS. |

*Approving Officer*

| EBS# | LAST NAME | FIRST NAME | MIDDLE NAME | DATE | TIME | |
|---|---|---|---|---|---|---|
| **280010** | **Lang** | **Zachary** | | **02/03/2025** | **14:07** | HRS. |

*Records/Data Entry*

| EBS# | LAST NAME | FIRST NAME | MIDDLE NAME | DATE | TIME | |
|---|---|---|---|---|---|---|
| **268259** | **Leach** | **Joyce** | | **02/03/2025** | **14:38** | HRS. |

**Incident Report**
**Metropolitan Nashville Police Department**
**Nashville, Tennessee**

| ZONE | RPA | 1. MPD Incident No. |
|---|---|---|
| 413 | 4219 | 2024-0703353 |

## Part 1 Incident

**2. Related Incident**
**N/A**

**3. Other Police Agency and Case Incident No.**
**N/A**

| 4. Report Type | 5. Report Date   Time | 6. Incident Date   Time | Precinct |
|---|---|---|---|
| **DISPATCHED** | **10/29/2024   17:07** | From:  **08/28/2024   12:20**<br>To:  **08/28/2024   12:30** | **CENTRAL** |

**7. Reporting/Dispatched Location**
████████████████, NASHVILLE, TN 37208

**8. Address of Incident**
████████████████, NASHVILLE, TN 37208

| 1 | 9. Offense Code<br>**830 - Harassment** | 10. Offense Description<br>**HARASSMENT - CAUSE EMOTIONAL DISTRE** | 11. Status<br>**COMPLETED** | 12. Location Type Code<br>**APARTMENT**<br>12a. Secondary Location Type Code |
|---|---|---|---|---|

| 13. Weapon Code (Enter up to 3) | **NONE** | |
|---|---|---|
| 14. Activity Code (Enter up to 3) | | |

| 15. Hate Crime Suspected<br>**NO** | 16. Suspected Gang Activity<br>**NO** | 16a. Terrorism Suspected<br>**NO** | 16b. Cybercrime Suspected | 17. (For Burglary) If Hotel/Motel/Rental Storage<br>Forced Entry    No of premises entered | 18. (For Burglary/Robbery) Home Invasion? |
|---|---|---|---|---|---|

## Part 2 Victim

| Victim<br>1 | 31. Victim Type<br>**INDIVIDUAL (18 AND OVER)** | 19. (Last, First, Middle Name or Business Name)<br>**WITHERS, MALLORY A** | Officer ENO |
|---|---|---|---|

| 20. Social Security Number | 21. Driver's License Number |
|---|---|

**22. Address of Victim**
**Same as Address of Incident Block 8**     Email

| 23. Sex<br>**FEMALE** | 24. Race<br>**WHITE** | 25. Ethnicity<br>**NOT HISPANIC OR LATI** | 27. County Resident<br>**YES** | 28. D.O.B.<br>████████ | 29. Age<br>**29 Years** | 29.1. Language<br>**ENGLISH** |
|---|---|---|---|---|---|---|

**29.2. Phone Numbers**
Home: ████████          Work:          Cell/Pager: ████████

**30. Victim of Offenses:**
(Ref Block #9)

**830 - Harassment**

**32. Local College Student? (If yes, last name of college/university)**
**N/A**

**33. Employment**
**N/A**

**34. Domestic Disturbance?**
**Yes**     Was Order of Protection violated?  **NO**     Was victim taken to safe place?  **NO**     Were children taken to safe place?  **NO**     Were children present during incident?  **NO**

**35. Victim to Suspect**

**Number: 1     Name: SCOTT, MARTIN R          Relationship: EX-BOYFRIEND/EX-GIRLFRIEND**

| 36. Aggravated Assault/Homicide Circumstances | 37. Negligent Manslaughter | 38. Justifiable Homicide |
|---|---|---|

**38.1. Will Victim Prosecute?     UNSURE (SEE NARRATIVE)**     **38.2. Can ID Suspect:     YES**

**123. Signature of Recipient/Authorizer:          N/A**

**127. Advisory Notice Issued**
**CITIZEN INFORMATION NOTICE**

## Part 3 Suspect

| Suspect<br>1 | 92. (Last, First, Middle Name)<br>SCOTT, MARTIN R | 94. SSN and/or Driver's License Nbr. |
|---|---|---|

| 93. Address of Suspect | | 95. Phone Number |
| --- | --- | --- |
| ████████████████████████ | | (931) 619-7251 |

| 97. Sex | 98. Race | 99. Ethnicity | 100. D.O.B. | 101. Age | 104. Height | 105. Weight |
| --- | --- | --- | --- | --- | --- | --- |
| MALE | WHITE | NOT HISPANIC OR LATINO | ██████ | 37 Years | 5 feet 09 inches | 160 lbs |

| 106. Hair | 107. Eyes |
| --- | --- |
| BROWN | HAZEL |

| 108. Scars and Other Identifiers | 109. Clothing |
| --- | --- |
| | |

| 102. Suspected of Using | 103. Status (Enter up to 2) |
| --- | --- |
| N/A | AT LARGE |

**96. Weapon/Tool (Enter up to 3)**
NONE

**110. Vehicle Used**
None

| Year | Make | Model | Body | Color | License Plate Number | State | Year |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

## Part 4 Other Person   N/A

## Part 5 Property   N/A

60. If Offense was arson and Property was structure, was the structure occupied?

**Complete Items 50-58 and 81-84 for Drug/Narcotic Violation**

## Drugs   N/A

## Part 6 Injury and Transport   N/A

## Part 7 Search by Officer   N/A

## Part 8 Other Units Requested   N/A

| 113. I.D. Section Called to Scene | Yes for: | Other: |
| --- | --- | --- |

| Part 9 LEOKA | 115. Police Assault Cleared | 116. First Weapon Encountered | 117. Type of Activity |
| --- | --- | --- | --- |
| 118. Officer Assignment | 119. LEOKA Incident Type | | |

## Part 10 Narrative   120.

ON 10/29/2024 OFFICERS WERE DISPATCHED TO 909 ROSA L PARKS BLVD IN REGARDS TO A DOMESTIC DISTURBANCE CALL FOR SERVICE. VICTIM MALLORY STATED SHE BEGAN TO HAVE ISSUES WITH HER EX-BOYFRIEND MARTIN AFTER THE TWO SEPARATED. THE VICTIM STATED THAT AFTER THE BREAK UP ON 08/28/2024 THE SUSPECT CALLED HER 9 TIMES WITHIN 8 MINUTES. THE SUSPECT OVER THE NEXT FEW DAYS WOULD TEXT THE VICTIM RANTING ABOUT HER. THE VICTIM STATED THAT SHE TOLD THE SUSPECT TO STOP MESSAGING HER, BUT ALSO ADVISED SHE WOULD RESPONDE TO HIS MESSAGES. AFTER THE VICTIM TOLD THE SUSPECT TO STOP TEXTING HER FOR THE 5TH TIME THE SUSPECT STOPPED. HOWEVER THE SUSPECT THEN BEGAN TO REACH OUT TO THE VICTIMS WORK PLACE STATING THAT THE VICTIM HAS BEEN SLEEPING WITH BOTH CUSTOMERS AND STAFF MEMBERS. THE STATEMENTS PROVIDED INITIATED THE VICTIMS WORK PLACE TO CONDUCT A FORMAL INVESTIGATION AGAINST HER. THE VICTIM ADVISED THE COMPLAINTS WERE SENT IN AS ANONYMOUS, BUT THE VICTIM STATED SHE KNOWS THE COMPLAINTS CAME FROM THE SUSPECT. THE VICTIM STATED THE SUSPECT ALSO MADE FAKE ACCOUNTS OF HER AND WOULD SEND MESSAGES TO HER FRIENDS TRYING TO START DRAMA.

THE VICTIM WAS OFFERED COUNSELING, ORDER OF PROTECTION, PROSECUTION AND SHELTER. THE VICTIM REFUSED ALL SERVICES STATING THAT SHE HAS BEEN IN CONTACT WITH LAWYER AND WILL SPEAK WITH THEM FOR LEGAL ADVICE. THE VICTIM WAS ADVISED OF THE FAMILY SAFETY CENTER IF SHE DECIDED ON PROSECUTION OR AN ORDER OF PROTECTION.

A FORM 117 WAS COMPLETED FOR THIS INCIDENT.

120.1 Fingerprints Lifted:   NO

121. Body Worn Camera or In-Car Camera Evidence May Exist Related To This Incident:   Yes

122. Report is Continued on:   N/A   (Check all that apply)

130. Primary Investigative Unit: **DOMESTIC VIOLENCE - INTIMATE PARTNERS**   Reporting Agency: **METROPOLITAN NASHVILLE POLICE DEPARTMENT**

| 128. Case Status: | Cleared by Exception: |
| --- | --- |
| OPEN | |

| 124. Reporting Officer (First, MI, Last) | | Employee No. | Agency | Radio Call Sign | District |
| --- | --- | --- | --- | --- | --- |
| Hendrik | Kruger | 4001092 | TN0190100 | 611B | |

| 125. Approving Supervisor | | Employee No. | Agency | | |
| --- | --- | --- | --- | --- | --- |
| Yunus | Adak | 256446 | TN0190100 | | |

| 126. Data Entry | | Employee No. | Agency | Date | |
| --- | --- | --- | --- | --- | --- |
| Paige | Waggoner | 373607 | TN0190100 | 10/30/2024 | |

Comments

## Crime Scene Photos

MNPD FORM 100

REV. 1-2023

CALEA 42.2.4, 82.2.1, 82.2.4

Ver 2.4.2e

**Incident Report**
**Metropolitan Nashville Police Department**
**Nashville, Tennessee**

| | ZONE | RPA | 1. MPD Incident No. |
|---|---|---|---|
| | 413 | 4219 | 2025-0015544 |

| **Part 1 Incident** | 2. Related Incident |
|---|---|
| | **N/A** |
| | 3. Other Police Agency and Case Incident No. |
| | **N/A** |

| 4. Report Type | 5. Report Date   Time | 6. Incident Date   Time | | Precinct |
|---|---|---|---|---|
| **DISPATCHED** | **01/08/2025   19:44** | From:   **12/26/2024   08:00** | | **CENTRAL** |
| | | To:   **01/07/2025   20:00** | | |

7. Reporting/Dispatched Location
�manual, NASHVILLE, TN 37208

8. Address of Incident
▮▮▮▮▮▮▮▮▮▮▮, NASHVILLE, TN 37208

| 1 | 9. Offense Code | 10. Offense Description | 11. Status | 12. Location Type Code |
|---|---|---|---|---|
| | **830 - Harassment** | **HARASSMENT** | **COMPLETED** | **APARTMENT** |
| | | | | 12a. Secondary Location Type Code |

| 13. Weapon Code (Enter up to 3) | **NONE** | |
|---|---|---|

| 14. Activity Code (Enter up to 3) | | |
|---|---|---|

| 15. Hate Crime Suspected | 16. Suspected Gang Activity | 16a. Terrorism Suspected | 16b. Cybercrime Suspected | 17. (For Burglary) Forced Entry   If Hotel/Motel/Rental Storage   No of premises entered | 18. (For Burglary/Robbery) Home Invasion? |
|---|---|---|---|---|---|
| **NO** | **NO** | **NO** | | | |

| **Part 2 Victim** | |
|---|---|

| Victim | 31. Victim Type | 19. (Last, First, Middle Name or Business Name) | Officer ENO |
|---|---|---|---|
| 1 | **INDIVIDUAL (18 AND OVER)** | **WHITHERS, MALLORY** | |

| 20. Social Security Number | 21. Driver's License Number |
|---|---|

| 22. Address of Victim | Email |
|---|---|
| **Same as Address of Incident Block 8** | |

| 23. Sex | 24. Race | 25. Ethnicity | 27. County Resident | 28. D.O.B. | 29. Age | 29.1. Language |
|---|---|---|---|---|---|---|
| **FEMALE** | **WHITE** | **NOT HISPANIC OR LATI** | **YES** | ▮▮▮▮▮ | **29 Y** | **ENGLISH** |

29.2. Phone Numbers
Home: ▮▮▮▮▮▮   Work:   Cell/Pager: ▮▮▮▮▮▮

30. Victim of Offenses:
   (Ref Block #9)

**830 - Harassment**

32. Local College Student? (If yes, last name of college/university)
**N/A**

33. Employment
**N/A**

| 34. Domestic Disturbance? | Was Order of Protection violated?   **NO** | Was victim taken to safe place?   **NO** | Were children taken to safe place?   **NO** | Were children present during incident?   **NO** |
|---|---|---|---|---|
| **Yes** | | | | |

35. Victim to Suspect

**Number: 1      Name:  SCOTT, MARTIN R          Relationship:  EX-BOYFRIEND/EX-GIRLFRIEND**

| 36. Aggravated Assault/Homicide Circumstances | 37. Negligent Manslaughter | 38. Justifiable Homicide |
|---|---|---|

| 38.1. Will Victim Prosecute?   **YES** | 38.2. Can ID Suspect:   **YES** |
|---|---|

| **123. Signature of Recipient/Authorizer:**        **N/A** | 127. Advisory Notice Issued |
|---|---|
| | **CITIZEN INFORMATION NOTICE** |

| **Part 3 Suspect** | |
|---|---|

| Suspect | 92. (Last, First, Middle Name) | 94. SSN and/or Driver's License Nbr. |
|---|---|---|
| 1 | SCOTT, MARTIN R | |

| 93. Address of Suspect | | 95. Phone Number (615) 243-7521 |
|---|---|---|
| ████████████ | | |

| 97. Sex | 98. Race | 99. Ethnicity | 100. D.O.B. | 101. Age | 104. Height | 105. Weight |
|---|---|---|---|---|---|---|
| MALE | WHITE | NOT HISPANIC OR LATINO | ████ | 37 Years | 5 feet 09 inches | 160 lbs |

| 106. Hair | 107. Eyes |
|---|---|
| BLONDE OR STRAWBERRY | BLUE |

| 108. Scars and Other Identifiers | 109. Clothing |
|---|---|
| | |

| 102. Suspected of Using | 103. Status (Enter up to 2) |
|---|---|
| N/A | AT LARGE |

**96. Weapon/Tool (Enter up to 3)**
NONE

**110. Vehicle Used**
None

| Year | Make | Model | Body | Color | License Plate Number | State | Year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Part 4 Other Person  N/A

## Part 5 Property  N/A

60. If Offense was arson and Property was structure, was the structure occupied?

**Complete Items 50-58 and 81-84 for Drug/Narcotic Violation**

## Drugs  N/A

## Part 6 Injury and Transport  N/A

## Part 7 Search by Officer  N/A

## Part 8 Other Units Requested  N/A

| 113. I.D. Section Called to Scene | Yes for: | Other: |
|---|---|---|

| Part 9 LEOKA | 115. Police Assault Cleared | 116. First Weapon Encountered | 117. Type of Activity |
|---|---|---|---|
| 118. Officer Assignment | 119. LEOKA Incident Type | | |

## Part 10 Narrative  120.

OFFICERS RESPONDED TO 909 ROSA L PARKS BLVD FOR AN ONGOING HARRASSMENT ISSUE. THE VICTIM AND SUSPECT PREVIOUSLY DATED. MS. WHITHERS STATED MR. SCOTT HAS PENDING CHARGES WITH BOND CONDITIONS. OFFICERS CONFIRMED THE BOND CONDITIONS, WHICH INCLUDE A NO CONTACT ORDER. MR. SCOTT WAS ARRESTED ON 12/20/2024 ON TWO CHARGES, WHICH ARE PENDING AND INCLUDE THE AFOREMENTIONED BOND CONDITIONS.

MS. WHITHERS ADVISED SHE RECEIVED A 10-99 FORM IN THE MAIL ON 12/26/2024 FROM MR. SCOTT, ADDRESSED TO HER, BECAUSE HE WANTS HER TO PAY TAXES ON THE FLOWERS AND GIFTS HE BOUGHT HER. MS. WITHERS STATED MR. SCOTT ALSO REOPENED THE FAKE INSTAGRAM PAGE IMPERSONATING HER AND POSTED A PICTURE WITH A CAPTION READING "GET READY FOR THAT CLAPBACK", WHICH SHE BELIEVES IS IN RELATION TO THEIR RECENT COURT PROCEEDINGS. MR. SCOTT ALSO INCLUDED STATEMENTS IN THE BIOGRAPHY OF THE ACCOUNT REFFERENCING THE STREET NAME WHERE A MAN LIVES THAT MS. WHITHERS HAS BEEN TALKING TO.

MS. WITHERS IS CONCERNED MR. SCOTT HAS PUT A TRACKER ON HER VEHICLE AND/OR TAPPED HER PHONE. SHE WAS OFFERED ASSISTANCE WITH COUNSELING, ORDER OF PROTECTION, PROSECUTION, AND SHELTER BUT REFUSED ALL SERVICES. MS. WITHERS ADVISED SHE ALREADY HAD PLANS TO SPEAK WITH THE DV DETECTIVE FRIDAY REGARDING FUTHER PROSECUTION. SHE ALSO ADVISED SHE MAY SEEK ANOTHER OOP AT A LATER TIME.

A 117 AND 117L WERE COMPLETED.

120.1 Fingerprints Lifted:  NO

121. Body Worn Camera or In-Car Camera Evidence May Exist Related To This Incident:  Yes

122. Report is Continued on:  N/A  (Check all that apply)

130. Primary Investigative Unit: DOMESTIC VIOLENCE - INTIMATE PARTNERS  Reporting Agency: METROPOLITAN NASHVILLE POLICE DEPARTMENT

| 128. Case Status: OPEN | Cleared by Exception: |
|---|---|

| 124. Reporting Officer (First, MI, Last) | | Employee No. | Agency | Radio Call Sign | District |
|---|---|---|---|---|---|
| Kaitlyn | Powell | 4004076 | TN0190100 | 615B | |

| 125. Approving Supervisor | | Employee No. | Agency | | |
|---|---|---|---|---|---|
| Yunus | Adak | 256446 | TN0190100 | | |

| 126. Data Entry | | Employee No. | Agency | Date | |
|---|---|---|---|---|---|
| Paige | Waggoner | 373607 | TN0190100 | 01/09/2025 | |

Comments

## Crime Scene Photos

paper in that picture look any different from what you showed the district attorney's office?

A. No.

GENERAL SNELLING: Your Honor, at this time, I would like to admit this as Exhibit 3.

THE COURT: Any Objection? Okay.

(WHEREUPON, the previously-mentioned document was marked as Exhibit Number 3.)

MR. MCGEE: Your Honor, Exhibit 3, I believe?

THE COURT: Exhibit 3.

MR. MCGEE: Thank you.

BY GENERAL SNELLING:

Q. Then the order that you received that you said you filed on November 14th, how long did it take to serve Mr. Scott?

A. Three weeks.

Q. Were you notified when he was served with this?

A. Yes. I actually had to sit with the detective and him call the county to make sure that he was going to be served that day.

Q. Okay.

MR. MCGEE: Just a second, Your Honor.

Case 3:25-cv-01393    Document 30-17    Filed 04/03/26    Page 13 of 15 PageID #: 622

A. However, those texts were taken out of context. We were basically dating. If we were going on dates, I see that as dating.

Q. Let me --

A. The detective --

Q. Let me ask you a question. If you're quote, unquote, dating, why is he paying for sex?

GENERAL SNELLING: Objection, Your Honor. We're getting into an irrelevant matter.

THE COURT: What's your question, Mr. McGee? I'm sorry, I was reading.

MR. MCGEE: That's okay. She said, well, even though she'd put ex sex partner, by the time we get to I guess April, they are, quote, dating. I was asking her if, in the truth, that what she put on the ex parte order of protection in November was she described him as her, quote, ex sex partner, and she said, yes.

BY MR. MCGEE:

Q. Is that right?

A. The detective determined that we were not.

Q. Ma'am, you filled out the affidavit.

A. I agreed to it, but that is not the term I chose. That is the term that he chose.

Q. Ma'am, let's talk about why you need to

Case 3:25-cv-01393    Document 30-17    Filed 04/03/26    Page 14 of 15 PageID #: 623


# IRS

 
# Welcome MALLORY A WITHERS

⚠ **If you accessed Form 1099-NEC from Feb. 12 to Aug. 7, 2025**

Form 1099-NEC for tax years 2023 or 2024, displayed from February 12 to August 7, 2025, had incorrect amounts in box 1, Nonemployee compensation and box 4, Federal income tax withheld. This has been fixed. The corrected form is now in your Information Return Documents.

If you relied on the incorrect Form 1099-NEC to file your tax return, you may need to file an amended return. ↗

ℹ **Did you receive an** **outreach from the**

If you got an unexpected social media message or

it's not us. Protect yourse

Letter from IRS before filing my taxes- Detective Cunningham stated after reviewing our relationship, and the harassment that if I received anything from the IRS- to come back and see him because then it is a federal crime Martin has committed by filing taxes on a personal relationship