## Case Events

| Date | Event Category | Event Type | Victim/Witness | User |
|---|---|---|---|---|
| 01/27/2025 11:43 | EIM | EIM - Attended | Mallory Withers | ssimmon |

Met w/V and her attorney Lody Powers from 1000 to @1130.
V engaged readily after reassurances from Lody and from ADA Snelling that our office is not prosecuting V for anything.
V met D thru V's work as an escort. V is also a flight attendant for Delta Airlines x 8 years.
V was quietly tearful at points during the EIM.
V told me as we walked to JCAC that V has been on PTO for an extended time, and that Delta has been very supportive.
D has four Outstanding Warrants at this writing - the warrant #s for those are in ADA Snellings notes, Part Two.
ADA Snelling's EIM notes, PART ONE (also in G drive):Def Martin Scott
Victim: Mallory Withers
ADA/ VWCErin/ Shirley
EIM DATEJanuary 27, 2025
COURT DATE/ ADA1/29/25 9:00A 4C

RV/ES/MG
DEFENDANT'S NAMEMartin Scott


WARRANT NO.(s)Gs1054865-66


CHARGE(S)Harassment, Stalking


Is Def on Bond? Bond DetailsYes. Cash/credit bond $1,000
Victim Name/ Relationship to DefMallory Withers

Romantically involved with V for 7months

OOP StatusOOP was dismissed on a technicality. It was set on the 16th day and judge dismissed the OOP.
Def place of Residence He is from Vancouver. He lives in Viola, TN.
Def cx(s) to Nashville? Def out of State cx(s)?No
Def DV historyHe has a history in RMS of reports as a suspect.
PART TWO to follow in later, separate entry.

     **EIM Date: 1/27/2025 10:00:00**

| Date | Event Category | Event Type | Victim/Witness | User |
|---|---|---|---|---|
| 01/27/2025 09:13 | Contact - Telephone | Spoke to victim | Mallory Withers | ssimmon |

TC w/V to confirm - she tho't it was 10:30, but will try and come for 10:00.
I also spoke w/Lody Powers, as she is coming with V (Ben Powers is V's attorney), and Lody is in courthouse and will come down to EIM office around 10:00.

| Date | Event Category | Event Type | Victim/Witness | User |
|---|---|---|---|---|
| 01/22/2025 04:52 | Contact - Telephone | Accepted EIM | Mallory Withers | slcovingt |

Spoke to V--V informed that the D is holding there "transactional arrangement" over her head and threatening to blackmail her--V stated that she is not really sure how to word what the D is actually doing because it is a legal term--reminded V I am not an ADA--V did mention the words transactional arrangement--informed the V that I would set her up an EIM so that she can have an opportunity to speak with an ADA prior to court and explain her concerns

## Case Events

| Date | Event Category | Event Type | Victim/Witness | User |
|---|---|---|---|---|
| 01/30/2025 10:35 | Misc. Notes | Misc. Notes | | kmsnyde |

\* This data was originally copied from file 2025-1-450

No OW/CJIS hx.

| Date | Event Category | Event Type | Victim/Witness | User |
|---|---|---|---|---|
| 01/30/2025 10:33 | Misc. Notes | Misc. Notes | | kmsnyde |

\* This data was originally copied from file 2025-1-450

IR loaded
CFS: Mallory Withers @ ███████████
No pics
Det. Eric Cunningham
Per CJIS, D has OPEN Stalking and Harassment with same V. Set 2/24 9:00.
 - D was arrested for three other charges same time as arrested for this. All with SAME V.
G Drive: 584 PICTURES IN G DRIVE.

| Date | Event Category | Event Type | Victim/Witness | User |
|---|---|---|---|---|
| 01/30/2025 10:33 | Misc. Notes | Misc. Notes | | kmsnyde |

\* This data was originally copied from file 2025-1-450

Correct IR number: 20240755799

| Date | Event Category | Event Type | Victim/Witness | User |
|---|---|---|---|---|
| 01/30/2025 09:36 | Contact - Telephone | Voice Mail TO | Mallory Withers | bladuke |

████████████ LM on auto VM with 2/24 CAD and my info.

| Date | Event Category | Event Type | Victim/Witness | User |
|---|---|---|---|---|
| 01/30/2025 09:28 | Court Attendance | Not Present in Court | Mallory Withers | bladuke |

V was put on call. Def served with OW so case cont. to 2/24 w/ subps. V's atty Lody Powers is aware.

| Date | Event Category | Event Type | Victim/Witness | User |
|---|---|---|---|---|
| 01/28/2025 08:27 | Contact - Email | Other | | ssimmon |

\* This data was originally copied from file 2024-12-384

Received drop box link from V (in G drive), but forwarded to Will Brown about whether it's safe to open or follow the link.

| Date | Event Category | Event Type | Victim/Witness | User |
|---|---|---|---|---|
| 01/27/2025 03:40 | Misc. Notes | Misc. Notes | Mallory Withers | ssimmon |

PART THREE ADA Snelling's EIM notes (also in G drive):
Injuries?None
Photos/videos?Dropbox has screenshots of correspondence from Def to V.
Witness(es) Names and Contact InfoKaylee Maples; ███████████ W is a friend of V who Def contacted directly three different times.
Medical TreatmentN/A
911 or non-emergency call?Non-emergency line.
Does V feel safe? Is the V in need of any services/ support?V feels like Def knows where she lives. She believes she is being watched.
Victim's wantsV wants the worst punishment available. She wants Def to leave her alone. V DOES NOT WANT TO TESTIFY.
ADA offer/ Case Resolution10 days to serve for violating bond conditions.
Plea to Stalking and Harassment 11/29(s)(sp) + S/A to run consecutive. GPS monitoring for the first 6 months. Petition to remove if successful at probation.
Any other Notes?V is worried she will face legal consequences for prostitution. I explained we are not prosecuting her and that she is a V of a crime.