

**UNITED STATES POSTAL SERVICE.**

MANCHESTER
1601 HILLSBORO BLVD
MANCHESTER, TN 37355-9998
(800)275-8777

10/10/2024                    04:40 PM
---
| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.31 |
| Large Envelope | | | |
| Nashville, TN 37208 | | | |
| Weight: 0 lb 3.10 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/12/2024 | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| MALLORY WITHERS | | | |
| Tracking #: | | | |
| 70201290000173291398 | | | |
| Total | | | $15.06 |

---
Grand Total:                  $15.06
---
Credit Card Remit             $15.06
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX █
    Approval #: 62495P
    Transaction #: 975
    AID: A0000000041010        Chip
    AL: MASTERCARD
    PIN: Not Required    MASTERCARD
---

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

---

UFN: 475460-0355
Receipt #: 840-53700211-3-6257130-2
Clerk: 11

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville, TN 37208          OFFICIAL USE

| Certified Mail Fee | | | 0355 |
|---|---|---|---|
| $ | $0.00 | | 11 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $12.75 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | | | |
| $ | $2.31 | | 10/10/2024 |
| Total Postage and Fees | | | |
| $ | $15.06 | | |
| Sent To | | | |
| Street and Apt. No., or PO Box No. | | | |
| City, State, ZIP+4® | | | |

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**Tracking Number:**

**70201290000173291398**

 Copy    🏃 Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:39 pm on October 18, 2024 in NASHVILLE, TN 37228.

---

Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

● **Delivered**
Delivered, Individual Picked Up at Post Office
NASHVILLE, TN 37228
October 18, 2024, 4:39 pm

● **Redelivery Scheduled**
NASHVILLE, TN 37208
October 12, 2024

● **Notice Left (No Authorized Recipient Available)**
NASHVILLE, TN 37208
October 12, 2024, 2:20 pm

● **Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
October 11, 2024, 11:43 am

● **Arrived at USPS Regional Facility**
CHATTANOOGA TN DISTRIBUTION CENTER
October 10, 2024, 10:30 pm

● **USPS in possession of item**
MANCHESTER, TN 37355
October 10, 2024, 4:38 pm

● Hide Tracking History

What Do USPS Tracking Statuses Mean?

---

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌃

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail Restricted Delivery

See Less ⌃