COPY

# Temporary Order of Protection
## (Ex Parte Order of Protection)

DCSO#_____

Docket Number: **24OP3127**

### IN THE SESSIONS COURT OF DAVIDSON COUNTY, TENNESSEE

**Petitioner** (person needing protection)

**MALLORY WITHERS**

Petitioner's Name: First – Middle – Last (list child's name if filed on behalf of person under 18 years old pursuant to *T.C.A. §36-3-602)*

| | |
|---|---|
| | Petitioner is under 18 and the Petition was filed on behalf of an unemancipated person (someone under 18 years of age), pursuant to T.C.A. §36-3-602. |
| | The Petition was made by a law enforcement officer pursuant to T.C.A. §36-3-619 and Petitioner consented to the filing of this Petition by the law enforcement officer. |

## Petitioner's Child(ren) Under 18 Protected by this Order:

Name                            DOB                            Relationship to Respondent

---

**Respondent's Information** (person you want to be protected from):

Name:    MARTIN SCOTT

DOB:    XXXXXX

Home Address:    XXXXXXXX

City, State Zip:    XXXXXXXXX

Employer:

Employer Phone:

*Set: December 20, 2024 @ 9:30 am  Ctrm. 4B Justice AA Birch Bldg.*

**Describe Respondent:**

| Sex | Race | Hair | Eyes | Height- Weight- SSN- Other | |
|---|---|---|---|---|---|
| M | W | | | Height | |
| | | | | Weight | 0 |
| | | | | Social Security # | Provided to Clerk's Office |
| | | | | Scars/Special Features | |
| | | | | Phone Number | 9316197251 |

| Petitioner's Relationship to the Respondent (Check all that apply): | | | |
|---|---|---|---|
| We are married or used to be married. | | | We live together or used to live together |
| We have a child together. | | X | We are dating, used to date, or have had sex. |
| We are relatives, related by adoption, or are/were in-laws. | Specify: | | |
| We are the children of a person whose relationship is described above. | Specify: | | |
| X | The Respondent has stalked me | | The Respondent has sexually assaulted me. |
| Other: | | Specify: | |

| The Court having reviewed the Petition for Temporary Order of Protection and finding, pursuant to T.C.A. §36-3-605(a), that Mallory Withers, Petitioner, is under an immediate and present danger of abuse from Martin Scott, Respondent, and good cause appearing, the Court issues the following | **Warning** | |
|---|---|---|
| | Weapon Involved | |
| | Has or owns Weapon | |

Revised 04/02/2020

Docket No: 24OP3127

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

Service ID 1757124

EFILED 11/14/24 08:26 PM CASE NO. 24OP3127 Joseph P. Day, Clerk

**Orders to the Respondent:**

☒ Do not abuse, threaten to abuse, hurt or try to hurt, or frighten Mallory Withers, Petitioner, and/or Petitioner's minor child(ren) under 18.

☒ Do not put Mallory Withers, Petitioner, and/or Petitioner's minor child(ren) under 18 in fear of being hurt or in fear of not being able to leave or get away.

☒ Do not stalk or threaten to stalk Mallory Withers, Petitioner, and/or Petitioner's minor child(ren) under 18.

☒ Do not come about Mallory Withers, Petitioner, and/or Petitioner's minor child(ren) protected by this Order (including coming by or to a shared residence) for any purpose.

☒ Do not contact Mallory Withers, Petitioner, and/or Petitioner's minor child(ren) protected by this Order, either directly or indirectly, by phone, email, messages, mail or any other type of communication or contact.

☐ If you and Mallory Withers, Petitioner, shared a residence, _you_ must immediately and temporarily vacate the residence shared with Mallory Withers, Petitioner, pending a hearing on the matter.

☐ If you and Mallory Withers, Petitioner, shared a residence, _you_ can obtain your clothing and personal effects such as medicine, as follows: (List process as approved by local law enforcement personnel)

**Martin Scott, Respondent, will be allowed one (1) opportunity to contact local law enforcement agency to escort or oversee Martin Scott, Respondent, obtaining his/her personal effects needed while the application is pending. If law enforcement, for any reason, is unable to accommodate Martin Scott, Respondent's request, a third party may be designated by Martin Scott, Respondent, who will be allowed to pick up Martin Scott, Respondent's clothing, medicine and other personal effects Martin Scott, Respondent will need until the final hearing on this application.**

☐ You must not hurt, or threaten to hurt, any animals owned or kept by Mallory Withers, Petitioner, or Petitioner's children.

☒ Other orders: **Do not commit or attempt to commit malicious damage to Mallory Withers, Petitioner, and/or Petitioner's child(ren)'s personal property.**

---

☒ **Go to Court** on (date): _December 20, 2024_ at 9:15am
at (location):

    JUSTICE A.A. BIRCH BUILDING
    408 2ND AVENUE N.
    COURTROOM 4B @ 9:15am
    NASHVILLE, TN 37201

**You must obey these Orders until the date of the hearing or until changes are made by the Court.** If you do not agree with these Orders, go to the Court hearing and tell the Court why. If you do not go, the Court can make orders against you. You have the right to bring your own lawyer. If you do not obey all orders on this form, you may be fined and sent to jail.

**Only the Court can change this Order.** Neither you nor _Mallory Withers_ can agree to change this Order. Even if Mallory Withers, Petitioner, tries to contact you or agrees to have contact with you, you must obey this Order. If you do not, you can be sent to jail for up to ten (10) days and fined up to $50 for each violation. (T.C.A. §36-3-610)

IF YOU WANT TO TELL YOUR SIDE TO THE JUDGE, YOU MUST BE AT THE HEARING. IF YOU DO NOT COME TO THE HEARING, THE JUDGE WILL DECIDE BASED ONLY ON THE PETITIONER'S TESTIMONY.

Date: **14 November 2024**    Time: **8:35 pm**    ☐ a.m  ☒ p.m

                                            Judicial Officer's Signature  Chris Hofstetter
                                                             Magistrate

Service ID 1757124

Revised 04/02/2020                                               Docket No: **24OP3127**

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

**WARNINGS TO RESPONDENT:**

A copy of this *Order* will be sent to all law enforcement agencies where Petitioner resides AND any Court in which the Respondent and Petitioner are parties to an action. Any law enforcement officer who reasonably believes you have disobeyed this *Order* may arrest you.

If you hurt or try to hurt anyone while this *Order*, probation or diversion is in effect, you may face separate charges for aggravated assault, a Class C felony. (*T.C.A. §39-13-102(c)*)



Service ID 1757124

Revised 04/02/2020

Docket No: **24OP3127**

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

COPY

**PROOF OF SERVICE:**

Docket Number: <u>24OP3127</u>

| | |
|---|---|
| **Proof of Service of *Petition, Notice of Hearing* and *Temporary Order of Protection*:**<br><br>MARTIN SCOTT, Respondent, was served on (date): _____12-3-24_____ at (time): _3:01 pm._<br>by (check one):<br><br>☑ Personal Service:_____<br><br>☐☐U.S. Mail per T.C.A. §20-2-215 and §20-2-216<br>    (The Respondent does not live in Tennessee.)<br><br>☐ Not Found _____<br><br>☐ Translator Requested-Language:_____<br><br>_____<br>Server's Signature<br><br><br>_____<br>Print Name | **If the Petitioner is under 18** and service of these documents would not put him/her at risk, the Clerk will serve and fill out below. (*T.C.A. §36-3-605(c)*)<br><br>*I served the child's parents with copies of the Petition, Notice of Hearing, and Temporary Order of Protection by personal delivery or U.S. Mail on: (date):* _____ *at (address):* **ADDRESS ON FILE**<br><br>Clerk's Signature: _____ |

Service ID 1757124

**Petitioner Notification**

☐ Mallory Withers, Petitioner, was notified of the service result on _____, 20_____ at _____ a.m. / p.m.

☐ I was unable to reach Mallory Withers, Petitioner, to give notification of the service result. The Clerk will attempt to give either verbal or written notification of the service result.

**Respondent Notification**

☐ Martin Scott, Respondent, was notified of the issuance of the *Temporary Order of Protection* on _____, 20_____ at _____ a.m. / p.m. by _____.

Revised 04/02/2020

Docket No: **24OP3127**

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

COPY

EFILED 11/14/24 08:26 PM CASE NO. 24OP3127 Joseph P. Day, Clerk

# Petition for Order of Protection and Order for Hearing

## IN THE SESSIONS COURT OF DAVIDSON COUNTY, TENNESSEE

Docket Number: **24OP3127**

DCSO #_____

Petitioner's Name (person needing protection)

**MALLORY WITHERS**

First – Middle – Last (list child's name if filed on behalf of person under 18 years of age, pursuant to T.C.A. §36-3-602)

| | |
|---|---|
| | Petitioner is under 18 and the Petition was filed on behalf of an unemancipated person (someone under 18 years of age), pursuant to T.C.A. §36-3-602. |
| | This request is being made by a law enforcement officer pursuant to T.C.A. §36-3-619. The person on whose behalf this Petition is filed consents in writing to the filing and signs here: _____ |

**\*\*Petitioner's Child(ren) Under 18 that Petitioner Believes are in Need of Protection:**

**Name**         Date of Birth  Relationship to Martin Scott, Respondent

---

**Respondent's Information** (person you want to be protected from):

Name:  MARTIN SCOTT

DOB: ▩▩▩▩▩

Home Address: ▩▩▩▩▩▩▩▩

City, State Zip: ▩▩▩▩▩▩▩▩

Work

Work Phone:

*Set: December 20, 2024 @ 9:30 am  Ctrm. 4B Justice AA Birch Bldg.*

DESCRIBE RESPONDENT:

| Sex | Race | Hair | Eyes | Height- Weight- SSN- Other | |
|-----|------|------|------|----------------------------|--|
| M | W | | | Height | |
| | | | | Weight | 0 |
| | | | | Social Security # | Provided to Clerk's Office |
| | | | | Scars/Special Features | |
| | | | | Phone | 9316197251 |

---

| 1. | What is Petitioner's relationship to Respondent? (check all that apply): | |
|----|---|---|
| a. | | We are married or used to be married |
| b. | | We live together or used to live together. |
| c. | | We have a child together. |
| d. | X | We are dating, used to date, or have had sex. |
| e. | | We are relatives, related by adoption, or are/were in-laws. |
| f. | | We are the child(ren) of a person whose relationship is described above |
| g. | X | The Respondent has stalked me. |
| h. | | The Respondent has sexually assaulted me. |
| i. | | Other: |

2. List all child(ren) under 18 that you have:

| | |
|---|---|
| Y | *Check here if listing addresses would put you or your child(ren) in danger. If so, leave any spaces for addresses blank.* |

Revised 04/02/2020

Docket No: **24OP3127**

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

Service ID 1757124

COPY

| Name of Child | DOB | Is Respondent the parent of the child? | Does child need to be protected from Respondent? | Child's address |
|---|---|---|---|---|
| | | | No | |

3. Where else have the child(ren) (that you and Respondent have together) lived during the last six (6) months?

Child(ren)'s previous addresses:                    Who did they live with at this address?

4. **Other Court Cases** – Is there any Court, other than this Court, in which the Respondent and Petitioner are parties to an action (including cases in which the parties have children in common)? Yes   If "Yes," fill out below:

| Court Name (including County) | State | Case # (if you know it) | Kind of Case (Divorce / Domestic Violence / Criminal / Juvenile / Child Custody / Other (specify)) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

5. **Custody Rights** – Does anyone besides you or the Respondent claim to have custody or visitation rights to the child(ren) that you and Respondent have together?

| | Yes | If Yes, who? | |
|---|---|---|---|
| **Name** | | **Address** | |
| | | | |

6. **Describe Abuse** – (use additional sheets of paper if necessary and attach to Petition)

| Describe abuse, stalking or assault (include, IF APPLICABLE, information about abuse or fear of abuse to your child(ren), personal property or animals) | Where and when did this happen? | Describe any weapons used. |
|---|---|---|
| | | |

Service ID 1757124

Revised 04/02/2020

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

Docket No: **24OP3127**

Case 3:25-cv-01393    Document 30-20    Filed 04/03/26    Page 6 of 11 PageID #: 634

COPY

I Mallory Withers am seeking an Order of Protection against my ex-sexual partner Martin Scott because I'm in fear for my safety.

Scott and I relationship ended in August 2024. We continued to have some communication until September 14, 2024. Since then Martin has been persistently harassing me. He has repeatedly called, texted, creating false Instagram and Tik Tok accounts, and contacting my employer attempting to get me fired. I have asked him to stop calling and texting me, but he refuses to stop.

In October 25, 2024, for my birthday weekend I went out to a restaurant and was dressed in a red bunny outfit. Martin posted on his fake Instagram account and said, "I love me some red playboy bunny." He also posted a picture of the bottle of champagne I was drinking and said, "Do you want this handle back, hit me up." He posted a picture of the booth I was sitting at.

On November 3, 2024, I was at a hockey game and he sent me a text message showing he knew where I was. I then received multiple calls and text messages from fake numbers. One of them included my social security number.

In August 2024, Martin texted me and said I turned your tv off last night while you were sleeping and then asked who was in my guest bedroom. He then turned the tv on in my guest bedroom and blasted the volume. He did this from an his phone from another location. He was not in my home.

On September 25, 2024, Martin anonymously emailed my job and stated I was sleeping with crew members and passengers attempting to get me fired. I am now under investigation at work due to his lies.

I have had to change my Venmo account three times due to him reporting my account, Venmo blocked my account and completed a thorough investigation. The investigation found no wrongdoing on my part and reinstated my account. I also received an email from Venmo stating he was being vengeful.

Martin is also stalking my friends as well and posting where they live. They have blocked him from all their social media accounts.

On August 28, 2024, he called me at least 9 times from his direct number. I did not answer. And on yesterday 11/13/2024, he reached out to me again from one of his fake numbers and said he was sorry. He also texted and asked, "why can't you love me?"

This harassment has been going on since September until now. I have over 200 screen shots of phone calls from different number, text messages, fake social media accounts and where he reported my Venmo account proving he is consistently harassing and stalking me.

I have experienced severe emotional distress and my physical health has been impacted due to the stress I am experiencing. I no longer feel safe due to his escalation harassment and stalking me, and I do not know what he may do next. He has lied to my employers which is affecting my livelihood. I have filed two police complaints (240718364 and 20240703353).

For the reasons stated I am asking the court to order Martin to stay away from me, my residence, and place of employment. I do not wish to have any direct or indirect contact with Martin. These statements are true, correct and occurred in Nashville Davidson County, Tennessee.

**I ask the Court to make the following Orders after the hearing: (check all that apply)**

7. | X | **No Contact**

| Please order the Respondent to not contact: either directly or indirectly, by phone, email, messages, text messages, mail or any other type of communication or contact. | X | me | | children under 18 |
|---|---|---|---|---|

8. | X | **Stay Away**

Please order the Respondent to stay away from:

| X | my home |
|---|---|

Revised 04/02/2020

Docket No: 24OP3127

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

Service ID 1757124

| x | my workplace and/or |
|---|---|
| x | from coming about me for any purpose |

## 9. | x | Personal Conduct

Please order the Respondent NOT to:

| x | Cause intentional damage to my property or interfere with the utilities at my home. |
|---|---|
|   | Hurt or threaten to hurt any animals that I/we own or keep. |

## 10. | Temporary Custody

Please give me temporary custody of our children.

## 11. | Child Support

Please order the Respondent to pay reasonable child support.

## 12. | Petitioner Support (If Married)

Please order the Respondent to pay reasonable spousal support.

## 13. | Move-out / Provide Other Housing

Please order the Respondent to(check one):

|   | Move out of our family home immediately, or |
|---|---|
|   | Provide other suitable housing (if married). |
|   | *Check here if your home or lease is in the Respondent's name only.* |
|   | If the parties share a residence, please allow the Respondent to obtain his/her clothing and personal effects such as medicine and other things he/she may need. |

## 14. | Counseling/Substance Abuse Programs

Please order the Respondent to go to a certified batterers' intervention program if one is available in the area, or a counseling program.

## 15. | x | No Firearms

Please order the Respondent not to have, possess, transport, buy, receive, use, or in any other way get any firearm. *List all types of firearms (pistol, rifle, etc.) that the Respondent owns, controls, or has access to and where the firearm(s) are located:*

## 16. | Animals / Pets

Please give me custody and control of any animal owned, possessed, leased, kept or held by me, the Respondent, or the child(ren) listed above.

## 17. | x | Costs, Fees, and Litigation Taxes

Please order the Respondent to pay all Court costs, lawyer fees, and taxes for this case.

## 18. | Transfer the billing responsibility for and rights to wireless telephone number(s).

Please issue an Order directing , a wireless telephone service provider, to transfer the billing responsibility for and rights to the wireless telephone number or numbers of Petitioner since Petitioner is not the account holder.

Current account holder *(name)*:

Billing telephone number:

New account holder *(name)*:

Revised 04/02/2020

Docket No: 24OP3127

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

Service ID 1757124

COPY

| Telephone No. (include area code): | | No: |
|---|---|---|
| Telephone No. (include area code): | | No: |
| Telephone No. (include area code): | | No: |
| Telephone No. (include area code): | | No: |

*If the Judge makes this Order, you will be financially responsible for the transferred wireless telephone number or numbers, including the monthly service costs and costs of any mobile device associated with the wireless telephone number or numbers. You may be responsible for other fees. You must contact the wireless service provider to find out what fees you will be responsible for and whether you are eligible for an account.*

**19.** ☐ | **Other Orders:** *(General Relief)*

### I also ask the Court to:

1. Make an immediate Temporary Order of Protection. (*Ex-Parte Order of Protection*)
2. Notify law enforcement in this county of that Order.
3. Serve the Respondent a copy of that *Order* and Notice of Hearing to take place within 15 days of service.
4. Serve a copy of the Request, Notice of Hearing, and Temporary Order on the parents of the Petitioner (if the Petitioner is under 18 years of age) unless the Court finds that this would create a serious threat of serious harm to the Petitioner. [*T.C.A. §36-3-605(c)*]

*MALLORY WITHERS, Petitioner* **(or parent/legal guardian/caseworker) declares and certifies under penalty of perjury that the foregoing is true and correct:**

X *Mallory Withers* ,Petitioner          Date: 11/14/2024

Pursuant to *T.C.A. §36-3-602*, I declare that *MALLORY WITHERS, Petitioner*, has read this Petition, and swears it to be true to the best of her/his knowledge.

Sworn and subscribed before me, the undersigned authority,

On this date: 11/14/2024

X _____
*Clerk / Official signs here*

### Notice to the Respondent about Firearms

If the Court grants Mallory Withers, Petitioner's request for a Protective Order:

☒ You will not be able to have a firearm while this or any later Protective Order is in effect. You will have to transfer all firearms in your possession within forty-eight (48) hours to any person who is legally allowed to have them. *18 U.S.C. §922(g)(8), T.C.A. §36-3-606(f), T.C.A. §36-3-625.*

☒ You will not be allowed to buy a firearm until the Court says otherwise.

Revised 04/02/2020                                          Docket No: **24OP3127**

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

Service ID 1757124

COPY

## FINDING OF THE COURT:

**Docket Number: 24OP3127**

---

☒ **The Court finds good cause and will issue a Temporary Order of Protection.**
See the attached *Temporary Order of Protection* for the Court's orders and the scheduled Court date.

---

☐ **The Court does not find good cause and denies a Temporary Order of Protection.**
The Court finds there is no immediate and present danger of abuse to the Petitioner and denies the Petitioner's request for a *Temporary Order of Protection*. The Court will set the matter for hearing.

### ORDER FOR HEARING

*MALLORY WITHERS*, Petitioner, and *MARTIN SCOTT*, Respondent, must go to Court and explain to the Judge why the Judge should or should not issue an Order of Protection against *MARTIN SCOTT*, Respondent.

The hearing will take place in the following Court:

**JUSTICE A.A. BIRCH BUILDING**
**408 2ND AVENUE N.**
**COURTROOM 4B @ 9:15am**
**NASHVILLE, TN 37201**

IF YOU NEED A TRANSLATOR FOR THE HEARING, IMMEDIATELY NOTIFY TREY COLLIER AT (615) 880-3309.

HEARING DATE: December 20, 2024 TIME: 9:30 _____ a.m. p.m.

_____              _____
Judge/Judicial Commissioner                                Date

---

**Proof of Service of *Petition* and *Notice of Hearing*:**

MARTIN SCOTT, Respondent, was served on (date): _____ at (time): _____
by (check one):

☐ Personal Service:_____

☐ ☐ U.S. Mail per T.C.A. §20-2-215 and §20-2-216 (The Respondent does not live in Tennessee.)

☐ Not Found _____

☐ Translator Requested-Language:_____

_____
Server's Signature

_____
Print Name

**If the Petitioner is under 18 (and Petitioner is a social worker filing on behalf of a minor)** and service of these documents would **not** put him/her at risk, the Clerk will serve and fill out below. (T.C.A. §36-3-605(c))

*I served the child's parents with copies of the Petition, Notice of Hearing, and Temporary Order of Protection by personal delivery or U.S. Mail on: (date): _____ at (address): _____*

**ADDRESS ON FILE**

Clerk's Signature: _____

---

### Petitioner Notification

☐ Mallory Withers, Petitioner, was notified of the service result on _____, 20_____ at _____ a.m. / p.m.

☐ I was unable to reach Mallory Withers, Petitioner, to give notification of the service result. The Clerk will attempt to give either verbal or written notification of the service result.

Revised 04/02/2020

Docket No: **24OP3127**

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

Service ID 1757124

COPY

## NCIC ORDER OF PROTECTION ENTRY FORM

### (Print) Information on person asking for the Order of Protection (Petitioner)

| MALLORY | | WITHERS | |
|---|---|---|---|
| 1. Petitioner's (Your) First Name | 2. Middle Name | 3. Last Name | 4. Maiden Name |

| F | | W | | ███████ |
|---|---|---|---|---|
| 5. Your Sex | | 6. Your Race | | 7. Your Date of Birth |

### (Print) Information on the person (Respondent) that you (Petitioner) are in fear of and want to stay away from you. (Fill in all that is known)

| MARTIN | | SCOTT |
|---|---|---|
| 8. Respondent's First Name | 9. Middle Name | 10. Last Name |

| ✗✗✗✗✗✗✗ | ✗✗✗✗✗✗ | ███ | ██ | 0 |
|---|---|---|---|---|
| 11. Address (number and street) | 12. City | 13. State | 14. Zip Code | 15. Social Security Number |

| ████ | M | W | | 0 | | | |
|---|---|---|---|---|---|---|---|
| 16. Date of Birth | 17. Sex | 18. Race | 19. Height | 20. Weight | 21. Eyes | 22. Hair | 23. State of Birth (Place) |

| | | | | |
|---|---|---|---|---|
| 24. Type of Vehicle | 25. Year of Vehicle | 26. Make of Vehicle | 27. Color of Vehicle | 28. Model of Vehicle |

| | | | | |
|---|---|---|---|---|
| 29. License Plate No. | 30. State of Lic. Plate | 31. Vehicle Identification Number | 32. D.L. State | 33. Drivers License Number |

### Order of Protection Conditions: Must be filled in by Commissioner

34. **X** : Ex Parte Order Of Protection     35. Conditions: **as marked**     36. O.C.A. Court Number: 24OP3127
                                             (Put as many conditions that may apply)     (Origination Agency Case Number / Comp #)

37. Court Identifier: **NC** (GS / CC / NC / JC)

### A Judge must fill out Order of Protection Conditions and Brady Law

38. BRD: _____ . Must be _Y_ for yes, _N_ for no, or _U_ for unknown. *Yes* means the person is disqualified from possessing, purchasing, or owning a firearm under Federal Law 18, USC 922.

39. _____ : Order Of Protection _____ : Non-Expiring Order Of Protection     40. Court Identifier: _____ ( GC / CC / JC )

41. Date of Issue: _____     42. Date of Expiration: _____

### Research or Entry Section:

43. FBI Number: _____     44. Miscellaneous Number/OCA: _____     45. Skin: _____

46. FBI Finger Print Classification: _____     47. Scars, Marks or Tattoos: _____

48. _____ : Enter "**C**" if the Respondent may be dangerous and caution is needed.   49. **Miscellaneous Information:** _____

_____

50. Date Order Served: _____     51. Date Entered into NCIC: _____     52. NCIC #: _____

53. Serving Officer: _____     54. EMP #: _____     55. TCIC #: _____

56. Officer Giving Notice of the Order of Protection _____     57. Employee No. _____     58. Sector / Shift _____

59. Contact Name for Validation of the Order of Protection _____     60. Employee No. _____  61. Date _____  62. Time (24 hour) _____

Revised 04/02/2020

Docket No: **24OP3127**

To request an ADA accommodation, please contact Trey Collier at 615-880-3309.

Service ID 1757124