| General Sessions Court (Tribunal) Davidson County (Condado) Nashville, Tennessee | Order Granting Bail For Abuse Cases (Orden Otorgando Fianza Casos de Abuso) | Case Number(s) (Número de Caso) GS1059179, GS1059484 |
|---|---|---|

| STATE OF TENNESSEE vs. Martin R Scott |
|---|

Pursuant to Tennessee Code Annotated, Section 40-11-150, the Court has reviewed the facts of the arrest and detention of the defendant and has determined that the defendant: (check where applicable)
(De acuerdo al Código Anotado de Leyes de Tennessee, Sección 40-11-150, el tribunal ha revisado los hechos del arresto y detención del acusado y determina y encuentra que el demandado): (indique lo que sea pertinente)

☑ 1. Is a threat to the alleged victim, **See victim list below.** _____ ; or other family or household member.
(Se le considera una amenaza para con la presunta víctima, **Vea la lista de víctimas a continuación.** _____ u otros familiares o miembros del hogar.)

☐ 2. Is a threat to the public safety. (Se le considera una amenaza a la seguridad pública.)

☐ 3. Is reasonably likely to appear in court. (Existe la posibilidad de que comparezca ante el tribunal.)

☐ 4. Has been arrested for a criminal offense defined in tital 39, chapter 13, in which the alleged victim,
**See victim list below.** _____ , of the offense is a domestic abuse victim as defined in 36-3-601,
and that there is probable cause to believe the respondent either:
(Ha sido arrestado por un delito penal definido en el título 39, capítulo 13, en el cual la presunta víctima del delito,
**Vea la lista de víctimas a continuación.** _____ , es una víctima de violencia doméstica como se define en §36-3-601,
y que hay causa probable para creer que el demandado ha:)
  (A) Caused serious bodily injury, as defined in 39-11-106, to the alleged domestic abuse victim; or
    (Causado serio daño físico, como se define en §39-11-106, a la presunta víctima de violencia doméstica; o)
  (B) Used or displayed a deadly weapon, as defined in 39-11-106.
    (Usado o desplegado un arma mortal, como es definido en §39-11-106, determina que el acusado:)

**Pursuant to the above findings, it is hereby ORDERED**
**that the Defendant's release on bail is conditioned on the following:**
**(De acuerdo con los hallazgos anteriores, se ORDENA**
**que la liberación bajo fianza del acusado está condicionada a lo siguiente:)**

☐ 5. Has been arrested for the offense of aggravated assault, under T.C.A. §39-13-102(a)(1)(i), (a)(1)(iii), or (a)(1)(iv), in which the alleged victim of the offense is a domestic abuse victim as defined in §36-3-601, and that there is probable cause to believe the respondent:
(Ha sido arrestado por el delito de asalto agravado, bajo T.C.A. §39-13-102(a)(1)(i), (a)(1)(iii), o (a)(1)(iv), en que la supuesta víctima del delito es una víctima de abuso doméstico como se define en §36-3-601, y que existe causa probable para creer al demandado:)
(A) Caused serious bodily injury, as defined in T.C.A. §39-11-106, to the alleged domestic abuse victim;
(Causó lesiones corporales graves, como se define en T.C.A. §39-11-106, a la presunta víctima de abuso doméstico;)
(B) Strangled or attempted to strangle the alleged domestic abuse victim; or
(Estranguló o intentó estrangular a la presunta víctima de abuso doméstico; o)
(C) Used or displayed a deadly weapon, as defined in T.C.A. §39-11-106.
(Usó o exhibió un arma mortal, como se define en T.C.A. §39-11-106.)
***(Sections A-E below must be checked if the court finds #4 OR #5 above)***
***(Las secciones A-E a continuación deben marcarse si el tribunal determina que #4 O #5 arriba)***

☐ The court having found number 4 or 5 above, the defendant shall have **no contact** with the alleged domestic abuse victim,
**See victim list below.** _____ . **Sections A - E below must be checked**
(Habiendo encontrado el tribunal el número 4 ó 5 anterior, el demandado tendrá, el acusado **no tendrá contacto** con la presunta víctima de abuso doméstico, **Vea la lista de víctimas a continuación.** _____ ** Secciones A hasta E debajo deban ser marcadas**)

☑ A. The defendant is enjoined from threatening to commit or committing specified offenses set forth in the warrant and against the alleged victim, **See victim list below.** _____ , or other family or household member.
(Se le prohíbe al acusado amenazar con cometer o cometer delitos específicos establecidos en la orden en contra de la presunta víctima, **Vea la lista de víctimas a continuación.** _____ , u otros familiares o miembros del hogar.)

This document was EMAILED on 1/29/2025 AM at 11:31 by user kdparks from machine GSCTGDLJ613

☑ B. The defendant is prohibited from harassing, annoying, telephoning, contacting or otherwise communicating with the alleged victim, **See victim list below.**  , directly or indirectly. Contact includes but is not limited to telephoning, emailing, text messaging, talking to, or using third parties to initiate contact.
(Se le prohíbe al acusado el acosar, molestar, contactar por teléfono o comunicarse de alguna otra manera con la presunta víctima,**Vea la lista de víctimas a continuación.**  ya sea directa o indirectamente. El contacto incluye per no se limita a llamar por teléfono, mandar un email, enviar mensajes de texto, hablar con, o usar a terceros para iniciar contacto.)

☑ C. The defendant is directed to vacate or stay away from the home of the alleged victim and to stay away from any other location where the victim, **See victim list below.**  , is likely to be.
(Se le ordena al acusado abandonar o mantenerse alejado del hogar de la presunta víctima y mantenerse alejado de cualquier otro lugar en donde sea probable que la víctima,**Vea la lista de víctimas a continuación.**  , se encuentre.)

☑ D. The defendant is prohibited from using or possessing a firearm or other weapon specified by the court as follows:
**any weapons**
(Se le prohíbe al acusado utilizar o poseer armas de fuego u otras armas especificadas por el tribunal como sigue)

☑ E. The defendant is prohibited from possessing or consuming alcohol or controlled substances.
(Se le prohíbe al acusado la posesión o consumo de alcohol o sustancias controladas.)

☑ F. The defendant is ordered to not abuse, threaten to abuse, hurt or try to hurt, or frighten the alleged victim and/or the alleged victim's minor children under 18.
(Se ordena al demandado no abusar, amenazar con abusar, herir o tratar de lastimar, o atemorizar a la presunta víctima y/o a los menores de 18 años hijos de la presunta víctima.)

☐ G. Any other order required to protect the safety of the alleged victim, **See victim list below.**  , and to ensure the appearance of the defendant in court as determined by this court as follows:
(Cualquier otra orden necesaria para proteger la seguridad de la presunta víctima,**Vea la lista de víctimas a continuación.**  y para asegurar la comparecencia del acusado ante el tribunal tal y como se determinó por este tribunal como sigue):

---

<u>Regarding the GLOBAL MONITORING SYSTEM,</u> the Court finds as follows:
(Check if applicable):
<u>En referencia al SISTEMA DE MONITOREO GLOBAL,</u> el tribunal encuentra lo siguiente:
(Marque si corresponde):

☑ That the defendant's participation in a global monitoring system will deter the defendant from seeking to kill, physically injure, stalk, or otherwise threaten the alleged victim before trial.
(Que la participación del demandado en un sistema de supervisión global impida al demandado intentar matar, dañar físicamente, acosar, o de otra manera amenazar a la víctima presunta antes de la audiencia.)

☐ The defendant ☐ is able ☐ is unable to pay for the costs associated with the system in relation to the defendant and if applicable, the costs associated with providing the victim with an electronic receptor device
(Que al demando ☐ le sea posible ☐ no le sea posible pagar los costos asociados con el sistema en relación al demandado y, si correspondiera, los costos asociados con proporcionar a la víctima con un aparato electrónico derecepción.)

☐ That the defendant is indigent and should perform community service in lieu of paying the costs associated with the global monitoring system.
(Que el demandado sea indigente y debrá realizar servicio comunitario en lugar de pagar los costos asociados con el sistema de supervisión global.)

☐ That the court has discussed the global monitoring position with the victim per Tennessee Code Annotated, Section 40-11-152(d) and the victim has consented to participate in the system.
(Que la corte ha discutido la posición de supervisión global con la víctima según el Código de Tennessee Anotado, Sección 40-11-152(d) y la víctima haya dado consentimiento para participar en el sistema.)

☐ That the court has discussed the global monitoring position with the victim per Tennessee Code Annotated, Section 40-11-152(d) and the victim has refused to participate in the system.
(Que la corte haya discutido la posición de supervisión global con la víctima según el Código de Tennessee Anotado, Sección 40-11-152(d) y la víctima haya rehusado participar en el sistema.)

ORDER REGARDING GLOBAL MONITORING SYSTEM
(Check all applicable):
ORDEN EN REFERENCIA AL SISTEMA DE MONITOREO GLOBAL

This document was EMAILED on 1/29/2025 AM at 11:31 by user kdparks from machine GSCTGDLJ613

☑ The defendant shall carry or wear a global positioning monitoring system device.
(El demandado llevará un aparato del sistema de supervisión del posicionamiento global.)

☐ The defendant shall pay the costs associated with operating that device and any electronic receptor device provided to the victim, pursuant to § 40-11-152.
(El demandado pagará los costos asociados con la operación de este aparato y cualquier aparato de recepción electrónica proporcionada a la víctima según § 40-11-152.)

☐ The defendant is indigent and shall perform community service in lieu of paying the costs associated with the global monitoring system.
(El demandado es indigente y realizará servicio comunitario en lugar de pagar los costos asociados con el sistema de supervisión global.)

☐ The entity that operates the global position monitoring system shall notify the magistrate and the appropriate local law enforcement agency if a defendant violates a condition of the bond imposed under this section.
(La entidad que opere el sistema de supervisión del posicionamiento global notificará al magistrado y la agencia de la fuerza del orden apropiado si un demandado viola una condición de la caución impuesta bajo esta sección.)

☐ The defendant is directed to vacate or stay away from the home of the alleged victim and to stay away from any other location where the victim is likely to be, including these specific locations that the victim has requested the defendant to stay away from:
(Se ordena que el demandado evacue o se mantenga alejado del hogar de la víctima presunta y que se mantenga alejado de cualquiera otra ubicación donde es probable que la víctima esté, incluyendo estas ubicaciones específicas de las cuales la víctima ha solicitado que el demandado se mantenga alejado:)

☐ Having found the defendant no longer poses a threat to the victim and is not a threat to public safety, the required global positioning monitoring system device is hereby waived. The findings are as such:
(Al haber determinado que el acusado ya no representa una amenaza para la víctima ni para la seguridad pública, se renuncia a la utilización del sistema de monitoreo de posicionamiento global requerido. Las conclusiones son las siguientes:)

*Total $10,000*

BAIL SET AT: **$6,500.00**          TWELVE (12) HOUR HOLD EXPIRES: __01/29/2025__     Time: __9:33 PM__
(FIANZA FIJADA EN):                 (DOCE (12) HORAS DE DETENCIÓN ENCEN):

If #5 above applies, Twelve (12) Hour Hold Extended      Hours (up to 24 Hours after the time of arrest).
(Si se aplica el punto 5 anterior, doce (12) horas de espera extendida)
(Ver línea arriba) Horas (hasta 24 Horas después de la hora del arresto).
TWELVE (12) HOUR HOLD PLUS ADDITIONAL     HOUR HOLD EXPIRES:          Time:
DOCE (12) HORAS DE RETENCIÓN MÁS ADICIONALES (VER LÍNEA ARRIBA)
LA HORA DE RETENCIÓN VENCE (VER LÍNEA ARRIBA)

☐ TWELVE (12) HOUR HOLD WAIVED (RENUNCIA DE RETENCIÓN DE DOCE (12) HORAS)

IT IS FURTHERED ORDERED that a copy of this order be given to the defendant, the victim, and all appropriate law enforcement agencies.
(SE ORDENA TAMBIÉN que una copia de esta orden sea entregada al acusado, la víctima y todas las oficinas de orden público pertinentes.)

*Kyle D. Parks*                                          1/29/2025

Commissioner (Notario/Notaria) Kyle DParks                Date (Fecha)

**This document was EMAILED on 1/29/2025 AM at 11:31 by user kdparks from machine GSCTGDLJ613**

I acknowledge these conditions (Me doy por enterado de las siguientes condiciones):

X ~~signature~~                        1/29/2025

Defendant (Acusado)                    Date (Fecha)

☐ Defendant received conditions (El demandado recibió condiciones / La demandada recibió condiciones)

_____

Reason unable to sign (Razón por no poder firmar)

_____

Employee Number (Número de empleado)

### ORDER DISCHARGING DEFENDANT FROM CONDITIONS OF BAIL
### (ORDEN LIBERANDO AL ACUSADO DE LAS CONDICIONES DE FIANZA)

For good cause, IT IS ORDERED that the defendant is discharged from all conditions of bail set above, except

_____

and the clerk shall send notice to appropriate law enforcement agencies.

(De buena fe, SE ORDENA que el acusado sea liberado de todas las condiciones de fianza establecidas anteriormente, excepto por

_____

y el secretario enviará notificación a las oficinas de orden público pertinentes.)

Judge _____        Date _____
(Juez)      Commissioner (Notario/Notaria) Kyle  DParks    (Fecha)

### NOTICE TO DEFENDANT
### (NOTIFICACIÓN AL ACUSADO)

If you violate this order thinking that the other party has given you permission to do so, you are wrong and can be arrested and prosecuted. The terms of this order cannot be changed by agreement of the parties. Only the court can change this order.
(Si usted infringe esta orden pensando que el solicitante le ha autorizado hacerlo, usted está equivocado y puede ser arrestado y procesado. Los términos de esta orden no pueden ser cambiados por un acuerdo entre ambas partes. Únicamente el tribunal puede cambiar esta orden.)

VIOLATION OF THIS ORDER MAY CONSTITUTE CONTEMPT OF COURT AND/OR A CLASS A MISDEMEANOR PURSUANT TO T.C.A §39-13-113 AND MAY CAUSE YOUR BAIL TO BE REVOKED.
(EL INFRINGIR ESTA ORDEN PUEDE CONSIDERARSE DESACATO AL TRIBUNAL Y/O UN DELITO MENOR DE CLASE A O AMBOS DE ACUERDO AL T.C.A.§39-13-113 Y PUEDE TRAER COMO CONSECUENCIA QUE SU FIANZA SEA REVOCADA.)

If you hurt or try to hurt anyone while this Order, probation or diversion is in effect, you may face separate charges for aggravated assault, a Class C felony. (TCA 39-13-102(c))
(Si lastima o intenta lastimar a alguien mientras esta orden, libertad condicional probatoria o sentencia diferida están en vigencia, usted puede enfrentar cargos adicionales de asalto con agravantes, un delito grave Clase C.
(TCA § 39-13-102 (c))

**Victim List (Lista de victimas)**

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mallory | A | Withers | |

Revised 7/2022

This document was EMAILED on 1/29/2025 AM at 11:31 by user kdparks from machine GSCTGDLJ613

## Victim List (Lista de víctimas)

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mallory | | Whithers | |

Revised 7/2022

This document was EMAILED on 1/29/2025 AM at 11:31 by user kdparks from machine GSCTGDLJ613