

Device # 2016 1392
Installer Initials JV
Install Location DDC
Install Date 01 / 2025



## GPS MONITORING AGREEMENT AND RELEASE

### PROGRAM DEVICE RULES

- I have been assigned a GPS device and power cord that I am responsible for.
- If I lose, damage, or cause the charger to malfunction in any way, I will be required to purchase a new charger.
- I understand that all movements will be tracked by GPS and stored as an official court record.
- I will not enter into areas that have been defined to be off-limits or exclusion zones.
- I will answer and respond to any contact made to me via the GPS unit or the Tracking Solutions office.
- I will **charge the battery on the device every day for ONE HOUR** and will not use an extension cord to charge.
- I will not charge while sleeping as it may damage the charger and/or come unplugged.
- I understand if I need an MRI, I must contact my attorney to arrange the temporary removal of the GPS device.
- If I experience any type of skin irritation from the GPS, I will immediately contact the office for help.

 I understand and agree to the above.

### PROGRAM COURT ORDER

- I understand I have been placed under the supervision of Tracking Solutions.
- I understand the court order must be followed exactly.
- I understand that only the Judge has the authority to alter any conditions on my case.
- If I desire an exception to the court order, I will contact my attorney as soon as possible. I understand that last-minute requests cannot be approved.
- I will ask questions if and when I have them to better understand what is expected of me.

_MS_ I understand and agree to the above.

Client was given a copy of the court order on _1 / 29 / 2025_ ◯ in person, ◯ text, ◯ email or ⊗ in jail.

### PROGRAM COMMUNICATION

Good communication is essential to your success on electronic monitoring.

- I may send a text or leave a voicemail at any hour of the day. All communication will be returned during office hours of Monday-Friday 8 am to 5 pm, except for holidays. The only exception is if I have trouble with my GPS device.
- If I have a medical emergency, I can seek emergency treatment without permission. I will contact the office as soon as I can to explain my emergency.
- I understand that just because I text information does mean that my actions are approved or are in compliance with the court order.
- I understand that someone will respond to my message as soon as possible but that my EM Officer is often busy with many things such as meeting other clients, attending court, going to the jail and answering the phone.
- I will notify Tracking Solutions immediately if any of my personal information such as my residence, phone numbers, payment information, employment, etc. changes.

_MS_ I understand and agree to the above.

## RESPONSIBILITY FOR EQUIPMENT

I will not tamper with the equipment given to me by Tracking Solutions in any manner and will notify Tracking Solutions if I have any equipment problems or lose any equipment. I understand that I take full responsibility for the care and control of the GPS equipment and that it is to be released and returned to Tracking Solutions in the same condition as received, ordinary wear and tear excepted. If the equipment is taken, lost, or intentionally damaged, I agree to pay restitution for its repair and/or replacement and any other costs incurred by Tracking Solutions in recovering or replacing the equipment. I understand I also may be criminally charged with theft or vandalism for removing and/or damaging the equipment. If the equipment is under the control of another party, I consent to the release of the equipment to Tracking Solutions. I agree to pay any recovery fees, damaged equipment costs, and unreturned equipment fees charged to me should I tamper, remove or fail to return any equipment.

I understand that § 40-11-118(g) states that I may face new criminal charges if I knowingly tamper with, remove, or vandalize the monitoring device; or for any person to knowingly aid, abet, or assist me in tampering with, removing, or vandalizing my monitoring device.

 I understand and agree to the above.


## PROGRAM RELEASE OF LIABILITY AND HOLD  HARMLESS

I hereby voluntarily release, forever discharge and agree to indemnify and hold harmless Tracking Solutions and its employees from any and all claims, demands or causes of action, liability, loss, damage and/or injury, of any kind whatsoever (including without limitation all claims for monetary loss, property damage, equitable relief, personal injury and/or wrongful death), whether brought by an individual or other entity, or imposed by a court of law or by administrative action of any federal, state, or local governmental board or agency, arising out of, in any way whatsoever any acts, omissions, negligence, or willful misconduct on the part of Tracking Solutions, its officers, owners, personnel, employees, agents, contractors, invitees, or volunteers and my use of electronic monitoring equipment or facilities.

I understand that Tracking Solutions and its representatives are not infallible and may misjudge or may give incomplete warnings or instructions and the equipment used might malfunction. This idemntification applies to and includes, without limitation, the payment of all penalties, fines, judgments, awards, decrees, attorney's fees and related costs or expenses, and any reimbursements by me to Tracking Solutions, for all legal fees, expenses, and costs incurred by it. It is my express intent that this  Release/Hold Harmless Agreement shall bind the members of my family, spouse, and children, if I am alive, and my heirs, assigns and personal representatives, if I am deceased, and shall be deemed as a release, waiver, discharge, and covenant not to sue Tracking Solutions. Should any disclaimer or limit on liability for consequential damages set forth herein be found invalid under the laws or policy of the State under which the terms of this Agreement are interpreted, then such consequential damages shall be liquidated and shall equal $2500 per consequential injury or loss. The parties hereby agree that the statute of limitations for any action for fault hereunder by either party, including for breach of warranty or indemnity, shall be one (1) year after a cause of action occurs. If any part of this Agreement, for any reason is declared to be invalid, it shall be deemed modified as necessary to be valid. The remainder of this Agreement shall continue in effect as if the agreement has been entered without the invalid portion.

_____ I understand and agree to the above.

---

**I have had sufficient opportunity to read this entire document and ask questions.  I have read, understood, and agree to be bound by its terms.**

Client Printed Name: _Martin  Scott_     Client Signature: _Martin Scott_

Employee Name: _Kirsten Zackery_     Today's Date: _1-30-25_

Tracking Solutions, Inc.
GPS Agreement Form 01/25



**PROMISSORY NOTE FOR PAYMENTS OF ELECTRONIC MONITORING FEES**

1.　　FOR VALUE RECEIVED, I (we), the undersigned Debtor(s), jointly and severally (together and separately), promise to pay to the order of Tracking Solutions, Inc. the ongoing fees charged for electronic monitoring services.　Payments shall be made at Tracking Solutions, Inc. according to the following payment plan:

A. Installation fee.　　☐ $50.00 (office)　☑ $100.00 (after hours, off-site, jail, or multiple device installations)

B. GPS charger deposit[3].　　☑ $55.00

C. Monitoring fees.　　☑ $8.00 per calendar day　　GPS Monitoring
　　　　　　　　　　　☑ $3.00 per calendar day　　Victim App Monitoring
　　　　　　　　　　　☐ $8.00 per calendar day　　Remote Breath Alcohol
　　　　　　　　　　　☐ $12.00 per calendar day　Transdermal Alcohol

D. Replacement fees for damaged equipment beyond normal wear and tear.

GPS:　　Transmitter ($1000.00),　Charger ($55.00),　Strap ($50.00),　BackPlate ($35.00)
RB:　　Transmitter ($800.00),　Charger ($20.00),　Case ($30.00)
TAD:　　Transmitter ($1300.00),　Charger ($50.00),　Strap ($35.00),　Base Station ($1300.00)

2.　I agree to the following payment plan:

A. First week fees.　　$ _215_　☒ paid today　☐ to be paid on _1/30/25_ .

B. Monitoring fees.　$ _60_　to be paid every _Wednesday_ starting _2/5_ /2025.
　　　　　　　　　L $81

3.　The charger deposit fee may be returned to the client if the charger is returned in excellent working condition without any obvious signs of excessive wear and tear or damage.　It is the responsibility of the client to request the deposit be returned.　The deposit will be subtracted from the final payment for monitoring fees, if applicable.　If the client is paid in full at the time the equipment is returned, the client may request a refund check be mailed to them.　The client is responsible for ensuring Tracking Solutions has a correct mailing address.　Should the client lose or damage the charger and need to replace the charger during the supervision period, the client will need to purchase a new charger so that a deposit is on file at all times.

4.　The entire amount of the outstanding balance under this note shall become due and payable immediately under any of one of the following events:　a) the client is removed from EM by the court for any reason b) the client absconds c) the client is incarcerated, and d) the client is removed from the EM program for any other reason not mentioned here.　Failure to follow the payment plan may also result in removal from the program.　I (we), jointly and severally (together and separately), hereby waive presentment, protest and demand, a notice of protest, dishonor, and nonpayment of this note, and expressly agree that, without in any way affecting my (our) liability under this note, Tracking Solutions may (i) extend the due date or the time of payment of any payment due under this note, (ii) accept security or partial payments, (iii) release any party liable under this note or any guarantee of this note, and (iv) release any security now or later securing this

note. The failure of the Tracking Solutions to enforce any provision of this note, or to declare a default under this note, shall not be construed as a waiver of the Tracking Solutions' entitlement to payment, shall not be construed as a waiver or modification of the terms of this note, and shall not impair the right of the Tracking Solutions to declare a default or to strictly enforce the terms of this note.

5.  This note shall become null and void only if all of the following are satisfied:  a) all program amounts and obligations have been paid or satisfied b) all equipment is returned to Tracking Solutions, and c) any costs for damaged equipment are paid.  Otherwise, this note shall remain in full force and effect.

6. If any portion of this note or any application of such provision shall be declared by a court of competent jurisdiction to be invalid or unenforceable, such invalidity or unenforceability shall not affect any other applications of such provision or the remaining provisions which shall, to the fullest extent, remain in full force and effect. Any amendment or modification of this note must be in writing and signed by all parties.

7.  **I (we) agree that 45 days or more out of compliance with this agreement will be reported to the Court**. I  (we) understand that any overdue balance may terminate my electronic monitoring program with no prior notice.   No refunds will be issued during the first thirty days of monitoring nor for any amount under $25.00.

8. I (we) agree to all terms and conditions of this note and acknowledge receipt of a copy of this note. I (we) agree that failure to pay said amount may result in debt collection procedures against us jointly and severally (together and separately).   I (we) also agree to pay all collection costs, including, without limitation, court costs, reasonable and actual attorneys' fees and expenses, statutory interest, and any other fees permitted by applicable law.

**Client:**

Signature X _Martin Scott_

Printed Name _Martin R. Scott_

Today's Date _1-30-25_

DOB ▮▮▮▮▮▮

SSN _____

Street ▮▮▮▮▮▮

City, State, Zip ▮▮▮▮▮▮

Phone ▮▮▮▮▮▮

**Co-Signer:**

Signature _____

Printed Name _____

Today's Date _____

DOB _____

SSN _____

Street _____

City, State, Zip _____

Phone _____

_____ (Initial) Alternative to Co-signer:  A valid card will remain on file throughout the duration of electronic monitoring.  The card will be used to set up auto-pay on a schedule chosen by the cardholder.   A credit card authorization form is to be completed.