**Gmail**                                          **Martin Scott <martyscott87@gmail.com>**

# Request for update on April 7 complaint
15 messages

---

**Martin Scott** <martyscott87@gmail.com>                    Fri, Apr 18, 2025 at 1:08 PM
To: brian.cavaliere@nashville.gov

Detective Cavaliere,

Happy Good Friday to you. Hopefully you have the day off. I'm writing to respectfully request an update on the formal complaint I filed with you on April 7 regarding Ms. Withers and the concerns related to false reports and misleading statements.

I also sent an email to ADA Christina Johnson on Wednesday referencing this complaint, in case that helps provide any context or continuity.

Have there been any developments since our meeting? Were you able to speak with ADA Johnson regarding the complaint? If the matter hasn't been escalated yet, I'd like to formally move forward with it. If I need to return to sign an affidavit or provide additional documentation to support the complaint, I'm prepared to do so.

If possible, I'd also appreciate a copy of the complaint or the complaint number so I can request it through the Records Office. This documentation may be important should a federal investigation into potential witness retaliation proceed in the future.

Thank you again for your time and attention. Wishing you and your family a good Easter weekend.


Sincerely,

Martin Scott

---

**Cavaliere, Brian** <Brian.Cavaliere@nashville.gov>            Mon, Apr 21, 2025 at 1:02 PM
To: Martin Scott <martyscott87@gmail.com>


I apologize for the delayed response; I had a death in the family and was out of the office for about a week and a half, so not much was able to be done on my part surrounding this incident. That being said, there has not been any new updates regarding this case yet. I have already submitted an email to both DA Johnson and DA Snelling. DA Snelling was the DA that was working the actual trial on that date and should be familiar with the case and what was going on with everything. If I get any response back from them, I will reach back out to you via email or phone, and we can proceed.


Once again, I apologize for the inconvenience as this should have been taken care of already but with some unforeseen circumstances it delayed everything. When I get approval for anything, you will be the first to know.


As far as the reports go, you can still request to get access to the reports. The reports that are showing you to be involved are as follows:


20240703353

20240718364

20240755799

20240788871

20250015544

Case 3:25-cv-01393    Document 30-23    Filed 04/03/26    Page 1 of 6 PageID #: 649

These reports do not all have warrants associated with them but are just the incident reports that concern both you and Ms. Withers together.

**Detective Brian Cavaliere (3962)**

*Metro Nashville Police Department*

*Domestic Violence Division*

*600 Murfreesboro Pike, Nashville, TN 37203*

*Work: (615) 943-2131 / Desk: (615) 880-3019*

*Hours: 1000 – 2037 / Monday - Thursday*

---

**From:** Martin Scott <martyscott87@gmail.com>
**Sent:** Friday, April 18, 2025 1:09 PM
**To:** Cavaliere, Brian <Brian.Cavaliere@nashville.gov>
**Subject:** Request for update on April 7 complaint

You don't often get email from martyscott87@gmail.com. Learn why this is important

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                        Mon, Apr 21, 2025 at 1:11 PM
To: "Cavaliere, Brian" <Brian.Cavaliere@nashville.gov>

Thank you for the update, and please don't apologize for the delay, I completely understand. I'm very sorry to hear about the loss in your family. My sincere condolences to you and your family during this time.

I appreciate you keeping me informed; thanks again.

-Martin Scott

[Quoted text hidden]

---

**Cavaliere, Brian** <Brian.Cavaliere@nashville.gov>             Wed, Apr 23, 2025 at 8:59 AM
To: Martin Scott <martyscott87@gmail.com>

Good morning,

I am reaching back out after having spoke with the District Attorneys regarding this case. They advised now, they are not going to continue with prosecution for a false report due to the pending criminal charges that are active right now. They can not prosecute for any false reporting while those charges are actively pending. This does not mean that we cannot pursue any charges later. After the completion of the trial/case, you can always come back, and we can revisit the situation with the District Attorney once the case gets dismissed or heard.

Very respectfully,

Case 3:25-cv-01393    Document 30-23    Filed 04/03/26    Page 2 of 6 PageID #: 650

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                          Wed, Apr 23, 2025 at 9:28 AM
To: "Cavaliere, Brian" <Brian.Cavaliere@nashville.gov>

Good morning Detective,

Thank you for following up on this matter. I appreciate you taking the time to consult with the District Attorney's Office and for relaying their position.

I understand the limitations regarding parallel prosecution while charges are pending. I also appreciate your transparency in confirming that this matter could still be revisited following the resolution of the current case. That assurance means a great deal to me.

I'll remain in contact and may follow up at a later date depending on how things unfold procedurally. Thanks again for your professionalism and your willingness to stay engaged with this situation.

-Martin Scott

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                          Wed, Apr 23, 2025 at 9:35 AM
To: "Cavaliere, Brian" <Brian.Cavaliere@nashville.gov>

Detective,

I forgot to ask in my previous email.  Would it be possible to have a formal complaint written up through MNPD and assigned a complaint number for documentation purposes? I'd like to ensure that everything is properly recorded outside of our email exchange as I continue to document and monitor this situation moving forward.

Thank you again for your time and assistance.

Best regards,
-Martin Scott
[Quoted text hidden]

---

**Cavaliere, Brian** <Brian.Cavaliere@nashville.gov>                Wed, Apr 23, 2025 at 9:45 AM
To: Martin Scott <martyscott87@gmail.com>

Yes, you can file a formal report regarding this incident. I can type an incident report for you and get you the complaint number just due to us already having a conversation about this at the Family Safety Center. The report will be backdated to April 7th from when you originally came in to speak with a detective regarding the matter. It may be a short while before I can get you that report number, but I would be able to get that to you sometime today. If you need all this immediately, you can always call our non-emergency line or go to any police precinct and they would be able to take care of this as well.

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                          Wed, Apr 23, 2025 at 9:50 AM
To: "Cavaliere, Brian" <Brian.Cavaliere@nashville.gov>

Case 3:25-cv-01393     Document 30-23     Filed 04/03/26     Page 3 of 6 PageID #: 651

Detective Cavaliere,

Thank you, I really appreciate the quick reply. I think you filling out the complaint and backdating the report to April 7 would make sense. That should reflect the timeline accurately based on our conversation at the Family Safety Center.

There's no immediate rush on my end, so just whenever you can get around to it is fine with me. I'll wait to hear back from you. Thank you again for helping ensure this is properly documented.

-Martin

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                              Wed, Apr 23, 2025 at 10:11 AM
To: "Cavaliere, Brian" <Brian.Cavaliere@nashville.gov>

Detective,

Just for your information, Records denied my request for the incident reports and CAD records. That may be out of your control but I just wanted to keep you in the loop.

-Martin
[Quoted text hidden]

 **SCOTT DENIAL.pdf**
233K

---

**Cavaliere, Brian** <Brian.Cavaliere@nashville.gov>                   Wed, Apr 23, 2025 at 11:49 AM
To: Martin Scott <martyscott87@gmail.com>

They may not have given you access to the reports due to the listing of you being a suspect. Unfortunately, I cannot give you access as all of that gets run through that division. I would suggest speaking with your attorney regarding that as they may have another way to get access to those records. As for your false report incident number, I did generate one for you to have our conversation documented from 04/07/2025. The report number is as follows: 2025-0256164. The report was just completed; therefore, it may take a few days to get fully routed through our data entry system. I would reach back out to records in roughly 3-5 business days, and it may be in their window for you to get a copy.

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                              Wed, Apr 23, 2025 at 11:51 AM
To: "Cavaliere, Brian" <Brian.Cavaliere@nashville.gov>

Yes sir,  I spoke to my attorneys about it.  Apparently we're in that weird spot between GS and indictment where Rule 16 can't be invoked yet so there is no "formal" discovery yet.  It would be up to the DA to disclose those reports and any other evidence at their discretion.  Thank you for completing the report and sending me number.

-Martin
[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                              Wed, Apr 23, 2025 at 4:42 PM
To: "Cavaliere, Brian" <Brian.Cavaliere@nashville.gov>

Detective Cavalier,

Obviously, I haven't had a chance to look at your report yet, but I wanted to reach out and ask, respectfully, whether you found that there wasn't enough probable cause to issue a warrant for her arrest based on what I provided. I'm not trying to challenge anyone's judgment or second guess the process. I'm just hoping to get a better understanding of how things were viewed so I can figure out where to go from here.

I know I don't have a full grasp of the law, but from what I've read in Tennessee's domestic abuse statutes, it seems like the intent is to make sure that anyone in a situation like this has equal access to help, whether that's a protective order, counseling, or fair treatment when reporting a crime. The spirits of T.C.A. §§ 36-3-601, 36-3-617, and 36-3-621 all seem to support the idea that both sides should be treated equally, no matter who made the first report or what the background is.

With that in mind, my understanding is that if a crime has been committed and there's probable cause, then an officer is authorized to make an arrest. And in certain domestic abuse cases, if it meets the criteria, an arrest is actually required. I understand you spoke with the DA's office and they aren't moving forward at this time, but I thought those decisions usually needed to be made formally in court, not just behind closed doors. That's why I'm asking if your findings showed probable cause or not.

Some might argue that a knowingly false report that leads to someone's arrest, especially in a context like this, fits the definition of domestic abuse since it can cause real harm and physical restraint. If that's the case, then wouldn't it fall under the same standards that apply to arrests in other abuse cases where an arrest shall be made?

I'm not trying to stir anything up or make your job harder. I really do appreciate the work you've put into this. I just want to make sure her actions are being considered under the same lens as mine were. If there's anything else I should be doing or waiting for, I'm open to your advice and input.

Thanks again for your time and for hearing me out.

-Martin
931-619-7251
[Quoted text hidden]

---

**Cavaliere, Brian** <Brian.Cavaliere@nashville.gov>                    Wed, Apr 23, 2025 at 5:06 PM
To: Martin Scott <martyscott87@gmail.com>

For clarification on our previous in person and email conversations:

Yes, the TCA involving domestic abuse does support the idea that if there is probable cause to make an arrest, we shall make the arrest. In this case, however, it does not necessarily fall within those means given it already had been brought in front of a judge and warrants were bound over (meaning the judge that was ruling the case, against you as the defendant, found that there was enough probable cause for that specific criminal offense). I personally, did not obtain any warrant at the time you came to the Family Safety Center due to there being a pending criminal court case, between both you and Mallory, that the judge has already found probable cause. I am, and will not, overstep a judge's ruling for that criminal court case that is still currently active and bound over. This is why I brought this case directly to the District Attorney, specifically the District Attorney (ADA Snelling) who was actively prosecuting the case and the head District Attorney (DA Johnson) over Domestic Violence. The District Attorney had agreed that no warrants to be obtained at this time due to some of the warrants are pending criminal trial. This is why in the previous email I stressed that it may be possible to revisit a false report case with the District Attorney's office pending the completion and result of your current case.

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                              Wed, Apr 23, 2025 at 5:11 PM
To: "Cavaliere, Brian" <Brian.Cavaliere@nashville.gov>

Thank you for the quick reply. I appreciate your candor and absolutely understand where you're coming from in your position. I guess what I'm asking is what did you write in the report or did you just document that we spoke and that I submitted the complaint? I understand if you cannot disclose that information over email but s general idea would help so I know how to proceed. As I understand there is the option of Rule 3 and I will allow the commissioner to make that determination myself through the proper channels as a citizen.

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                              Wed, Apr 23, 2025 at 5:15 PM
To: "Cavaliere, Brian" <Brian.Cavaliere@nashville.gov>

I guess what I should say, if your findings through our conversation showed probable cause I would appreciate it if that was documented inside the complaint as it will be vital for a clear record going forward.

Case 3:25-cv-01395    Document 30-23    Filed 04/03/20    Page 5 of 6 PageID #: 653

[Quoted text hidden]

Case 3:25-cv-01393    Document 30-23    Filed 04/03/26    Page 6 of 6 PageID #: 654