# Martin Scott

| | |
|---|---|
| **From:** | Cavaliere, Brian |
| **Sent:** | Wednesday, May 28, 2025 10:12 AM |
| **To:** | Lang, Zachary (MNPD) |
| **Subject:** | FW: Mallory Withers/Martin Scott Case |

*Detective Brian Cavaliere (3962)*
*Metro Nashville Police Department*
*Domestic Violence Division*
*600 Murfreesboro Pike, Nashville, TN 37203*
*Work: (615) 943-2131 / Desk: (615) 880-3019*
*Hours: 1000 – 2037 / Monday - Thursday*

**From:** Snelling, Erin (D.A.) <ErinDSnelling@jisnashville.gov>
**Sent:** Monday, April 28, 2025 9:09 AM
**To:** Cavaliere, Brian <Brian.Cavaliere@nashville.gov>
**Subject:** RE: Mallory Withers/Martin Scott Case

Hello Detective Cavaliere,

Thank you for your help regarding this incident and court case. I am surprised that he is doing all of this. I will contact his attorney to see if he can get Mr. Scott to stop. I spoke to his attorney last week and he is still in contact with Mr. Scott. Hopefully he can get him to stop.

As of right now, I would like to continue to document his attempts to obtain warrants. If his attorney is unable to get him to stop, I will contact you about pursuing more warrants on Mr. Scott.

**From:** Cavaliere, Brian <Brian.Cavaliere@nashville.gov>
**Sent:** Saturday, April 26, 2025 3:24 PM
**To:** Snelling, Erin (D.A.) <ErinDSnelling@jisnashville.gov>
**Subject:** RE: Mallory Withers/Martin Scott Case

Update regarding this previous email:

I had received a phone call from a central patrol officer, Ofc. Taylor today on 04/26/2025. He advised the defendant Martin Scott had attempted to go directly to the commissioner's office to obtain warrants on Ms. Withers. After the night court commissioners denied him warrants, he then attempted to go directly to the patrol officers. The patrol officer that called me advised Mr. Scott had contacted dispatch twice today in an attempt to file charges against Ms. Withers.

I had advised him prior in numerous emails, on the phone, and in person that no warrants would be obtained due to the pending court case. Additionally, I had advised him of your ruling in the matter that no warrants would be obtained due to the pending court case. I had just called our Night Court Commissioners office, and his name was put on their radar for any warrants to try and ensure that no warrants will be obtained on Ms. Withers.

Case 3:25-cv-01393    Document 30-24    Filed 04/03/26    Page 1 of 2 PageID #: 655

The patrol officers were instructed, by me, to do a matter of record form 100 under case number 2025-0263092 to document this incident and If you would like me to do anything regarding obtaining warrants on Mr. Scott I will do so.

***Detective Brian Cavaliere (3962)***
*Metro Nashville Police Department*
*Domestic Violence Division*
*600 Murfreesboro Pike, Nashville, TN 37203*
*Work: (615) 943-2131 / Desk: (615) 880-3019*
*Hours: 1000 – 2037 / Monday - Thursday*

**From:** Snelling, Erin (D.A.) <ErinDSnelling@jisnashville.gov>
**Sent:** Wednesday, April 23, 2025 8:32 AM
**To:** Cavaliere, Brian <Brian.Cavaliere@nashville.gov>; Johnson, Christina (D.A.) <ChristinaCJohnson@jisnashville.gov>
**Subject:** RE: Mallory Withers/Martin Scott Case

No this is not something I am interested in prosecuting. This young man already has cases bound over in criminal court with this young lady. I believe that this is a ploy to continue to harass her. Please do not entertain his reports.

**From:** Cavaliere, Brian <Brian.Cavaliere@nashville.gov>
**Sent:** Monday, April 21, 2025 12:54 PM
**To:** Snelling, Erin (D.A.) <ErinDSnelling@jisnashville.gov>
**Cc:** Johnson, Christina (D.A.) <ChristinaCJohnson@jisnashville.gov>
**Subject:** Mallory Withers/Martin Scott Case

Good afternoon,

I wanted to bring this up to you directly for staffing due to you having been apart of the criminal case. Mr. Scott has advised he spoke with DA Christina Johnson regarding this matter, but he would not advise me of anything during their conversation and could not remember the exact date he spoke with her.

Regarding Mr. Scott's case, he had reached out to me directly (Mr. Scott was the defendant in the case). He wanted to file charges against the victim Ms. Withers for false reports. The victim had brought documents disproving all her allegations and when this went to court majority of the charges were dismissed. They bound over a harassment charge, but he was still adamant about wanting to still prosecute her on behalf of the other reports that were made against him which ultimately were dismissed.

I advised him that I would not obtain any warrants due to there still being some charges that were bound over. I am still waiting for a flash drive from him that contains all the documentation that I could send to you; however, I just assumed you may have seen this information already as he stated to me this was the information that was provided to the courts during the trial.

There was no current report for Mr. Scott with his claims that there were false police reports against him. Is this something you wanted to prosecute?

***Detective Brian Cavaliere (3962)***
*Metro Nashville Police Department*
*Domestic Violence Division*
*600 Murfreesboro Pike, Nashville, TN 37203*
*Work: (615) 943-2131 / Desk: (615) 880-3019*
*Hours: 1000 – 2037 / Monday - Thursday*

2