Gmail

**Martin Scott <martyscott87@gmail.com>**

# Martin Scott Bond Documents

4 messages

---

**Courtney Scott** <courtneys@grumpysbailbonds.com>
To: "martyscott87@gmail.com" <martyscott87@gmail.com>
Cc: "marsha@hiddenvalleynursery.com" <marsha@hiddenvalleynursery.com>

Thu, Jan 30, 2025 at 10:33 AM

Martin and Marsha,

Thank you for trusting Grumpy's Bail Bonds to assist you in getting your bond done.
I'm sending over your bond documents which includes your court information, the bond conditions, and the affidavit.

Court is set for: 2/18/25 at 8:30 am in room 4C

Both of you will receive a text reminder one week before and one day before the date.

Please call me or respond to this email with any questions.

Thank you,

Courtney Scott
Grumpy's Bail Bonds
Davidson County Office Manager
615-226-3456

---

 **SKM_C30825013010030.pdf**
593K

---

**Martin Scott** <martyscott87@gmail.com>
To: Courtney Scott <courtneys@grumpysbailbonds.com>

Sat, May 24, 2025 at 4:11 PM

Hi Courtney,

I hope you're doing well. I'm reaching out with a question regarding the conditions of my bond. Based on the bond documentation I signed in jail and the copies you previously sent to me, there were no specific exclusion zones or geographic restrictions listed.

However, during a recent court hearing, Ms. Withers stated that there were two locations I was allegedly prohibited from entering, including her residence. This claim was presented in court as if it were a formal condition of my release and used to imply noncompliance on my part.

Following this, I requested clarification from Tracking Solutions, the GPS monitoring provider, regarding the specific locations that may have been programmed as exclusion zones. Their response was that the information constituted "victim information" and could not be shared with me. It even states in their paperwork that I must agree to stay away from the defined area and exclusion zones, yet I was not informed of where these locations were during my monitoring period. Even more troubling I don't believe there is a written agreement on record between Tracking Solutions, Inc and Metro and/or Davidson County. According to T.C.A. § 40-11-152(k) it states that there must be a written agreement on record between the company and the municipality or county. The Metro Clerk's Office confirmed there was no agreement on record for me yesterday. I have since requested information regarding this from the Metro Law Dept and the Finance Department.

Given these developments, I wanted to ask: **were there any changes to my bail conditions that formally added exclusion zones after my initial release?** If so, I respectfully request a copy of the updated bond order or any judicial

directive reflecting those changes.

It is my understanding that Tennessee Code Annotated § 40-11-152(c) requires that when electronic monitoring is imposed as a condition of bail, the court must specifically describe in writing the locations the defendant is ordered to avoid, including any minimum distance requirements. <u>This authority rests exclusively with the magistrate or judge and cannot be delegated to a third-party monitoring service.</u>

Further, T.C.A. § 40-11-152(d)(7) makes clear that a victim's communication with the court regarding exclusion zones is not confidential, meaning the defendant must be made aware of any such zones in order to comply with them. If any zones were judicially imposed, they should appear in the official bond order or related documentation.

For context and reference, I have attached a couple of relevant emails and screenshots that may help clarify the basis for my inquiry.

Thank you in advance for your assistance. I appreciate your help in confirming whether any such formal changes were made and, if so, providing the applicable documentation.

Best regards,
Martin Scott
[Quoted text hidden]

---

**4 attachments**

📄 **TrackingSolutions_Fwd_ Request for exclusion zones_.pdf**
140K

📄 **TwoPlaces.pdf**
814K

📄 **TrackingSolutions_Scott Intake Paperwork.pdf**
2188K

🎵 **TrackingSolutions 5-20-25.MP3**
1309K

---

**Courtney Scott** <courtneys@grumpysbailbonds.com>                    Tue, May 27, 2025 at 10:04 AM
To: Martin Scott <martyscott87@gmail.com>

Hello Martin!

I'm sorry, I was out of the office over the weekend and for the holiday. I'm in court this morning for a hearing and was told you just called for me.

I can call you back when I get done, but in response to your email…..once a bonding company does a bond we are not notified if anything changes on your conditions. We are also not given any GPS inclusion zones. A bonding company is responsible for your appearance in court, that is it. If you were to miss court, we are notified. But other than that, we aren't notified or in the loop on what is going on with your conditions or court proceedings. If there were any changes, I would think you could acquire the motion with the Court Clerk's office on the 2nd floor. Have you tried to reach them?

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                    Tue, May 27, 2025 at 10:41 AM
To: Courtney Scott <courtneys@grumpysbailbonds.com>

Hi Courtney,

Yes, I've checked with the Criminal Court Clerk's office and they do not have anything on file other than the order to have the GPS removed.  Given that you haven't been notified of any changes I must make the assumption that the tracking company is illegally imposing their own zones and not telling the defendants. I will get to the bottom of this and there will be some reform. This is a gross miscarriage of justice and due process rights and needs to be addressed.

Case 3:25-cv-01393   Document 90-25   Filed 04/03/26   Page 2 of 3 PageID #: 658

Thanks for your time and confirmation of that information that I requested.

Best,
Martin Scott

[Quoted text hidden]