
# Public Records Case #01850929 [ ref:!00Dt00GzIU.!500cs0iabKg:ref ]

5 messages

---

**Carolyn Pillow** <carolyn.pillow@nashville.gov>                  Thu, May 22, 2025 at 8:40 AM
To: "martyscott87@gmail.com" <martyscott87@gmail.com>
Cc: "publicrecords@nashville.gov" <publicrecords@nashville.gov>

Mr. or Ms. Scott

The Metropolitan Clerk's Office does not handle these types of records.

All police records/reports/incident reports must be requested from the Police Department, as they process their own records requests.

Use the link below for more information:
https://www.nashville.gov/departments/police/administrative-services/central-records-division

Be sure to include a copy of your identification when making your request.

Thank you for your attention to this information,

Metropolitan Clerk's Office
1 Public Square, Suite 205
Nashville, TN 37201
ref:!00Dt00GzIU.!500cs0iabKg:ref

---

**Martin Scott** <martyscott87@gmail.com>                          Thu, May 22, 2025 at 8:42 AM
To: Carolyn Pillow <carolyn.pillow@nashville.gov>
Cc: "publicrecords@nashville.gov" <publicrecords@nashville.gov>

Hi Ms. Pillow,

This isn't a police report.  This is a request from Metro if they have any agreements or contracts with a company named Tracking Solutions, Inc. If they are receiving Metro funding then I believe that request falls under your purview.

-Matin Scott

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                          Thu, May 22, 2025 at 12:17 PM
To: Carolyn Pillow <carolyn.pillow@nashville.gov>
Cc: "publicrecords@nashville.gov" <publicrecords@nashville.gov>

Ms. Pillow,

I am writing to request a copy of the written agreement required by Bill No. 1972, also known as the Debbie and Marie Domestic Violence Protection Act. According to the bill's provisions, each county or municipality in which a court orders electronic monitoring is required to enter into a written agreement with a qualified contract service provider.

Based on my understanding, Metro Nashville should possess such an agreement, likely executed with Tracking Solutions, Inc., as contemplated by the statute.

For your reference, the relevant language in the law states:

> _"As used in this bill, a "qualified contract service provider" means a private or public entity that meets the certain listed qualifications under present law; has a written agreement with the issuing court_ that designates specific persons to receive notifications and alerts; and maintains a monitoring center that is staffed 24 hours a day, seven days a week and capable of immediately notifying the law enforcement employee designee and the appropriate

*emergency communications dispatch center of violations by text message or electronic mail."*

*"CONTRACT SERVICE PROVIDER - REQUIREMENT*
<u>*This bill requires each county or municipality in which the court ordering the monitoring is located to enter into a*</u>
<u>*written agreement with a qualified contract service provider.*</u>*"*

[Quoted text hidden]

---

**Kyle, Austin (Metro Clerk)** <Austin.Kyle@nashville.gov>                    Thu, May 22, 2025 at 1:17 PM
To: Martin Scott <martyscott87@gmail.com>, "Pillow, Carolyn (Metro Clerk)" <Carolyn.Pillow@nashville.gov>
Cc: "Public Records (Metro Clerk)" <PublicRecords@nashville.gov>

We've searched our contract database and there isn't anything recorded for a contract with Tracking Solutions, Inc.

You would need to contact the MNPD or the Sheriff's Office directly to see if they have a list of the approved GPS monitoring vendors.

Austin Kyle

Metropolitan Clerk

1 Public Square, Suite 205

Nashville TN  37201

Ph: 615-862-6770



---

**From:** Martin Scott <martyscott87@gmail.com>
**Sent:** Thursday, May 22, 2025 12:18 PM
**To:** Pillow, Carolyn (Metro Clerk) <Carolyn.Pillow@nashville.gov>
**Cc:** Public Records (Metro Clerk) <PublicRecords@nashville.gov>
**Subject:** Re: Public Records Case #01850929 [ ref:!00Dt00GzIU.!500cs0iabKg:ref ]

 Some people who received this message don't often get email from martyscott87@gmail.com. Learn why this is important

**Attention**: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.

[Quoted text hidden]

---

**Martin Scott** <martyscott87@gmail.com>                    Thu, May 22, 2025 at 1:19 PM

To: "Kyle, Austin (Metro Clerk)" <Austin.Kyle@nashville.gov>
Cc: "Pillow, Carolyn (Metro Clerk)" <Carolyn.Pillow@nashville.gov>, "Public Records (Metro Clerk)"
<PublicRecords@nashville.gov>

Thank you for the information.

[Quoted text hidden]

 **image001.png**
10K