
# Request for Written Agreement with Tracking Solutions, Inc. – Pursuant to Bill No. 1972

2 messages

---

**Martin Scott** <martyscott87@gmail.com>                           Thu, May 22, 2025 at 1:12 PM
To: "Sowell, Kyle (G.S. Court)" <kylesowell@jisnashville.gov>

Mr. Sowell,

I am writing to formally request a copy of the written agreement between Metro Nashville/Davidson County and Tracking Solutions, Inc., pursuant to the requirements of Bill No. 1972, also known as the Debbie and Marie Domestic Violence Protection Act.

As you may be aware, this legislation mandates that any court utilizing electronic monitoring under its provisions must have a written agreement in place with a "qualified contract service provider." The statute specifically states:

"This bill requires each county or municipality in which the court ordering the monitoring is located to enter into a written agreement with a qualified contract service provider."

Given that Tracking Solutions, Inc. appears to be the service provider currently administering monitoring within Metro's jurisdiction, I am requesting a copy of this agreement, including any amendments or attachments, under the Tennessee Public Records Act.

If this agreement was reviewed or approved by any agency counsel, I would also appreciate access to any related legal memoranda or summaries outlining its terms and enforceability.

Please confirm receipt of this request and let me know the anticipated timeline for fulfillment. If the agreement does not exist, I respectfully ask that you confirm this in writing.

Sincerely,
Martin Scott

---

**Sowell, Kyle (G.S. Court)** <kylesowell@jisnashville.gov>          Wed, May 28, 2025 at 8:29 AM
To: Martin Scott <martyscott87@gmail.com>

Mr. Scott,


Metro Procurement is in the process of sending the award letter to the vendor(s) who have won the solicitation.  At present, I am not at liberty to disclose the identity of any vendor(s) since the Procurement process is still ongoing.


In sum, there is no written agreement(s) to provide.  Thanks.


## Kyle Sowell, Esq.

Court Administrator | Department Head

General Sessions Court

Metropolitan Nashville & Davidson County

408 2nd Avenue North, Suite 140

Nashville, Tennessee 37201

615-862-8318

kylesowell@jisnashville.gov

---

**From:** Martin Scott <martyscott87@gmail.com>
**Sent:** Thursday, May 22, 2025 1:12 PM
**To:** Sowell, Kyle (G.S. Court) <kylesowell@jisnashville.gov>
**Subject:** Request for Written Agreement with Tracking Solutions, Inc. – Pursuant to Bill No. 1972

**Attention: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.**

[Quoted text hidden]