Gmail

**Cody Johnson <cody@turklaylaw.com>**

## Martin Scott
5 messages

---

**Atnip, Matthew (D.A.)** <MatthewAtnip@jisnashville.gov>          Tue, Sep 23, 2025 at 7:53 AM
To: Cody Johnson <cody@turklaylaw.com>

I am gathering discovery materials.  They were in a drop box that I do not have access to.  Erin is helping get me those materials that relate to the harassment for the dates in question.

I do believe the PD has opened a case for tax fraud.

If Mr. Scott is able to withdraw his 1099 and tax claims, I will dismiss the cases against him.

Matthew W. Atnip

Assistant District Attorney

222 2nd Ave N. Suite 500

Nashville, TN  37201

615-862-5500

---

**Cody Johnson** <cody@turklaylaw.com>                          Tue, Sep 23, 2025 at 9:01 PM
To: "Atnip, Matthew (D.A.)" <MatthewAtnip@jisnashville.gov>

Hey Matt,

How are you going to provide discovery? Through Dropbox?

Cheers,
[Quoted text hidden]
--

 LAWFIRM

**Cody Johnson** / Family & Criminal Law
cody@turklaylaw.com / (629) 200-7774

*This message may contain **PRIVILEGED AND CONFIDENTIAL** information.  If you are not the intended recipient of this message, you are hereby notified that any dissemination or copying of this message is strictly prohibited.  If you have received this message in error, please immediately notify the sender.*

---

**Cody Johnson** <cody@turklaylaw.com>                          Tue, Sep 23, 2025 at 9:59 PM
To: "Atnip, Matthew (D.A.)" <MatthewAtnip@jisnashville.gov>

Case 3:25-cv-01393    Document 30-28    Filed 04/03/26    Page 1 of 3 PageID #: 665

Hey Matt,

Upon re-reading I'm not sure who you meant the PD is preparing to prosecute for tax fraud...Mallory or Martin?

[Quoted text hidden]

---

**Atnip, Matthew (D.A.)** <MatthewAtnip@jisnashville.gov>                    Wed, Sep 24, 2025 at 7:37 AM
To: Cody Johnson <cody@turklaylaw.com>

The Police Dept- Martin.

I do not have access to Drop box.  I am waiting on the materials to be delivered.  You'll receive discovery via thumb drive.

**From:** Cody Johnson <cody@turklaylaw.com>
**Sent:** Tuesday, September 23, 2025 9:59 PM
**To:** Atnip, Matthew (D.A.) <MatthewAtnip@jisnashville.gov>
**Subject:** Re: Martin Scott

**Attention: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.**

[Quoted text hidden]

---

**Atnip, Matthew (D.A.)** <MatthewAtnip@jisnashville.gov>                    Wed, Sep 24, 2025 at 7:51 AM
To: Cody Johnson <cody@turklaylaw.com>

I attached the 1099 she received after the OP.

Your client is claiming that Mallory was an independent contractor for Flowstate Alpha.   This is false.  And because of fraud, its not for a legitimate purpose on only done to harass the victim.

**From:** Cody Johnson <cody@turklaylaw.com>
**Sent:** Tuesday, September 23, 2025 9:59 PM
**To:** Atnip, Matthew (D.A.) <MatthewAtnip@jisnashville.gov>
**Subject:** Re: Martin Scott

**Attention: This email originated from a source external to Metro Government. Please exercise caution when opening any attachments or links from external sources.**

Hey Matt,

[Quoted text hidden]
[Quoted text hidden]

---

Case 3:25-cv-01393     Document 30-28     Filed 04/03/26     Page 2 of 3 PageID #: 666

 **1099 NEC.pdf**
789K