**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

MARTIN SCOTT, )
)
    Plaintiff, )
)
v. )    Civil No.  3:25-cv-1393
)    Judge Trauger
METRO GOV'T. OF NASHVILLE AND )
DAVIDSON COUNTY, ET AL., )
)
    Defendants. )

## ORDER

The plaintiff has filed a Motion for Leave to File Proposed First Amended Complaint (Doc.

No. 30), which the court is informed is not opposed.  The motion is therefore GRANTED, and

the Clerk shall file the Amended Complaint attached to the motion.

The filing of the First Amended Complaint renders moot the two pending Motions to

Dismiss (Doc. Nos. 10, 20).  The Clerk shall therefore term these motions as moot.  The initial

case management conference is hereby RESET for Monday, May 18, 2026 at 2:00 p.m.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE