# List of Exhibits to Amended Complaint (Doc. No. 33)[1]

[30-2] Exhibit A Text message communication between the parties reflecting the nature and terms of their relationship and financial arrangement.

[30-3] Exhibit C Text message communications between the parties reflecting ongoing interactions, including discussions of meetings, payments, and the nature of the relationship.

[30-4] Exhibit D Text message communications between the parties reflecting continued exchanges concerning financial support and personal interactions.

[30-5] Exhibit E Text message communications between the parties reflecting the parties' ongoing relationship and financial exchanges.

[30-6] Exhibit F Text message communications between the parties reflecting discussions of financial exchanges, including references to monetary payments and the nature of interactions between the parties.

[30-7] Exhibit G Correspondence and supporting financial records, including a written summary of expenditures and itemized transaction data, reflecting payments, purchases, and transfers made for the benefit of the opposing party during the relevant time period.

[30-8] Exhibit H United States Postal Service tracking records, mailing receipt, and photographic evidence reflecting certified mailing and delivery of correspondence, including tracking number, delivery status, and recipient information.

[30-9] Exhibit I Email correspondence and photographic evidence reflecting transmission, mailing, and receipt of IRS Form 1099 documents, including images of mailed envelopes and copies of the tax forms.

[30-10] Exhibit J Electronic records and correspondence evidencing the issuance and mailing of IRS Form 1099 documents, including recipient identifying information, dates of transmission, and associated USPS tracking and delivery scan data.

[30-11] Exhibit K Transcript of preliminary hearing proceedings, including witness testimony regarding the parties' relationship, communications, and underlying allegations.

[30-12] Exhibit L Screenshot of text message communications reflecting statements regarding alleged unauthorized access to electronic devices, threats to contact law enforcement, and related accusations.

[30-13] Exhibit M Call log records reflecting incoming, outgoing, missed, and rejected calls between the parties, including timestamps and call durations.

[30-14] Exhibit N Criminal complaints, affidavits, and arrest warrants issued in Davidson County, Tennessee, including sworn statements of probable cause and supporting factual allegations.

[30-15] Exhibit O Screenshot of text message communications reflecting statements regarding a financial arrangement involving payments in exchange for meetings and use of funds

---

[1] This list was prepared by the Clerk's Office at the Court's request to avoid duplication of exhibits on the docket. (lh)

[30-16] Exhibit P Screenshot of text message communications reflecting discussions regarding tax reporting, reported income, issuance of tax documents, and disputes concerning tax liability.

[30-17] Exhibit Q Redacted compilation of Metropolitan Nashville Police Department investigative records, including incident reports, supplemental reports, narrative summaries, and related materials.

[30-18] Exhibit R Redacted prosecutorial and investigative notes and internal communications reflecting discussions of alleged conduct and decisions regarding potential prosecution.

[30-19] Exhibit S United States Postal Service certified mail receipt, transaction record, and tracking history reflecting mailing and delivery status of correspondence.

[30-20] Exhibit T Temporary Order of Protection and related filings from the Davidson County General Sessions Court, including the petition, allegations, and imposed conditions.

[30-21] Exhibit U Order Granting Bail for Abuse Cases, including bail amount and conditions such as no-contact provisions, stay-away requirements, and GPS monitoring.

[30-22] Exhibit V GPS Monitoring Agreement and Release between Defendant and monitoring provider, including terms governing device use, restrictions, and financial obligations.

[30-23] Exhibit W Email correspondence between Defendant and Metropolitan Nashville Police Department personnel regarding investigative status and decisions not to pursue charges.

[30-24] Exhibit X Internal email communications between law enforcement and prosecuting authorities regarding Defendants' attempts to pursue criminal charges and related directives.

[30-25] Exhibit Y Email correspondence with bail bond company regarding bond conditions, GPS monitoring requirements, and absence of identified exclusion zones.

[30-26] Exhibit Z Email correspondence with the Metropolitan Clerks Office regarding a public records request for any agreement with a monitoring provider, including confirmation that no such agreement was located.

[30-27] Exhibit AA Email correspondence with court administration regarding a request for a written agreement with a monitoring provider, including confirmation that no agreement existed and procurement was ongoing.

[30-28] Exhibit BB Email correspondence between counsel and the District Attorney's Office regarding discovery materials, potential tax-related allegations, and discussions concerning dismissal of charges conditioned on withdrawal of tax filings.)