# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MARTIN SCOTT,      ) | |
|     Plaintiff,      ) | |
|          ) | |
| v.      ) | |
|          ) | **No. 3:25-cv-01393** |
| METROPOLITAN GOVERNMENT OF      ) | |
| NASHVILLE AND DAVIDSON      ) | **Judge Trauger** |
| COUNTY, *et al.*,      ) | |
|          ) | **JURY DEMAND** |
|     Defendants.      ) | |

## DEFENDANT METRO AND TRACKING SOLUTION'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The Metropolitan Government of Nashville and Davidson County and Tracking Solutions move the Court for a two-week extension of time, through **May 4, 2026**, to answer, plead, or otherwise respond to Plaintiff's amended complaint. As grounds, the amended complaint raises multiple factual and constitutional issues requiring additional time to investigate and prepare a response. Counsel for Metro and Tracking Solutions are also engaged in several ongoing litigation matters necessitating this brief extension. This request will not impact any other deadlines.

Undersigned counsel has conferred with all other counsel of record, and no party opposes the relief requested. Accordingly, Metro and Tracking Solutions request that the Court extend its deadline to respond to the amended complaint through **May 4, 2026**.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

*/s/ Melissa S. Roberge*
Melissa S. Roberge (#26230)
  SENIOR COUNSEL
Michael R. Dohn (#37535)
  ASSISTANT METROPOLITAN ATTORNEY
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
melissa.roberge@nashville.gov
michael.dohn@nashville.gov

**McNABB, BRAGORGOS, BURGESS &
SORIN, PLLC**

/s/ R. Scott McCullough w/permission MSR
R. SCOTT McCULLOUGH - #19499
RICHARD SORIN - #17569
Attorneys for Tracking Solutions, Inc.
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
smccullough@mbbslaw.com