Motion GRANTED.
Extension to 5/4/2026.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **MARTIN SCOTT,**<br>　　　**Plaintiff,**<br><br>**v.**<br><br>**METROPOLITAN GOVERNMENT OF**<br>**NASHVILLE AND DAVIDSON**<br>**COUNTY,** *et al.*,<br><br>　　　**Defendants.** | ）<br>）<br>）<br>）<br>）　**No. 3:25-cv-01393**<br>）<br>）　**Judge Trauger**<br>）<br>）　**JURY DEMAND**<br>） |

**DEFENDANT METRO AND TRACKING SOLUTION'S UNOPPOSED MOTION FOR
EXTENSION OF TIME**

The Metropolitan Government of Nashville and Davidson County and Tracking Solutions move the Court for a two-week extension of time, through **May 4, 2026**, to answer, plead, or otherwise respond to Plaintiff's amended complaint. As grounds, the amended complaint raises multiple factual and constitutional issues requiring additional time to investigate and prepare a response. Counsel for Metro and Tracking Solutions are also engaged in several ongoing litigation matters necessitating this brief extension. This request will not impact any other deadlines.

Undersigned counsel has conferred with all other counsel of record, and no party opposes the relief requested. Accordingly, Metro and Tracking Solutions request that the Court extend its deadline to respond to the amended complaint through **May 4, 2026**.