| | | |
|---|---|---|
| MARTIN SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No 3:25-cv-01393 |
| | ) | |
| METRO GOV'T OF NASHVILLE | ) | |
| AND DAVIDSON COUNTY, and | ) | |
| | ) | |
| TRACKING SOLUTIONS, INC., and | ) | District Judge Aleta A. Trauger |
| | ) | |
| MALLORY WITHERS, an individual, and | ) | |
| | ) | |
| BRIAN CAVALIERE, an individual, and | ) | |
| | ) | |
| TYLER LEWIS, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER OF MALLORY WITHERS

Comes now the Defendant Mallory Withers ("Defendant"), by and through counsel, and hereby answers Plaintiff's Complaint (the "Complaint") as follows:

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims must be dismissed to the extent they are barred by the equitable doctrines of estoppel, laches, and unclean hands.

2. Defendant reserves the right to seek to amend or supplement her Answer as may be necessary or appropriate after a more complete investigation of the allegations contained in the Complaint.

## ANSWER

1. Admitted that Plaintiff brings this action pursuant to the claims stated in this paragraph, but denied that Plaintiff is entitled to his requested relief.

2. Admitted that Defendant filed *ex parte* Orders of Protection against Plaintiff that were ultimately dismissed. Defendant is without information and belief sufficient to admit or deny the remaining allegations and implications in Paragraph 2.

3. Admitted that the charges against Plaintiff were dismissed, but denied as to the remaining allegations and implications of Paragraph 3.

## PARTIES AND JURISDICTION

4. Admitted.

5. Admitted that Defendant Metropolitan Government of Nashville and Davidson County is located in the State of Tennessee, but denied as to the legal conclusions and remaining allegations and implications in Paragraph 4.

6. Denied on the basis of lack of sufficient information.

7. Denied.

8. Denied on the basis of lack of sufficient information.

9. Denied on the basis of lack of sufficient information.

10. Jurisdiction is admitted.

11. Supplemental jurisdiction is admitted.

12. Denied that declaratory and injunctive relief is warranted as it relates to this lawsuit.

13. Venue is admitted.

14. Admitted.

15. Denied on the basis of lack of sufficient information and belief as to Plaintiff's reasoning for his repeated calls to Defendant on August 28, 2024, but admitted as to the factual

allegations in Paragraph 15.

16. Admitted.

17. Denied on the basis of lack of sufficient information and belief.

18. Admitted.

19. Admitted.

20. Denied on the basis of lack of sufficient information and belief.

21. Denied.

22. Admitted that Defendant swore affidavits that resulted in the Criminal Warrants, but denied as to Plaintiff's reasoning for the repeated calls to Defendant on August 28.

23. Denied on the basis of lack of sufficient information and belief.

24. Admitted that Defendant sought the November 14, 2024 ex parte order of protection, but denied as to the remaining allegations and implications in Paragraph 24.

25. Denied on the basis of lack of sufficient information and belief.

26. Admitted.

27. Denied.

28. Denied on the basis of lack of sufficient information and belief.

29. Denied on the basis of lack of sufficient information and belief.

30. Denied on the basis of lack of sufficient information and belief.

31. Denied on the basis of lack of sufficient information and belief.

32. Denied.

33. Denied on the basis of lack of sufficient information and belief.

34. Denied on the basis of lack of sufficient information and belief.

35. Denied on the basis of lack of sufficient information and belief.

36. Denied on the basis of lack of sufficient information and belief.

37. Denied on the basis of lack of sufficient information and belief.

38. Denied on the basis of lack of sufficient information and belief.

39. Admitted that Defendant testified at the March 27, 2025 hearing that Plaintiff was prohibited from being in two locations, including her residence, under the GPS monitoring system, but denied as to the remaining allegations in Paragraph 39 on the basis of lack of sufficient information and belief.

40. Denied on the basis of lack of sufficient information and belief.

41. Denied on the basis of lack of sufficient information and belief.

42. Denied on the basis of lack of sufficient information and belief.

43. Denied on the basis of lack of sufficient information and belief.

44. Denied on the basis of lack of sufficient information and belief.

45. Denied on the basis of lack of sufficient information and belief.

46. Denied on the basis of lack of sufficient information and belief.

47. Denied on the basis of lack of sufficient information and belief.

48. Denied on the basis of lack of sufficient information and belief.

49. Denied on the basis of lack of sufficient information and belief.

50. Denied on the basis of lack of sufficient information and belief.

51. Denied on the basis of lack of sufficient information and belief.

52. Denied on the basis of lack of sufficient information and belief.

53. Denied on the basis of lack of sufficient information and belief.

54. Denied on the basis of lack of sufficient information and belief.

55. Denied on the basis of lack of sufficient information and belief.

56. Admitted that the charges against Plaintiff were dismissed, but denied as to any wrongdoing related to subpoenas issued by the Plaintiff.

57. Denied on the basis of lack of sufficient information and belief.

58. Denied on the basis of lack of sufficient information and belief.

59. Denied on the basis of lack of sufficient information and belief.

60. Denied.

61. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

62. Denied.

63. Denied.

64. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

65. Denied.

66. Admitted that Defendant reported Plaintiff's behaviors to the police on multiple occasions, but denied as to Plaintiff's remaining implications in Paragraph 66.

67. Denied.

68. Denied on the basis of lack of sufficient information and belief.

69. Denied on the basis of lack of sufficient information and belief.

70. Denied.

71. Admitted.

72. Denied on the basis of lack of sufficient information and belief.

73. Admitted that Defendant swore that she received a 1099 from the Defendant.

74. Denied on the basis of lack of sufficient information and belief.

5

75. Denied on the basis of lack of sufficient information and belief.

76. Denied on the basis of lack of sufficient information and belief.

77. Denied on the basis of lack of sufficient information and belief.

78. Denied.

79. Denied.

80. Admitted that the warrant materials mention the 1099 forms, but denied as to the remaining allegations and implications in Paragraph 80.

81. Denied.

82. Denied on the basis of lack of sufficient information and belief.

83. Denied on the basis of lack of sufficient information and belief.

84. Denied.

85. Admitted that the charges were dismissed, but denied as to the remaining allegations and implications in Paragraph 85.

86. Denied.

87. Denied.

88. Admitted that the charges were dismissed, but denied as to the Plaintiff's legal conclusions related to the prosecution being terminated in "Plaintiff's favor."

89. Denied.

90. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

91. Denied.

92. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

93. . Denied.

94. Denied.

     (1) Denied.

     (2) Denied.

     (3) Denied.

     (4) Denied.

95. Denied.

96. Denied.

97. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

98. Denied.

99. Denied.

100. Denied.

101. Denied on the basis of lack of sufficient information and belief.

102. Denied on the basis of lack of sufficient information and belief.

103. Denied on the basis of lack of sufficient information and belief.

104. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

105. Denied.

106. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

107. Admitted that the charges were dismissed, but denied that Plaintiff is innocent.

108. Denied.

7

109. Plaintiff's request for damages are denied.

110. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

111. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

112. Admitted that Defendant swore to affidavits reporting Plaintiff's wrongful conduct, but denied as to the remaining allegations and implications in Paragraph 112.

113. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied related to the initiation of the proceedings. Admitted that Defendant cooperated with law enforcement.

114. Denied as to Plaintiff's characterization of the legal proceedings against him.

115. Denied that the phone calls constituted the sole basis for the harassment.

116. Denied on the basis of lack of sufficient information and belief.

117. Denied.

118. Admitted that Defendant received the letter in October. Defendant cannot confirm the date at this time.

119. Denied on the basis of lack of sufficient information and belief.

120. Admitted.

121. Denied.

122. Denied.

123. Denied on the basis of lack of sufficient information and belief.

124. Denied on the basis of lack of sufficient information and belief.

125. Denied.

126.    Admitted.

127.    Denied.

128.    Denied.

129.    Denied on the basis of lack of sufficient information and belief.

130.    This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

131.    Admitted that the charges were dismissed, but denied as to Plaintiff's legal conclusions and speculations related to those dismissals.

132.    Denied.

133.    Denied.

134.    This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

135.    Denied.

136.    Denied.

137.    Denied.

138.    Denied.

139.    Denied.

140.    Admitted that the charges were dismissed, but denied as to the Plaintiff's legal conclusions related to the prosecution being terminated in "Plaintiff's favor."

141.    Denied.

142.    Denied.

143.    This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

9

144. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

145. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

146. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

147. Denied.

148. Denied.

149. Denied on the basis of lack of sufficient information and belief.

150. Denied on the basis of lack of sufficient information and belief.

151. Denied on the basis of lack of sufficient information and belief.

152. Denied on the basis of lack of sufficient information and belief.

153. Denied on the basis of lack of sufficient information and belief.

154. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

155. Denied on the basis of lack of sufficient information and belief.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

162. Denied.

163. Denied.

164. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

165. Denied.

166. Denied on the basis of lack of sufficient information and belief.

167. Denied on the basis of lack of sufficient information and belief.

168. Denied on the basis of lack of sufficient information and belief.

169. Denied on the basis of lack of sufficient information and belief.

170. Denied on the basis of lack of sufficient information and belief.

171. Denied on the basis of lack of sufficient information and belief.

172. Denied.

173. Denied.

174. Plaintiff's request for relief is denied.

175. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

176. Denied.

177. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

178. Denied on the basis of lack of sufficient information and belief.

179. Denied on the basis of lack of sufficient information and belief.

180. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

181. Denied.

182. Denied.

183. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

184. Denied.

185. Denied.

186. Denied.

187. Denied on the basis of lack of sufficient information and belief.

188. Denied on the basis of lack of sufficient information and belief.

189. Denied on the basis of lack of sufficient information and belief.

190. Denied on the basis of lack of sufficient information and belief.

191. Denied on the basis of lack of sufficient information and belief.

192. Denied on the basis of lack of sufficient information and belief.

193. Denied on the basis of lack of sufficient information and belief.

194. Denied on the basis of lack of sufficient information and belief.

195. Denied.

196. Denied.

197. Denied.

198. Plaintiff's request for relief is denied.

199. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

200. Denied.

201. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

202.     This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

203.     This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

204.     Denied on the basis of lack of sufficient information and belief.

205.     Denied on the basis of lack of sufficient information and belief.

206.     Denied on the basis of lack of sufficient information and belief.

207.     Denied on the basis of lack of sufficient information and belief.

208.     Denied on the basis of lack of sufficient information and belief.

209.     Denied on the basis of lack of sufficient information and belief.

210.     Denied on the basis of lack of sufficient information and belief.

211.     Denied on the basis of lack of sufficient information and belief.

212.     Denied on the basis of lack of sufficient information and belief.

213.     Denied on the basis of lack of sufficient information and belief.

214.     Denied.

215.     Denied on the basis of lack of sufficient information and belief.

216.     Denied on the basis of lack of sufficient information and belief.

217.     Denied on the basis of lack of sufficient information and belief.

218.     Denied on the basis of lack of sufficient information and belief.

219.     Denied on the basis of lack of sufficient information and belief.

220.     Denied on the basis of lack of sufficient information and belief.

221.     Denied.

222.     Denied.

223.    Plaintiff's request for relief is denied.

224.    This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

225.    This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

226.    Denied.

227.    Denied.

228.    Denied.

229.    Denied.

230.    Denied.

231.    Denied.

232.    Denied.

233.    Admitted that Defendant reported Plaintiff's conduct to the police, but denied as to any implications that Defendant made malicious accusations.

234.    Admitted that Defendant swore an additional warrant on December 23, 2024 mentioning the 1099, but denied as to the remaining allegations and implications in Paragraph 234.

235.    Denied.

236.    Denied on the basis of lack of sufficient information and belief.

237.    Denied.

238.    Denied.

239.    Denied.

240.    Denied on the basis of lack of sufficient information and belief.

241. Denied on the basis of lack of sufficient information and belief.

242. Denied on the basis of lack of sufficient information and belief.

243. Denied on the basis of lack of sufficient information and belief.

244. Denied.

245. Denied.

246. Denied.

247. Denied.

248. Denied.

249. Denied.

250. Plaintiff's request for relief is denied.

251. This paragraph requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

252. Denied.

253. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

254. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

255. This paragraph is a legal conclusion which requires no admission or denial; however, any allegation of wrongdoing is hereby denied.

256. Denied on the basis of lack of sufficient information and belief.

257. Denied on the basis of lack of sufficient information and belief.

258. Denied on the basis of lack of sufficient information and belief.

259. Denied on the basis of lack of sufficient information and belief.

260. Denied on the basis of lack of sufficient information and belief.

261. Denied on the basis of lack of sufficient information and belief.

262. Denied on the basis of lack of sufficient information and belief.

263. Denied on the basis of lack of sufficient information and belief.

264. Denied.

265. Denied.

266. Denied.

267. Plaintiff's request for relief is denied.

268. Plaintiff's request for relief on all counts is denied.

269. Defendant hereby requests a trial by jury to be held on all causes of action so triable and contained herein.

WHEREFORE, having fully answered the Amended Complaint, Defendant requests that the Complaint be dismissed with prejudice, that it be awarded its costs and expenses in the amount and manner permitted by applicable law, and that the Court award such other and fair relief as is just and proper.

**Respectfully submitted,**
**FREEMAN & FUSON**


 **/s/ Mark T. Freeman**
**Mark T. Freeman, Esq. (#40549)**
2126 21st Avenue South
Nashville, Tennessee 37212
mark@freemanfuson.com
Phone: 615-298-7272
Fax: 615-298-72
*Attorney for Defendant Withers*

16

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded via email and/or the Court's e-filing system to the following on April 20, 2026:

Cody R. Johnson
Turklay Law, PLLC
102 E. Main Street
Suite A
Lebanon, TN 37087
629-200-7774
Email: cody@turklaylaw.com

Melissa S. Roberge
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
Fax: (615) 862-6352
Email: melissa.roberge@nashville.gov

Michael R. Dohn
Metropolitan Legal Department
P O Box 196300
Nashville, TN 37219
(615) 862-6341
Fax: (615) 862-6352
Email: michael.dohn@nashville.gov

R. Scott McCullough
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue
Sixth Floor
Memphis, TN 38103-5402
(901) 924-0640
Fax: (901) 624-0650
Email: smccullough@mbbslaw.com


Richard E. Sorin
McNabb, Bragorgos, Burgess & Sorin, PLLC
81 Monroe Avenue
Sixth Floor
Memphis, TN 38103-5402
901-624-0640
Fax: 901-624-0650
Email: rsorin@mbbslaw.com

**/s/ Mark T. Freeman**
Mark T. Freeman, Esq.