COMPLAINT NUMBER: 2024-0703353         WARRANT NUMBER: GS1054865

# Ex. A

PROSECUTOR: Mallory Withers
DEFENDANT: Martin Scott
VICTIM:     Mallory Withers

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
## AFFIDAVIT
### Harassment Repetitive Calls
### 39-17-308(a)(2)

Personally appeared before me, the undersigned, **[Select one]** __x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** ___ he __x_ she **[Select one]** __x_ personally observed ___ has probable cause to believe that the defendant name above on 12/03/2024 to OFFENSE_DT_TO in Davidson County, intentionally did communicate with the victim, named above without lawful purpose, anonymously or otherwise, with the intent that the frequency or means of the communication annoys, offends, alarms, or frightens the victim and these actions did annoy, offend, alarm, or frighten the victim.

***The probable cause is as follows:***
Ms. Withers and the defendant stopped dating late August.. On August 28th 2024, the defendant called her over 9 times within a 8 minute window. A few days after that, the defendant texted the victim asking about who was staying her guest room and she stated nobody was in there but the victim was in there. The victim then observed that the television in that room turn on without her doing so. She then turned it back of and it turned on again and the volume was turned up very high.  The defendant then admitted to do so and was able to turn on the television from his phone in the victim's guest room.  Between then and September 14th, 2024, the defendant constantly texted and called the her and she consistantly told him to stop. During mid September 2024, the defendant made an anonymous complaint to the victim's work place which is Delta airlines making false accusations having innapropriate relationships with coworkers and passengers on flights. This led to the victim having emotional distress that caused her to have a seizure and had to seek medical attention. That investigation was deemed unfounded on September 30th 2024. Around mid october, the defendant also made fake social media accounts as well as his personal phone number trying to cause issues with the victim's friends This continued until Novemember 13th 2024 when the defendant appoligized for the accounts and took them off social media. On October 30th, the victim stated that another anonymous complaint was filed with Delta stating that the vi ctim was still having innaproptiate relationships with coworkers and passengers on flights also falsifying evidence  which constisted  screenshots of text messages bewteen them two and pictures of gifts and money that the defendant sent the victim himself. This investigation was also closed and deemed unfounded on November 15th 2024.

ESignature

_____
Prosecutor: Mallory Withers
            909 rosa L parks Blvd {STATION_ASSIGNED}

            Nashville, Tennessee 37208
            318 680-3044

I hereby certify that this is a true and exact copy of the original
_____
Affidavit
This _16_ day of _July_, 20 _25_
CRIMINAL COURT CLERK
BY_____AFI_____, D.C.

## ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of  Harassment Repetitive Calls A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 12/03/2024 15:38:38.

_____
John Richard Manson

COMPLAINT NUMBER: 2024-0755799        WARRANT NUMBER: GS1054866

PROSECUTOR: Mallory Withers
DEFENDANT: Martin Scott
VICTIM:     Mallory Withers

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
### Stalking
### 39-17-315*1

Personally appeared before me, the undersigned, **[Select one]** _x__ Commissioner ___ Metropolitan General Sessions Judge the prosecutor named above and made oath in due form of law that **[Select one]** ___ he __x_ she **[Select one]** __x_ personally observed ___ has probable cause to believe that the defendant named above on 12/03/2024 to OFFENSE_DT_TO in Davidson County, did intentionally engage in stalking.

*The probable cause is as follows:*
The victim and defendant were previously in a dating relationship that ended in late August of 2024. On Novemeber 2nd the defendant began texting the victim from different phone number that she did not recogonize while she was at a Predators game at Bridgeston Arena in Nashville Tennessee. The messages begin by saying "have fun at the hockey game". The victim did not know who it was but suspected that it was the defendant. The messages continued which led the victim to be sure that it was the defendant.  On November 13th, the defendant received a nother text from another random phone number stating "I hope you have fun on your trip" and the defendant admitted that it was him. On November 23rd 2024, the victim was at the speakeasy Blind Barber located at 606 8th Avenue South, Nashville Tennessee. When she left, she got another text message from an unknown number stating "Did you get a haircut". The victim replied confused on who was texting her and they replied "I saw you at the barbershop but I left". The victim stated that there was not alot of people there. Due to the incident that occured at Bridgeston arena, the victim figured it was the defendant following her to the location and watched her leave. On November 27th 2024, the victim received more text messages from another number which is also believed to be the defenant. The defendant constantly tried to engage in conversation with the victim as she repeatedly told him to leave her alone. The defedant also mention in the text messages that she should be nice to martin and also referenced her venmo account that further leads the victim to believe that the person texting her is the defendant. Due the incidents where the victim has reason to believe that the defendant is following her and constantly contacting her insinuating that he is following her gives her reson to beleive that she is being stalked and has put her in fear for her safety. The victim has also obtain an order of protection.

ESignature
_____
Prosecutor: Mallory Withers
909 rosa L parks Blvd {STATION_ASSIGNED}

Nashville, Tennessee  37208
318 680-3044

I hereby certify that this is a true and exact copy of the original
_____ Affidavit
This 16 day of July , 20 25
CRIMINAL COURT CLERK
BY_____ AFI _____, D.C.

_____
### A R R E S T   W A R R A N T
_____

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of  Stalking A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 12/03/2024 15:39:32.

_____
John Richard Manson
Judge of the Metropolitan General Sessions Court/Commissioner

PROSECUTOR: Mallory Withers
DEFENDANT: Martin R Scott
VICTIM:    Mallory Withers

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
Order of Protection/Restraining Order Violation
39-13-113

Personally appeared before me, the undersigned, **[Select one]** __x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that     **[Select one]** _x__ he ___ she **[Select one]** ___ personally observed _x__ has probable cause to believe that the defendant named above on 12/10/2024 in Davidson County violated an Order of Protection or Restraining Order, which was entered by [Type Judge's Name] Judge
    in Case Number 24OP3127 on 11/14/24   I further make oath that, according to information and belief, this Order was either served on Respondentor read to **[Select one]** __x__ him ____her on 12/03/24.

***The probable cause is as follows:***

On 12/23/24, the victim (Mallory Withers) walked into the Family Safety Center to prosecute for a report that was made with patrol. The victim and the defendant (Martin Scott) were previously in a sexual relationship.

On 12/10/24, the victim received a piece of mail from the defendant. The mail was a 1099, with the victim's social security number on it, for a company which she has never worked for. The victim obtained an order of protection against the defendant on 11/14/24, and it was served on 12/03/24. According to the United States Postal Service website, an average in-state delivery of a letter is 2-3 business days. Since the letter was recieved 5 business days after the defendant was served, detectives believe that probable cause exists that the defendant knowingly violated the order of protection. Also, the content of the mail caused significant emotional distress to the victim.

ESignature

_____
Prosecutor: Mallory Withers
         909 Rosa L Parks Blvd. {STATION_ASSIGNED}
         Apt. 906
         Nashville, Tennessee 37208
         318 680-3044

I hereby certify that this is a true and exact copy of the original
Affidavit
This __16__ day of __July__, 20_25_
CRIMINAL COURT CLERK
BY_____AEL_____, D.C.

## ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Order of Protection/Restraining Order Violation A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 12/23/2024 15:52:42.

_____
David G. Ridings
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant

COMPLAINT NUMBER: 2024-0755799        WARRANT NUMBER: GS1056824

PROSECUTOR: Mallory Withers
DEFENDANT: Martin R Scott
VICTIM:    Mallory Withers

STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
Harassment - Cause Emotional Distress, Intimidate, Frighten
39-17-308(a)(4)

Personally appeared before me, the undersigned, **[Select one]** _x__ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** ___ he __x_ she **[Select one]** _x__ personally observed ___ has probable cause to believe that the defendant name above on 12/10/2024 to OFFENSE_DT_TO in Davidson County, did intentionally, and without legitimate purpose, communicate with or transmit or display an image to the victim named above with the intent that the image is viewed by the victim and the defendant maliciously intends the communication to be a threat of harm to the victim and a reasonable person would perceive the communication to be a threat of harm.

*The probable cause is as follows:*

On 12/23/24, the victim (Mallory Withers) walked into the Family Safety Center to prosecute for a report that was made with patrol. The victim and the defendant (Martin Scott) were previously in a sexual relationship.

On 12/10/24, the victim received a piece of mail from the defendant. The mail was a 1099, with the victim's social security number on it, for a company which she has never worked for. The victim obtained an order of protection against the defendant on 11/14/24, and it was served on 12/03/24. According to the United States Postal Service website, an average in-state delivery of a letter is 2-3 business days. Since the letter was recieved 5 business days after the defendant was served, detectives believe that probable cause exists that the defendant knowingly violated the order of protection. Also, the content of the mail caused significant emotional distress to the victim.

ESignature

_____
Prosecutor: Mallory Withers
909 Rosa L Parks Blvd. {STATION_ASSIGNED}
Apt. 906
Nashville, Tennessee 37208
318 680-3044

I hereby certify that this is a true and exact copy of the original
Affidavit
This 16 day of July, 20 25
CRIMINAL COURT CLERK
BY AEL , D.C.

---

A R R E S T   W A R R A N T

---

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Harassment - Cause Emotional Distress, Intimidate, Frighten A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 12/23/2024 15:53:39.

_____
David G. Ridings
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

COMPLAINT NUMBER: 2025-0034118          WARRANT NUMBER: GS1059179

PROSECUTOR: Tyler J Lewis
DEFENDANT: Martin R Scott
VICTIM:      Mallory A Withers

STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
No Contact Order Violation - DV Bond Condition
39-13-113(i)

Personally appeared before me, the undersigned, **[Select one]** __x_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that     **[Select one]** __x_ he ___ she **[Select one]** ___ personally observed __x_ has probable cause to believe that the defendant named above on 12/26/2024 in Davidson County violated a no contact order, issued prior to the defendant's release on bond, following an arrest for any offense defined in Title 39, Chapter 13 of the Tennessee Code Annotated, in which the alleged victim of the offense is a domestic violence victim.

***The probable cause is as follows:***

On 1/17/2025 I met with the victim at the Family Safety Center regarding an ongoing issue with the defendant. The defendant was in a dating relationship with the victim. On 12/20/2024, the defendant was arrested for stalking the victim and harassing the victim. On 12/20/2024 the defendant had signed bond conditions which prohibit him from communicating or harassing the victim. The court date is pending for 1/29/2025. The defendant had made threats to the victim he would report money he spent with her during their dating relationship. On 12/10/2024, the victim received a 1099 – NEC filled out for the year 2023 with her information from the defendant. Based on the threats made from the defendant, this caused significant emotional distress to the victim. A warrant was granted for this incident. On 12/26/2024, the victim again received a 1099-NEC from the defendant for the year 2024. Based on the previous threats from the defendant, this caused significant emotional distress to the victim. This is also multiple times the defendant has communicated with the victim in a way to harass the victim and cause emotional distress.

_____
Prosecutor: Tyler J Lewis    4001927

_____
A R R E S T   W A R R A N T
_____

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of No Contact Order Violation – DV Bond Condition A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 01/17/2025 12:14:28.

_____
Chris Sanders Hofstetter
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

i hereby certify that this is a true and exact copy of the original Affidavit This 16 day of July, 20 25 BY Atl , D.C.

COMPLAINT NUMBER: 2025-0015544        WARRANT NUMBER: GS1059484

PROSECUTOR: Brian M Cavaliere
DEFENDANT: Martin R Scott
VICTIM:    Mallory Whithers

STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
Stalking - Aggravated
39-17-315*7

Personally appeared before me, the undersigned, [Select one] _x_ Commissioner ___ Metropolitan General Sessions Judge the prosecutor named above and made oath in due form of law that [Select one] __x_ he ___ she [Select one] ___ personally observed __x_ has probable cause to believe that the defendant named above on 12/26/2024 to OFFENSE_DT_TO in Davidson County, did intentionally engage in stalking and [Select one] ___ in the course and furtherance of stalking, the defendant displayed a deadly weapon ___ the victim was less than eighteen (18) years of age at any time during the defendant's course of conduct and the defendant was five (5) or more years older than the victim ___ the defendant has previously been convicted of stalking within seven (7) years of the instant offense ___ the defendant made a credible threat to the victim, the victim's child, sibling spouse, parent, or dependents with the intent to place any such person in reasonable fear of death or bodily injury __x_ at the time of the offense, the defendant was prohibited from making contact with the victim under a restraining order or injunction of protection, an order of protection, or any other court imposed prohibition of conduct toward the victim or the victim's property and the defendant knowingly violated the injunction, order, or court-imposed prohibition.

*The probable cause is as follows:*

**The victim and the defendant had been in a previous dating relationship.**

The victim had previously reported harassment from the defendant which resulted in the victim obtaining warrants for the defendant on 12/10/2024. The defendant was taken into custody on 12/20/2024 for those warrants. After being released from custody, and currently on bond conditons which prohibit the defendant from communicating with the victim directly or indirectly, on **12/26/2024, the victim had received another 10-99 form from the defendant** to have the victim audit her for the IRS. After the victim had received this form, on **01/05/2025, the victim noticed a fake Instagram profile of her. The Instagram profile had listed information pertaining to the victim that only the defendant would have known.** Additionally, **01/16/2025, the victim had witnessed through a dating application that the defendant was appearing 1 mile away from her at 0133 hours**. The defendant lives in Warren, TN which is over an hour away from the victim, and the victim advises there would have been no reason for the defendant to be at or near her location due to the bond conditions that were in place. Due to the continuous repeated willful course of conduct displayed from the defendant has led to the victim feeling frightened, intimidated, and causing her emotional distress.

ESignature

_____
Prosecutor: Brian M Cavaliere    4007302
_____
A R R E S T   W A R R A N T
_____

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of  Stalking - Aggravated E FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 01/20/2025 15:05:12.

_____
Jeff Daigle
Judge of the Metropolitan General Sessions Court/Commissioner

I hereby certify that this is a true and exact copy of the original _Affidavit_ This __16__ day of __July__, 20 __25__ CRIMINAL COURT CLERK BY _____ , D.C.