**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| MARTIN SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:25-cv-1393 |
| | ) | Judge Trauger |
| METRO GOV'T. OF NASHVILLE AND | ) | |
| DAVIDSON COUNTY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In the interest of judicial economy, the court requests that the plaintiff do as suggested in his Response to the Motion to Dismiss filed by defendants Lewis and Cavaliere (Doc. No. 38), and that is to file a motion to amend, with the proposed second amended complaint attached and reflecting the position of all defendants on the motion. It is possible that this filing would moot the pending Motion to Dismiss filed by these two defendants (Doc. No. 34), and this would advance the progress of the case.

**IT IS SO ORDERED.**

_____

ALETA A. TRAUGER
U.S. DISTRICT JUDGE