**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| MARTIN SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:25-cv-1393 |
| | ) | Judge Trauger |
| METRO GOV'T. OF NASHVILLE AND | ) | |
| DAVIDSON COUNTY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Given the filing of numerous motions to dismiss, it is hereby ORDERED that the initial

case management conference scheduled for May 18, 2026 is CONTINUED, to be reset, if

appropriate, following disposition of these motions.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE