# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MARTIN SCOTT,<br>　　　Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| | )　No. 3:25-cv-01393 |
| METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON<br>COUNTY, *et al.*, | ) <br> )　Judge Trauger <br> ) |
| | )　JURY DEMAND |
| 　　　Defendants. | ) |

### DEFENDANTS TYLER LEWIS AND BRIAN CAVALIERE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF

Defendants Tyler Lewis and Brian Cavaliere (the "individual Metro Defendants") respectfully request a one-week extension of time, through May 18, 2026, to file their reply brief in support of their motion to dismiss. As grounds, the individual Metro Defendants filed a motion to dismiss on April 20, 2026. (Doc. No. 34.) On May 3, 2026, Plaintiff filed his response to the motion, (Doc. No. 38), making the individual Metro Defendants' reply brief due on May 11, 2026. Since the filing of Plaintiff's response, undersigned counsel has been out of the office due to illness and has otherwise been engaged in other litigation matters, including responding to a motion for a temporary restraining order and preliminary injunction in another federal case. Accordingly, additional time is needed to review Plaintiff's response and prepare a reply brief. This requested extension would not impact any other deadlines in this case, as the initial case management conference has been continued. (Doc. No. 43.)

Undersigned counsel has conferred with all other counsel in this case, none of whom oppose the relief requested in this motion. Accordingly, the individual Metro Defendants request one-week extension of time, through May 18, 2026, to file their reply brief in support of their motion to dismiss.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

*/s/ Michael R. Dohn*
Melissa S. Roberge (#26230)
  SENIOR COUNSEL
Michael R. Dohn (#37535)
  ASSISTANT METROPOLITAN ATTORNEY
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
melissa.roberge@nashville.gov
michael.dohn@nashville.gov
*Counsel for Tyler Lewis and Brian Cavaliere*