Motion GRANTED.
Extension to 6/9/2026.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MARTIN SCOTT,<br>    **Plaintiff,**<br><br>**v.**<br><br>**METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON<br>COUNTY,** *et al.*,<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  **No. 3:25-cv-01393**<br>)<br>)  **Judge Trauger**<br>)<br>)  **JURY DEMAND**<br>) |

### DEFENDANT METRO NASHVILLE'S
### UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF

Defendant Metro Nashville respectfully requests a two-week extension of time, through June 9, 2026, to file its reply brief in support of its motion to dismiss. As grounds, undersigned counsel is currently preparing for a preliminary injunction hearing set before Judge Crenshaw on June 3rd and 4th in *Schultz v. Metro,* Case No. 3:26-cv-590. Accordingly, additional time is needed to review Plaintiff's response and prepare a reply brief. This requested extension would not impact any other deadlines in this case, as the initial case management conference has been continued. (Doc. No. 43.)

Undersigned counsel conferred with Plaintiff's counsel, who does not oppose the relief requested in this motion. Accordingly, Metro requests a two-week extension of time, through June 9, 2026, to file its reply brief in support of its motion to dismiss.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

*/s/ Melissa S. Roberge*
Melissa S. Roberge (#26230)

{N0768112.1}

1